J. Andrew McCarthy, Jr. (*Pro hac vice*)
E-mail: andrew@sealshield.com
Gregory P. Hengber (*Pro hac vice*)
E-mail: greg@sealshield.com
915 West Second Avenue, Windermere, Florida 34786
Telephone: (407) 453-0353

Hal K. Litchford (*Pro hac vice*)
Email: hlitchford@bakerdonelson.com
Brian D. Hancock (*Pro hac vice*)
Email: bhancock@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
200 South Orange Ave., Suite 2900, Orlando, Florida 32802
Telephone: (407) 367-5400

Eugene R. Long, Jr. (SBN 240663)
Long Law Firm
9974 Scripps Ranch Blvd, Suite 394, San Diego, CA 92131
Telephone: (858) 444-7842
E-mail: long@longlawsandiego.com

*Attorneys for Plaintiff* Seal Shield, LLC

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAL SHIELD, LLC <br><br> Plaintiff, <br><br> -vs- <br><br> OTTER PRODUCTS, LLC and TREEFROG DEVELOPMENTS, INC., <br><br> Defendants. | Case No.: 3:13-cv-02736-CAB-NLS <br><br> **SECOND AMENDED COMPLAINT SEEKING DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Honorable Cathy Ann Bencivengo |

COMES NOW, Plaintiff, Seal Shield, LLC ("**Seal Shield**" or "**Plaintiff**"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 15 (a)(1)(B), hereby files its  Second Amended Complaint against Defendants, Otter Products, LLC ("**Otter**"), Treefrog Developments, Inc., d/b/a LifeProof ("**Treefrog**"), and OtterBox Holdings, Inc. ("**OtterBox**") (collectively, the "**Defendants**"), and alleges as follows:

## NATURE OF THE ACTION

1.     Since at least as early as June of 2010, KlearKase, LLC ("**KlearKase**") and Seal Shield have continuously used the LIFE PROOF, LIFEPROOF and LIFE-PROOF marks (collectively, the "**Lifeproof Marks**") to market and sell several popular protective enclosures for portable electronic handheld devices throughout the United States, establishing its position as the senior user of the Lifeproof Marks. (See Whitchurch Decl. ¶ 5, June 25, 2013, attached hereto as Ex. "A" and incorporated herein by reference; see also KlearKase Amazon Web pages, attached hereto as Ex."B" and incorporated herein by reference; KlearKase Product Packaging, attached hereto as Ex."C" and incorporated herein by reference.)[1]

---

[1] Citations to declarations will be made in full form by the last name of the declarant, followed by the paragraph number of the declaration and then by the date of the declaration. Once a full citation is given, a short form citation will be used.
  Further, references to exhibits will be made by the exhibit number and assigned name of the exhibit, followed by the cited paragraph or page number of the exhibit, if any.

2.      In January of 2013, Seal Shield purchased KlearKase, including all of KlearKase's rights in and to the Lifeproof Marks, essentially stepping into the shoes of KlearKase. (<u>See</u> Whitchurch Decl. ¶ 4.)

3.      Notwithstanding Seal Shield's senior use of the Lifeproof Marks, on July 12, 2010, Treefrog filed an intent-to-use application with the United States Patent and Trademark Office ("**USPTO**"), which application was subsequently allowed. Following the filing of an affidavit of use with the USPTO, Treefrog was granted registration of the LIFEPROOF trademark. (Registration No. 4,057,201.) Subsequent to their initial registration of the LIFEPROOF mark, Treefrog filed numerous intent-to-use applications with the USPTO seeking to register similar variants thereof, including the nearly identical LIFE PROOF (Serial No. 85832930) and LIFE-PROOF (Serial No. 85832902) marks (collectively, the "**Infringing Marks**"). (Copies of the aforementioned USPTO documents, which are collectively referred to as "Treefrog's USPTO Registrations and Applications of Infringing Marks" and individually by their respective USPTO Registration or Serial Numbers, are attached hereto collectively as Composite Ex."D", and incorporated herein by reference.)

4.      Treefrog's registration of the LIFEPROOF trademark (Registration No. 4,057,201) has not yet become incontestable within the meaning of 15 U.S.C. § 1065.

5.      Subsequent to the commencement of Seal Shield's use of the

Lifeproof Marks, on or about May 27, 2011, Treefrog began offering to sell and actually selling a protective enclosure for portable electronic handheld devices, specifically mobile phones, under the identical and indistinguishable mark LIFEPROOF. (See Treefrog's Use of Infringing Marks in Commerce, attached hereto as Ex. "E" and incorporated herein by reference.)

6.    Upon information and belief, in May of 2013, Otter and OtterBox purchased Treefrog, including all Treefrog's alleged rights in and to the Infringing Marks, effectually imputing Treefrog's use of the Infringing Marks to Otter and OtterBox. (See OtterBox Acquires LifeProof (hereinafter referred to as the "**Otter Press Release**"), attached hereto as Ex. "F" and incorporated herein by reference.)

7.    Upon information and belief, by virtue of Otter and OtterBox's acquisition of Treefrog in May of 2013, they currently have, or at one time held, a financial interest in the business and intellectual property assets of Treefrog. (See the Term Loan IP Security Agreement, attached hereto as Ex. "G" and incorporated herein by reference.)

8.    Despite Plaintiff's senior rights and prior use of the Lifeproof marks, Treefrog repeatedly misrepresented to the USPTO that no other entity owned or claimed rights in the Lifeproof Marks. (See Composite Ex. "D" - Treefrog's USPTO Registrations and Applications of Infringing Marks.)

9.    Through their actions, Defendants have effectively misappropriated the Lifeproof Marks from Plaintiff and are aggressively marketing their protective

enclosures under the LIFEPROOF mark to Plaintiff's substantial detriment. To protect its intellectual property rights and prevent Defendants from benefitting from their wrongful conduct, Plaintiff has initiated this action seeking cancellation of Treefrog's federally registered trademarks pursuant to 15 U.S.C. §§ 1064 and 1119; for trademark infringement and unfair competition under 15 U.S.C. § 1125(a); false designation of origin under 15 U.S.C. § 1125(a); cybersquatting under 15 U.S.C. § 1125(d); trademark dilution under 15 U.S.C. § 1125(c); trademark infringement under Florida Statute § 495.151; common law trademark infringement; and unfair competition under common law.

**PARTIES**

10.    Seal Shield is a Florida limited liability company with offices in Orlando, Florida.

11.    Otter is a Colorado limited liability company, having its principal place of business at 209 S. Meldrum Street, Fort Collins, Colorado 80521.

12.    Treefrog is a Delaware corporation, having its principal place of business at 15110 Avenue of Science, San Diego, California 92128.

13.    OtterBox is a Colorado corporation, having its principal place of business at 416 W. Oak Street, Fort Collins, Colorado 80521.

**JURISDICTION AND VENUE**

14.    This Court has subject matter jurisdiction of this action under 15 U.S.C. §§ 1119, 1121, and 1125, and 28 U.S.C. §§ 1331-1332, 1338, and 1367.

This action is filed, *inter alia*, under the United States Trademark Act of July 5, 1946, as amended, 15 U.S.C. §§ 1051 *et seq.* (the "Lanham Act").

15.     This Court has supplemental jurisdiction over the claims in this Complaint that arise under the statutory and common law of the State of Florida pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

16.     The amount in controversy between the parties exceeds $75,000.

17.     This Court has personal jurisdiction over Defendants because they have extensive contacts with, and conduct business within, the State of Florida and the Middle District of Florida; Defendants registered and used an infringing domain name WWW.LIFEPROOF.COM, which website is accessible within the State of Florida; Defendants have caused their infringing products to be advertised, promoted, and sold in the Middle District of Florida; the causes of action asserted in this Complaint arise out of Defendants' contacts with the Middle District of Florida; and because Defendants committed the acts described in this Complaint, which acts were intended to and did caused injury to Plaintiff within the State of Florida and within the Middle District of Florida.

18.     Pursuant to the Lanham Act, the Court has jurisdiction to order the USPTO to make appropriate entries on the Federal Register with respect to the LIFEPROOF mark.

19.    Venue is proper in the Middle District of Florida, pursuant to 28 U.S.C. § 1391(b), because a substantial part of the events giving rise to the claim occurred in there, and Defendants transact business and have committed the acts described herein in the Middle District of Florida, including, but not limited to, registering, maintaining, and selling products using the Infringing Marks.

## GENERAL ALLEGATIONS

### PLAINTIFF'S LIFEPROOF MARKS

20.    Seal Shield is a leading manufacturer of waterproof computer peripherals; waterproof input devices; infection control products; and waterproof protective cases and related accessories for portable handheld electronic devices, including iPhones, iPads, Amazon Kindles, and Amazon e-readers. Seal Shield also sells an extensive selection of antimicrobial solutions and related products directly to other manufacturers. Seal Shield's waterproof products are of particular importance in the healthcare setting, where they can be utilized to reduce the incidence of cross contamination infections. Via partnerships with leading distributors, Seal Shield's products are available throughout the United States and the world. (See Whitchurch Decl. ¶ 3.)

21.    Seal Shield has engaged in strategic acquisitions to expand its distribution and product offerings and, in January 2013, acquired the assets of KlearKase, a premier designer and manufacturer of protective enclosures for portable handheld electronic devices, including the Amazon Kindle and Amazon e-

readers. That acquisition expanded Seal Shield's offerings in the protective enclosure market, gave it access to novel waterproofing technology, and secured for Seal Shield's benefit the valuable Lifeproof Marks. (See Whitchurch Decl. ¶ 4; Ex. B - KlearKase Amazon Web pages;  Ex. C - KlearKase Product Packaging) (A true and correct copy of the Trademark Assignment pursuant to which Seal Shield acquired, from KlearKase, all of KlearKase's rights in and to the Lifeproof Marks, is attached hereto as Ex. "H" and incorporated by reference as though set forth herein.)

22.    At least as early as June 2010, KlearKase adopted and began using the Lifeproof Marks throughout the United States in connection with the advertisement, promotion, and sale of waterproof, dustproof, and shockproof protective enclosures for portable handheld electronic devices. (See Decl. Vaillancourt ¶¶ 4-5, June 20, 2013, attached hereto as Ex. "I" and incorporated herein by reference; Whitchurch Decl. ¶ 5; see also Ex. B - KlearKase Amazon Web pages; Ex. C - KlearKase Product Packaging.)

23.    The protective enclosures sold under the Lifeproof Marks quickly became popular and developed a reputation for protecting portable handheld electronic devices from water, dust, and shock. The protective enclosures sold under the Lifeproof Marks have been highly rated and favorably reviewed on www.Amazon.com and in the industry press. (See e.g., the Today Show: http://www.today.com/id/29054368/vp/43608425/#43608425;                 MSNBC:

http://www.today.com/id/43158788/ns/travel-travel_tips/#.UcMTTJwc0Ug; CNET

News:   http://news.cnet.com/8301-17938_105-20081599-1/klearkase-ships-water-

resistant-kindle-3-case/; Wired.com: http://www.wired.com/geekdad/2010/08/take-

your-kindle-to-the-beach-with-impunity/;   and   additional   press   releases   and

customer reviews can be found at http://www.klearkase.com/reviews/.)

24.   Given the early success of its initial products bearing the Lifeproof

Marks, KlearKase subsequently released a number of additional products bearing

those marks. The subsequent protective cases have enjoyed success comparable to

that of the original, and, like the original cases, have been widely distributed

throughout the United States, primarily via the internet. (See Ex. B - KlearKase

Amazon Web pages; Ex. C - KlearKase Product Packaging.)

25.   As a result of the consumer appeal and popularity of its protective

cases, the Lifeproof Marks have come to embody the reputation and goodwill that

KlearKase and Seal Shield have earned in the marketplace for producing high

quality products. The Lifeproof Marks are therefore valuable assets now owned by

Seal Shield.

**DEFENDANTS' INFRINGING LIFEPROOF MARK**

26.   Plaintiff is informed and believes, and based thereon alleges, that

Defendants are manufacturers and distributors of protective enclosures and related

accessories for mobile devices, *e.g.,* iPhones and iPads. (See Ex. E - Treefrog's

Use of Infringing Marks in Commerce.)

27.    Plaintiff is informed and believes, and based thereon alleges, that Otter, on or about May of 2013, acquired Treefrog, a competitor in the protective mobile case market. (<u>See</u> Exs. F - the Otter Press Release and G – the Term Loan IP Security Agreement.)

28.    Plaintiff is informed and believes, and based thereon alleges, that OtterBox, on or about May of 2013, acquired Treefrog, a competitor in the protective mobile case market. (<u>See</u> Ex. F - the Otter Press Release ; <u>see also</u> Ex. G – the Term Loan IP Security Agreement.)

29.    On or about May 27, 2011, well after KlearKase introduced its cases bearing the Lifeproof Marks, Defendants, through Treefrog, introduced and began selling a waterproof, shockproof, and dustproof case under the mark LIFEPROOF, which is now owned by Otter and OtterBox. As it has grown in dominance in the protective case industry, Treefrog has garnered a reputation for misappropriating the intellectual property of its competitors. In fact, Otter, at the time of its acquisition of Treefrog, was engaged in contentious litigation with Treefrog, wherein it alleged Treefrog had built its business by selling products which infringed Otter's intellectual property. (<u>See Otter Prods., LLC v. Treefrog Devs., Inc.</u>, 1:11-cv-02180-WJM-KMT (D. Colo. dismissed May 22, 2013).)

30.    Defendants' cases, like Plaintiff's, provide portable handheld electronic devices protection from water, shock, and dust. (<u>See</u> Ex. E - Treefrog's Use of Infringing Marks in Commerce.)

31.    Since introducing their LIFEPROOF branded protective cases in 2011, Defendants, through Treefrog, have utilized substantial financial resources to promote and sell their LIFEPROOF branded cases broadly and throughout the United States.

32.    As a result of the strength of the Lifeproof Marks and the reputation and goodwill embodied thereby, Defendants have enjoyed substantial success in the marketplace for their LIFEPROOF branded cases.

33.    Plaintiff is informed and believes, and based thereon alleges, that Defendants have earned substantial revenue from sales of their LIFEPROOF cases. Accordingly, Defendants have profited unjustly through misappropriation of Plaintiff's Lifeproof Marks.

**DEFENDANTS' BAD FAITH USE OF THE LIFEPROOF MARK**

34.    Plaintiff is informed and believes, and based thereon alleges, sometime before January 25, 2013, Treefrog became aware of Plaintiff's senior rights in the Lifeproof Marks. (See Composite Ex. D - USPTO Serial No. 85832930 and USPTO Serial No. 85832902.)

35.    On May 10, 2013, Defendants, through Treefrog, initiated an action in the United States District Court for the Central District of California, Southern Division, for, *inter alia*, trademark infringement and dilution, false designation of origin, trade dress infringement, and unfair competition against Miles & Co., LLC, and NCrowd, Inc., based on Defendants' purported rights in the LIFEPROOF

mark. The allegations in that proceeding included the misleading and false claim that it is the exclusive owner of federally registered and common law trademarks as to the LIFEPROOF mark. (<u>See</u> <u>Treefrog Devs., Inc. v. Miles & Co.</u>, 8:13-cv-00754-CJC-AN (C.D. Cal. May 10, 2013).)

36.     On or about July 12, 2010, Defendants, through Treefrog, filed an intent-to-use trademark application with the USPTO to register the LIFEPROOF trademark for use on the following goods in Class 9: "Accessories for electronic goods and communications apparatus, namely, protective housings, carrying cases, cases and covers for portable electronic goods and communications apparatus, namely, cell phones, lap tops, tablet computers for ebook, magazine and newspaper reading, and portable media players." (<u>See</u> Composite Ex.D - USPTO Registration No. 4,057,201.)

37.     On or about January 25, 2013, Defendants, through Treefrog, filed an intent-to-use trademark application with the USPTO to register the LIFE PROOF trademark for use on the following goods in Class 9:

> Accessories for electronic goods, home electronics, personal electronics and communications apparatus, namely, headphones; audio speakers; televisions; earphones; wired and wireless headsets with microphones for use with mobile telephones, electronic tablets and computers; battery chargers; and portable power battery packs; protective housings, carrying cases, casings and covers for portable electronic goods and communications apparatus, namely, cell phones, portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files, portable media players, personal computers, laptops, tablet computers, computer monitors, laptop computer cooling pads and cameras; home

electronics and personal electronics, namely, cell phones; computer tablets; portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files; personal computers and laptop computers; computer monitors; laptop computer cooling pads; cameras; computer application software for computers, electronic tablets and mobile phones, namely, application software for following spectator sporting activities that allows users to obtain game scores, team statistics, and individual athlete statistics as well as review game highlights and monitor annual athlete selections by professional sports teams; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's personal performance and personal statistics when participating in individual or team sporting activities; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's health characteristics and fitness conditions. bags, cases, and holsters all specially adapted for holding or carrying mobile electronic devices, namely, mobile phones, electronic tablets, electronic book readers and laptop computers and mobile electronic device accessories for use therewith, namely, belt clips, shoulder straps, or hand straps sold as a unit with the bags, cases, and holsters; computer bags; messenger bags specially adapted for holding laptops and electronic tablets, messenger bags specially adapted for holding electronic book readers, wheeled messenger bags specially adapted for holding laptops.

(See Composite Ex. D - USPTO Serial No. 85832930.)

38.     On or about January 25, 2013, Defendants, through Treefrog, filed an intent-to-use trademark application with the USPTO to register the LIFE-PROOF trademark for use on the following goods in Class 9:

Accessories for electronic goods, home electronics, personal electronics and communications apparatus, namely, headphones; audio speakers; televisions; earphones; wired and wireless headsets with microphones for use with mobile telephones, electronic tablets and computers; battery chargers; and portable power battery packs; protective housings, carrying cases, casings and covers for portable electronic goods and communications apparatus, namely, cell phones,

portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files, portable media players, personal computers, laptops, tablet computers, computer monitors, laptop computer cooling pads and cameras; home electronics and personal electronics, namely, cell phones; computer tablets; portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files; personal computers and laptop computers; computer monitors; laptop computer cooling pads; cameras; computer application software for computers, electronic tablets and mobile phones, namely, application software for following spectator sporting activities that allows users to obtain game scores, team statistics, and individual athlete statistics as well as review game highlights and monitor annual athlete selections by professional sports teams; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's personal performance and personal statistics when participating in individual or team sporting activities; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's health characteristics and fitness conditions. bags, cases, and holsters all specially adapted for holding or carrying mobile electronic devices, namely, mobile phones, electronic tablets, electronic book readers and laptop computers and mobile electronic device accessories for use therewith, namely, belt clips, shoulder straps, or hand straps sold as a unit with the bags, cases, and holsters; computer bags; messenger bags specially adapted for holding laptops and electronic tablets, messenger bags specially adapted for holding electronic book readers, wheeled messenger bags specially adapted for holding laptops

(See Composite Ex. D - USPTO Serial No. 85832902.)

## HARM TO PLAINTIFF AND THE GENERAL PUBLIC

39.    Defendants' adoption of Seal Shield's Lifeproof Marks has caused consumer confusion in the marketplace.

40.    Defendants' unauthorized registration and/or use of the Infringing Marks is likely to cause confusion, mistake, and deception as to the source or

origin of the Lifeproof Marks, and is likely to falsely suggest a sponsorship, connection, license, or association of Defendants and the Infringing Marks with Plaintiff.

41.    The actions of Defendants complained of herein are likely to impair the value of the Lifeproof Marks and injure the business reputation of Plaintiff. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C - KlearKase Product Packaging.)

42.    The sales of Defendants' products have resulted in lost sales, have reduced the business and profit of Plaintiff, and have greatly injured the general reputation of Plaintiff.

43.    Defendants' activities have irreparably harmed and, if not enjoined, will continue to irreparably harm the general public, which has an inherent interest in being free from confusion, mistake, and deception.

44.    Defendants' activities have irreparably harmed and, if not enjoined, will continue to irreparably harm Plaintiff and Plaintiff's valuable Lifeproof Marks.

## COUNT I

## CANCELLATION OF TRADEMARK REGISTRATION

## PURSUANT TO 15 U.S.C. §§ 1064 AND 1119

45.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 44 as though fully set forth here.

46.     Defendants do not have any valid or enforceable trademark rights in the Lifeproof Marks.

47.     Plaintiff used, in commerce, the Lifeproof Marks prior to Defendants' use of the Infringing Marks.

48.      Plaintiff used, in commerce, the Lifeproof Marks prior to Defendants' submission of USPTO Serial No. 85082487.

49.     Plaintiff used, in commerce, the Lifeproof Marks prior to Defendants' submission of USPTO Serial No. 85832930.

50.     Plaintiff used, in commerce, the Lifeproof Marks prior to Defendants' submission of USPTO Serial No. 85832902.

51.     Plaintiff is informed and believes, and based thereon alleges, that Treefrog, in connection with USPTO Serial No. 85082487, submitted specimens to the USPTO on or about September 13, 2011, alleging continuous use of the LIFEPROOF mark.

52.     Treefrog asserted the specimens established use in commerce of the LIFEPROOF mark as of May 27, 2011.

53.     Plaintiff is informed and believes, and based thereon alleges, that the LIFEPROOF mark was not used in commerce beginning May 27, 2011.

54.     Plaintiff is informed and believes, and based thereon alleges, that the specimens submitted by Treefrog did not show current use of the LIFEPROOF mark in connection with the goods identified in Trademark Registration No.

4,057,201, in violation of 15 U.S.C. § 1058.

55.    Plaintiff is informed and believes, and based thereon alleges, that Treefrog knowingly made false statements in its Section 8 and 15 Affidavits in connection with USPTO Serial No. 85082487 in support of registration of the LIFEPROOF mark.

56.    Plaintiff is informed and believes, and based thereon alleges, that Treefrog knowingly made verified statements alleging continuous use of the LIFEPROOF mark at the time of filing the Section 8 and 15 Affidavits in connection with USPTO Serial No. 85082487 in support of registration of the LIFEPROOF mark which were false. In so doing, Treefrog committed fraud on the USPTO so that the resulting registration, i.e., Registration No. 4,057,201, should be cancelled.

57.    Plaintiff is informed and believes, and based thereon alleges, that Treefrog has committed fraud in procuring Registration No. 4,057,201 for LIFEPROOF, thus making Treefrog's registration of LIFEPROOF *void ab initio*.

58.    Registration No. 4,057,201 for LIFEPROOF is confusingly similar to the Lifeproof Marks.

59.    Plaintiff is informed and believes, and based thereon alleges, that applications submitted by Defendants for LIFE PROOF (Serial No. 85832930) and LIFE-PROOF (Serial No. 85832902) contained representations which were false.

60.    Applications submitted by Defendants for LIFE PROOF (Serial No.

85832930) and LIFE-PROOF (Serial No. 85832902) might, during the pendency of the instant litigation, result in the federal registration of those marks.

61.    Defendants' use of the LIFEPROOF mark has diluted and will continue to dilute Plaintiff's Lifeproof Marks and is likely to impair the distinctiveness of the Lifeproof Marks.

62.    Defendants' contemplated use of the LIFE PROOF and LIFE-PROOF marks will dilute Plaintiff's Lifeproof Marks and would impair the distinctiveness of the Lifeproof Marks.

63.    Plaintiff is informed and believes, and based thereon alleges, that Treefrog knew or should have known that such misrepresentations of fact identified herein were false and/or misleading.

64.    Plaintiff is entitled to declaratory relief, pursuant to 15. U.S.C. §§ 1064 and 1119, cancelling Registration No. 4,057,201 and establishing that Plaintiff is the senior user of the Lifeproof Marks and thereby entitled to use the Lifeproof Marks on its products.

65.    Plaintiff is entitled to damages pursuant to 15 U.S.C. § 1120.

## COUNT II

## FEDERAL TRADEMARK INFRINGEMENT AND UNFAIR

## COMPETITION UNDER 15 U.S.C. § 1125(a)

66.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 65 as though fully set forth here.

67.     Plaintiff began offering and selling waterproof, dustproof, and shockproof protective cases under the Lifeproof Marks in the United States since at least as early as June 2010 and has used the Lifeproof Marks continuously in United States commerce since that time. (See Whitchurch Decl. ¶ 5; Vaillancourt Decl. ¶¶ 4-5; see also Ex. B - KlearKase Amazon Web pages; Ex. C - KlearKase Product Packaging.)

68.     Plaintiff's Lifeproof marked goods are made available in the United States on its website WWW.KLEARKASE.COM and through WWW.AMAZON.COM. (See Ex. B - KlearKase Amazon Web pages; Ex. C - KlearKase Product Packaging.)

69.     Plaintiff has invested substantial, time, effort, and financial resources in the development, promotion, and sale of its Lifeproof marked cases in interstate commerce in the United States. The Lifeproof Marks have become, through widespread and favorable public acceptance and recognition, an asset of substantial value as a symbol of Seal Shield, its quality products and services, and its reputation and goodwill.

70.     Notwithstanding Plaintiff's senior rights in the Lifeproof Marks, beginning on or about May 27, 2011, Defendants adopted and began to use the Lifeproof Marks in interstate commerce in connection with the sale and offering for sale of their waterproof, shockproof, and dustproof protective cases. (See Composite Ex. D. - USPTO Registration No. 4,057,201.)

71.    Plaintiff is informed and believes, and based thereon alleges, that Defendants adopted and/or used the Infringing Marks with knowledge of Plaintiff's Lifeproof Marks, without Plaintiff's consent, and in contravention of Plaintiff's rights. Moreover, Defendants have continued to use the Infringing Marks in connection with the sale, offering for sale, distribution, and promotion of their goods. (See Ex. E - Treefrog's Use of Infringing Marks in Commerce.)

72.    The Infringing Marks are identical to Plaintiff's Lifeproof Marks in appearance, sound, and meaning; are being used in connection with the identical type of goods as those offered by Plaintiff; are being offered through the same channels of trade; and target the same consumer market. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C - KlearKase Product Packaging.)

73.    The instantaneous nature of Internet navigation, the speed at which people navigate and are presented with advertisements, images and/or data on the Internet, and the speed at which consumers perform transactions on the Internet, all tend to increase the risk of confusion or mistake about the source of a product or service.

74.    Defendants' continued use of the Lifeproof Marks has injured and will continue to injure Plaintiff by causing a likelihood that the public will continue to be confused into believing that the goods provided by Defendants are endorsed or sponsored by Seal Shield and constitutes trademark infringement and unfair

competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

75.     Seal Shield has no control over the nature and quality of the goods offered by Defendants under the LIFEPROOF mark, and Seal Shield's reputation and goodwill will be damaged and the value of its common law Lifeproof Marks jeopardized by Defendants' continued use of the LIFEPROOF name and Lifeproof Marks.

76.     Because of the actual confusion and the likelihood of continued confusion between the parties' marks, any defects, objections, or faults found with Defendants' products and services offered under the LIFEPROOF mark could negatively reflect upon and injure the reputation that Seal Shield has established for the goods it offers in connection with its Lifeproof Marks.

77.     In the alternative, the confusion created by Defendants adoption of the Infringing Marks and aggressive promotion of their products bearing the Lifeproof Marks has overwhelmed the market presence of Seal Shield's products bearing the Lifeproof Marks, resulting in reverse confusion. Defendants' acts, as alleged herein, could cause consumers to believe that Seal Shield is the unauthorized infringer of Defendants' purported Lifeproof Marks, resulting in injury to Seal Shield's reputation and goodwill in its business and valuable Lifeproof Marks.

78.     As a result of Defendants' infringement of Plaintiff's Lifeproof Marks, Plaintiff has incurred damages in an amount to be proven at trial consisting of, among other things, diminution in the value of and goodwill associated with the

marks, as well as all other relief available to Plaintiff.

79.   Defendants' unauthorized use of the LifeProof Marks in interstate commerce as described herein constitutes trademark infringement and unfair competition under 15 U.S.C. § 1125(a), as it is likely to cause consumer confusion, mistake, or deception.

### COUNT III

### FEDERAL FALSE DESIGNATION OF ORIGIN

### UNDER 15 U.S.C. § 1125(a)

80.   Plaintiff re-alleges and incorporates by reference paragraphs 1 through 79 as though fully set forth here.

81.   In connection with Defendants' goods, Defendants have used in commerce and without Plaintiff's authorization or consent the Infringing Marks for protective case products, which Infringing Marks are identical to Plaintiff's Lifeproof Marks in appearance, sound, meaning, and commercial impression. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C - KlearKase Product Packaging.)

82.   Such acts have caused confusion, and are likely to continue to cause confusion and deception among the purchasing public and/or are likely to lead the consuming public to believe that Plaintiff has authorized, approved, or somehow sponsored Defendants' products. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C -

KlearKase Product Packaging.)

83.     Defendants' unauthorized sale and marketing of their products in interstate commerce using the Lifeproof Marks constitutes a use of a false designation of origin or false representation that wrongfully and falsely designates Defendants' products as originating from or connected with Plaintiff, and constitutes the use of false descriptions or representations in interstate commerce in violation of 15 U.S.C. § 1125 (a).

84.     Defendants' false designation of origin and false description through its use of the Infringing Marks has caused, and if not enjoined will continue to cause, irreparable and continuing harm to Plaintiff's Lifeproof Marks, business, reputation, and goodwill.

85.     As a direct and proximate result of Defendants' wrongful use of the Infringing Marks, Seal Shield has been and will continue to be damaged by, without limitation, the diminution in the value of its trademarks, reputation, business, and goodwill in an amount to be proven at trial, as well as all other relief available to Plaintiff.

86.     Plaintiff is informed and believes, and based thereon alleges, that Defendants adopted and/or continued to use the Infringing Marks with knowledge of Plaintiff's senior rights to the Lifeproof Marks, and with the intent to create a likelihood of confusion with regard to and/or trade off of Seal Shield's Lifeproof Marks.

# COUNT IV

## VIOLATION OF ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT UNDER 15 U.S.C. § 1125(a)

87.     Plaintiff re-alleges and incorporates by reference paragraphs 1 through 86 as though fully set forth here.

88.     Plaintiff is informed and believes, and based thereon alleges, that Defendants acquired the WWW.LIFEPROOF.COM domain name (the "**Infringing Domain**") in January 2011, and that Defendants subsequently made use of the Infringing Domain. (True and correct copies of the domain name registration records reflecting the Registration of the Infringing Domain, and screenshots of the  Infringing Domain Website as of June 19, 2013, reflecting Defendants' use of the Infringing Domain, are attached hereto as Exs. "J" and "K" respectively, and incorporated herein by reference.)

89.     Seal Shield, through KlearKase, began using the distinctive Lifeproof Marks prior to Defendants' acquisition of the Infringing Domain. (See Whitchurch –Decl. ¶ 5; VaillancourtDecl. ¶¶ 4-5; Ex. B - KlearKase Amazon Web pages; Ex. C - KlearKase Product Packaging; and compare with Composite Ex. D - Treefrog's USPTO Registrations and Applications of Infringing Marks.) By the time Defendants acquired the Infringing Domain, the Lifeproof Marks were widely recognized as an indicator of source for Plaintiff's protective cases for electronic handled devices. (See Ex. B. - KlearKase Amazon Web pages; Ex. C - KlearKase

Product Packaging.)

90.    Defendants' Infringing Domain is identical to Plaintiff's Lifeproof Marks. (<u>Compare</u> Ex. J - the Registration of the Infringing Domain, <u>and</u> Ex. K - the Infringing Domain Name Website, <u>with</u> Ex. B - KlearKase Amazon Web pages, <u>and</u> Ex. C - KlearKase Product Packaging.)

91.    Plaintiff is informed and believes, and based thereon alleges, that Defendants acquired and/or have continued to use the Infringing Domain with a bad faith intent to profit from Plaintiff's Lifeproof Marks.

92.    Defendants' actions have caused, and continue to cause, great and irreparable injury to Plaintiff. Unless these acts are restrained by this Court, they will continue, and Plaintiff will continue to suffer such injury.

93.    Plaintiff is entitled to cancellation of Defendants' Infringing Domain Registration and transfer of the Infringing Domain Website to Plaintiff, along with monetary compensation and statutory penalties pursuant to the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and all other relief available.

## COUNT V

## COMMON LAW TRADEMARK INFRINGEMENT

94.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 93 as though fully set forth here.

95.    Plaintiff began offering and selling waterproof, dustproof, and

shockproof protective cases under the Lifeproof Marks within the State of Florida at least as early as June 2010 and has used the Lifeproof Marks continuously in commerce within the State of Florida since that time. (See Ex. B - KlearKase Amazon Web pages; Ex. C - KlearKase Product Packaging.)

96.    Notwithstanding Plaintiff's senior rights in the Lifeproof Marks, beginning on or about May of 2011, Defendants adopted and began to use the Lifeproof Marks within the State of Florida in connection with the sale and offering for sale of their waterproof, shockproof, and dustproof protective cases. (See Composite Ex. D. - USPTO Registration No. 4,057,201.)

97.    Defendants' acts alleged herein and specifically, without limitation, Defendants' use of the Infringing Marks, infringe Plaintiff's exclusive trademark rights in the Lifeproof Marks, in violation of the common law of Florida. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C - KlearKase Product Packaging.)

98.    The Infringing Marks are identical to Plaintiff's Lifeproof Marks in appearance, sound, and meaning; are being used in connection with the identical type of goods as those offered by Plaintiff; are being offered through the same channels of trade; and target the same consumer market. (Compare Ex. E - Treefrog's Use of Infringing Marks in Commerce, and Ex. B - KlearKase Amazon Web pages, with Ex. C - KlearKase Product Packaging.)

99.    Defendants' continued use of the Lifeproof Marks has injured and will

continue to injure Plaintiff by causing a likelihood that the public will continue to be confused into believing that the goods provided by Defendants are endorsed or sponsored by Seal Shield.

100.   Because of the actual confusion and the likelihood of continued confusion between the parties' marks, any defects, objections, or faults found with Defendants' products and services offered under the LIFEPROOF mark could negatively reflect upon and injure the reputation that Seal Shield has established for the goods it offers in connection with its Lifeproof Marks.

101.   Defendants' acts as alleged above, if not enjoined, will continue.

102.   As a result of Defendants' acts, as alleged above, Plaintiff has incurred damages in an amount to be proven at trial consisting of, among other things, diminution in the value of the goodwill associated with Plaintiff's Lifeproof Marks, as well as monetary damages and all other relief available to Plaintiff.

## COUNT VI

### COMMON LAW UNFAIR COMPETITION

103.   Plaintiff re-alleges and incorporates by reference paragraphs 1 through 102 as though fully set forth here.

104.   Plaintiff is informed and believes, and based thereon alleges, that Defendants have engaged in and continue to engage in unfair competition by using the Infringing Marks with the intention of interfering with and trading on the business reputation and goodwill engendered by Plaintiff in the Lifeproof Marks

through Plaintiff's hard work and diligent effort.

105.   Defendants' use of the Infringing Mark is likely to cause consumers to believe Defendants' protective enclosure for portable electronic handheld devices originate from the same source as Plaintiff's waterproof, dustproof, and shockproof protective enclosures for portable handheld electronic devices.

106.   Defendants' acts have caused Plaintiff competitive injury, as described herein, and have also caused Plaintiff to incur damages in an amount to be proven at trial consisting of, among other things, diminution in the value of Plaintiff's Lifeproof Marks, as well as all other relief available to Plaintiff.

107.   Further, Defendants' acts as alleged above, and specifically, without limitation, Defendants' use of the Infringing Marks must be enjoined or the damage to Plaintiff will continue. Plaintiff has no other adequate remedy at law to obtain this relief.

**REQUEST FOR RELIEF**

**WHEREFORE**, Plaintiff Seal Shield, LLC, respectfully prays:

A.   That this Court grant permanent injunctive relief: (i) enjoining Defendants and all others acting in concert with and having knowledge thereof from using the Lifeproof Marks, and any similar trade name or mark or variant thereof, as a trade name, trademark, service mark, domain name, or for any other purpose and declaratory judgment establishing that Plaintiff is the senior user of the Lifeproof Marks and thereby entitled to use the Lifeproof Marks on its

products, or, in the alternative (ii) enter a judgment declaring Defendants do not have exclusive rights to the Lifeproof Marks and cannot force Plaintiff to refrain from using the Lifeproof Marks on Plaintiff's goods;

**B.**     That this court enter final judgment cancelling the USPTO registration of the LIFEPROOF mark (Registration No. 4,057,201) and directing the Director of the USPTO to remove such registration from the Principal Register and further instructing the USPTO to record the declaratory judgment;

**C.**     That this court enter final judgment cancelling the USPTO registrations, if any, which result from applications submitted by Defendants for LIFE PROOF (Serial No. 85832930) and LIFE-PROOF (Serial No. 85832902) and directing the Director of the USPTO to remove such registration from the Principal Register;

**D.**     That this Court declare the pending LIFE PROOF and LIFE-PROOF USPTO trademark applications void *ab initio*;

**E.**     That this Court order Defendants to account to Plaintiff and disgorge any and all revenues and profits that Defendants have derived from their wrongful actions;

**F.**     That this Court hold Defendants liable for all compensatory and/or statutory damages suffered by Plaintiff resulting from the acts alleged;

**G.**     That this Court declare Defendants liable to Plaintiff for violation of 15 U.S.C. § 1120;

**H.**     That this Court award Plaintiff damages pursuant 15 U.S.C. § 1120;

**I.**     That this Court award Plaintiff treble damages, reasonable attorney's fees and expenses, and costs;

**J.**     That this Court order the Registrar of the WWW.LIFEPROOF.COM domain name and any other domain names containing the LIFEPROOF mark and/or any variant thereof and registered to either one of the Defendants to cancel the registrations and transfer them to Plaintiff;

**K.**     That this Court order Defendants to deliver up all the products, containers, labels, signs, prints, packages, wrappers, receptacles, advertising, promotional materials, and the like in its possession, custody, or control bearing the LIFEPROOF mark.

**L.**     That this Court order Defendants to engage in corrective advertising in an amount double that which Defendants have spent promoting its products and services under the LIFEPROOF mark;

**M.**     That this Court order Defendants to file with the Court and serve on Plaintiff, within thirty (30) days after entry of the requested injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the injunction.

**N.**     That this Court grant such other and further relief as it should deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as to all claims and causes of action asserted herein which are triable before a jury.

Dated: _____, _____, 2014

Respectfully submitted,

 _s/ J. Andrew McCarthy, Jr._
**J. Andrew McCarthy, Jr.**
(*Pro hac vice*)
E-mail: andrew@sealshield.com
**Gregory P. Hengber**
(*Pro hac vice*)
E-mail: greg@sealshield.com
915 West Second Avenue
Windermere, Florida 34786
Telephone: (407) 453-0353


**Hal K. Litchford**
(*Pro hac vice*)
Emails: hlitchford@bakerdonelson.com
rgustafson@bakerdonelson.com
fedcts@bakerdonelson.com
**Brian D. Hancock**
(*Pro hac vice*)
Email: bhancock@bakerdonelson.com
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
200 South Orange Ave., Suite 2900
Orlando, Florida 32802
Telephone: (407) 367-5400


**Eugene R. Long, Jr.**
(SBN 240663)

Long Law Firm
9974 Scripps Ranch Blvd, Suite 394
San Diego, CA 92131
Telephone: (858) 444-7842
E-mail: long@longlawsandiego.com

*Attorneys for Plaintiff* Seal Shield, LLC

1

2

3

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on _____, _____, 2014, I electronically

filed a true and correct copy of the foregoing using the Court's CM/ECF system,

which will send a Notice of Electronic Filing to the following counsel of record,

who are all deemed to have consented to electronic service per CivLR 5.4(d):

**Stephanie L. Carman**
Hogan Lovells US LLP
Brickell World Plaza
600 Brickell Ave., Suite 2700
Miami, FL 33131

**Jennifer M. Lantz**
Hogan Lovells US LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301

**Andrew D. Skale**
Mintz Levin Cohn Ferris Glovsky &
Popeo PC
3580 Carmel Mountain Road
Suite 300
San Diego, CA 92130

**Steven P. Hollman &**
**Susan M. Cook**
Hogan Lovells US LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004

**James A. Gale,**
**Christopher P. Demetriades,** &
**Susan Joy Latham**
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131

**Garret A. Leach**
Kirkland & Ellis, LLP
300 North LaSalle Street
Chicago, IL 60654

s/ *J. Andrew McCarthy, Jr.*
J. Andrew McCarthy, Jr.

# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA,**
**ORLANDO DIVISION**

| | |
|---|---|
| SEAL SHIELD, LLC, a Florida limited liability company,        Plaintiff, <br><br> -vs- <br><br> OTTER PRODUCTS, LLC, a Colorado limited liability company, and TREEFROG DEVELOPMENTS, INC., d/b/a LifeProof, a Delaware corporation. <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO.: |

## DECLARATION OF BRADLEY W. WHITCHURCH

Before me, the undersigned authority, this day personally appeared Bradley W. Whitchurch, who, after first being duly sworn, deposes and states:

1.     I am a United States citizen residing in the State of Florida.  I am over the age of eighteen and do not suffer from any mental or physical disabilities that would render me incompetent to testify in this matter.  The statements set forth in this Declaration are made of my personal knowledge and/or information provided me by employees and agents of Seal Shield, LLC.  If called as a witness, I would testify competently to each of the following facts.

2.     I am the Chairman and Managing Member of Seal Shield, LLC ("Seal Shield").  Seal Shield is a Florida limited liability company that maintains its office in Jacksonville, Florida (Duval County).

3.     Seal Shield is a manufacturer of waterproof computer peripherals,  waterproof input devices, infection control products; and waterproof protective cases and related accessories for

portable handheld electronic devices, including the iPhone, the iPad, Amazon Kindle, and Amazon e-readers. Seal Shield also sells antimicrobial solutions and related products directly to other manufacturers. Seal Shield's waterproof products are of particular importance in the healthcare setting, where they can be utilized to reduce the incidence of cross contamination infections. Via partnerships with leading distributors, Seal Shield's products are available throughout the United States and the world.

4.     In order to expand its distribution and product offerings Seal Shield engaged in the strategic acquisition of KlearKase, LLC, in January, 2013. As a result of the acquisition of KlearKase, Seal Shield acquired all the assets of KlearKase, a designer and manufacturer of protective enclosures for portable handheld electronic devices, including the Amazon Kindle. That acquisition expanded Seal Shield's offerings in the protective enclosure market, gave it access to novel waterproofing technology, and secured for Seal Shield's benefit the LIFE PROOF, LIFEPROOF, and LIFE-PROOF Marks (collectively, the "LifeProof Marks"). A true and correct copy of the Trademark Assignment pursuant to which Seal Shield acquired, from KlearKase, all of KlearKase's rights in and to the Lifeproof Marks, is attached hereto as Exhibit "A" and incorporated by reference as though set forth herein.

5.     At least as early as June 2010, KlearKase adopted and began using the Lifeproof Marks throughout the United States in connection with the advertisement, promotion, and sale of waterproof, dustproof, and shockproof protective enclosures for portable handheld electronic devices.

6.     I declare under penalty of perjury that the foregoing information is true and correctly to the best of my knowledge, information, and belief.

FURTHER AFFIANT SAYETH NAUGHT

Bradley W. Whitchurch

2

STATE OF FLORIDA          }
COUNTY OF DUVAL           }

BEFORE ME, the undersigned authority, personally appeared affiant, Bradley W. Whitchurch, who has produced _Florida Drivers License_ as identification and who took an oath, deposes and says that he executed the foregoing Declaration and the statements contained therein are true and correct to the best of affiant's knowledge and belief.

DATED this _25_ day of _June_.

_Nancy J. Darlow_
Notary Public at Large – State of Florida

_NANCy J. DARLow_
Printed Name

My Commission Expires:

> Notary Public State of Florida
> Nancy J Darlow
> My Commission DD953771
> Expires 03/01/2014

3

# EXHIBIT "A"

TO DECLARATION OF BRADLEY W. WHITCHURCH

# TRADEMARK ASSIGNMENT AGREEMENT

This Trademark Assignment Agreement ("Agreement") is dated January 9, 2013, by and among Seal Shield LLC, a Florida limited liability company ("Seal Shield") and KlearKase, LLC a Washington limited liability company ("KlearKase")

KlearKase is the owner of certain trademarks, to wit: KLEARKASE (including the stylized KLEARKASE mark attached as EXHIBIT 1) and LIFEPROOF (collectively, the "Marks").

In consideration of the sum of **ONE Dollar ($1.00),** and other good and valuable consideration, the receipt of which is hereby acknowledged, KlearKase does hereby irrevocably sell, transfer and assign to Seal Shield, its successors and assigns, all of KlearKase's right, title and interest in and to the Marks, including all common law rights, and any and all trademark applications and registrations, along with the goodwill of the business symbolized by use of the Marks, and the right to sue third parties for and recover damages from past and future infringement of the Marks, the same to be held and enjoyed by Seal Shield for its own use and enjoyment and the use and enjoyment of its successors and assigns, as fully and entirely as the same would have been held and enjoyed by KlearKase if this assignment had not been made.

KlearKase hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any other country empowered to issue trademark registrations, to record this assignment and to issue or transfer all registrations for said Marks to Seal Shield as owner of all right, title and interest therein.

**FURTHER**, at Seal Shield's sole expense, KlearKase agrees to communicate to Seal Shield, or its representatives, any facts known to KlearKase respecting or regarding said Marks; testify in any legal proceedings, including trademark cancellation proceedings; sign all lawful papers; execute all reasonably necessary assignment papers to cause any and all trademark registrations to be issued to Seal Shield; make all rightful oaths; and generally do everything reasonably necessary and appropriate to aid Seal Shield, its successors and assigns, to obtain and enforce proper protection for said Marks in the United States and the rest of the world.

[SIGNATURE FOLLOWS ON NEXT PAGE]

IN WITNESS WHEREOF, the undersigned executed this Agreement as of the date first above written.

KLEARKASE, LLC

By _____

For Poolinger Management Co. LLC, Its Manger,
by William Poole VIII, Manager

**EXHIBIT 1**



# EXHIBIT "B"

**KLEARKASE LIFEPROOF BRANDED ITEMS SOLD ON AMAZON**



Shop by
**Department**     **Search**   Kindle Store                                    **Go**        Hello, **Julianna**          Your      **0**
                                                                                              **Your Account**            **Prime**  **Cart**

**Kindle Store**   Buy A Kindle   Free Reading Apps   Kindle eBooks   Kindle Singles   Newsstand   Popular Games   Accessories   Discussions   Manage Your Kindle

**Prime**
Member: Julianna Debler          **Julianna Debler:** This item is eligible for Amazon Prime. Click here to turn on 1-Click. and make Prime
                                 even better for you. (With 1-Click enabled, you can always use the regular shopping cart as well.)





Share your own customer images

by **KlearKase**
## KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use - With Screen Protection (does not fit Kindle Fire HD)

(98 customer reviews)  |

Price: **$49.95** ✓Prime
Special Offers Available

- Splash-Proof your Kindle Fire by protecting it from dirt, splashes, and drops.
- All functions operate (touch, speakers) while fully protected.
- Lightweight 5.5 oz easy-grip case you can leave on all the time.
- Made from the same material used in F22 fighter planes, it is protective and strong. Plus Includes free carrying bag for further protection.
- Perfect for your family; protects your Kindle from daily life: from spilled milk to falls on the ground.

**In Stock.**
Ships from and sold by **Amazon.com**.

**Want it tomorrow, April 23?** Order within **5 hrs 45 mins**, and choose **One-Day Shipping** at checkout. Details

**5 used** from $23.68



Quantity: 1

**or**
Sign in to turn on 1-Click ordering.

**Add Kindle Accessories**
☐ Stylus: **Black** $14.99

**More Buying Choices**
**6 used & new** from $23.68
Have one to sell?

**Share**

---

## Special Offers and Product Promotions
- Buy a Kindle Accessory, get $2 in MP3 credit. Here's how (restrictions apply)

## Frequently Bought Together

 +  + 

Price for all three: **$228.94**

Show availability and shipping details

☑ **This item:** KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use - With Screen Protection (does not fit Kindle Fire HD) by KlearKase   **$49.95**

☑ Kindle Fire 7", LCD Display, Wi-Fi, 8 GB - Includes Special Offers by Amazon Digital Services Inc.   **$159.00**

☑ Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new Kindle Fire or Kindle Fire HD models) by Amazon   **$19.99**

## What Other Items Do Customers Buy After Viewing This Item?


Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new Kindle Fire or Kindle Fire HD models)  by Amazon
(5,641)
**$19.99**


OtterBox Defender Series Protective Case for Kindle Fire HD 7", Black (with built-in screen protection)  by OtterBox
(332)
**$69.95**

 **Kindle Fire HD 7", Dolby Audio, Dual-Band Wi-Fi, 16 GB - Includes Special Of** (11,570)
$199.00

 **Otter Box Defender Series Standing Case for Kindle Fire, Black (Built-in Scre** (279)
$59.98

› **Explore similar items**

Gumdrop Cases Drop Tech nc.
Series Protective Case
Cover for Kindle Fire,
Black - With Screen ...
(137)
$49.95

In Stock. Eligible for free
shipping with Amazon Prime.

## Product Details

**Product Dimensions:** 8.2 x 5.4 x 0.6 inches ; 5.4 ounces

**Shipping Weight:** 6.4 ounces (View shipping rates and policies)

**Shipping:** Currently, item can be shipped only within the U.S.

**ASIN:** B0073YM8PG

**Item model number:** KK4.0

**Average Customer Review:**      (98 customer reviews)

**Date first available at Amazon.com:** January 31, 2011

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

### From the Manufacturer

**Transparent by Design**

KlearKase is designed so you will forget it is on your Kindle. It's crystal clear, weighs only 5.5 ounces, and provides seamless access to Kindle features.  Don't cover your Kindle - *protect it* and show it off in the transparent KlearKase.

**Life Proof**

Kids, families, and active adults can now use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects from every-day mishaps, as well as at the beach, by the pool, in the tub, and while traveling. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**

KlearKase is fully sealed from splashes, dirt, and humidity. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case for Entire Family**

Many owners buy multiple cases, and aren't always protected from the unexpected spill or drop.  Instead, buy KlearKase - an everyday case and life-proof case combined in one.

**Extras & Compatibility**

KlearKase for Kindle Fire includes a carrying bag. 1 year warranty. Splash-proof, but not waterproof.  Separate products available from KlearKase for other Kindle models.

### Product Description

The top-rated life-proof Kindle case is now available for Kindle Fire. Featured on the Today Show, Reader's Digest, Budget Travel, Wired and more, KlearKaseTM provides the only splash-proof Kindle cases that you'll want to use all the time. Now a 3rd generation design, our case for the Kindle Fire is tried and tested. Ideal for kids and families, KlearKase shields from every day accidents, and lets you enjoy your Kindle in places you wouldn't even bring a paperback. Please confirm your Kindle version, as KlearKases are custom designed for each version and fit like a glove.

## Customers Who Bought This Item Also Bought         Page 1 of 9









Kindle Fire 7", LCD
Display, Wi-Fi, 8 GB -

Amazon Kindle PowerFast
for Accelerated Charging

2-Year Protection Plan plus
Accident Coverage for

Gumdrop Cases Drop Tech
Series Protective Case

Julianna's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**        Search    Kindle Store                            Go        Hello, Julianna    Your        0
                                                                                  **Your Account**    **Prime**    **Cart**

**Kindle Store**    Buy A Kindle    Free Reading Apps    Kindle eBooks    Kindle Singles    Newsstand    Popular Games    Accessories    Discussions    Manage Your Kindle



by **Klearkase**

## KlearKase for Kindle Keyboard - Splash Proof, Transparent Protective Case

(71 customer reviews) |

- Fits Kindle Keyboard only. Please confirm your Kindle's power slider is on the bottom.
- Take your Kindle Keyboard anywhere it may get wet, scratched, dirty or dropped.
- Seamless access to the Kindle's keyboard and controls (including power slider).
- The Only Splash-Proof Case You'll Want To Use All The Time.
- Weighs only 6 ounces and includes free carrying bag.

**Available from these sellers.**

1 used from $14.50

**1 used** from **$14.50**

**Share**

Share your own customer images

---

## What Other Items Do Customers Buy After Viewing This Item?

  Kindle Keyboard 3G, Free 3G + Wi-Fi, 6" E Ink Display - includes Special Offers & Sponsored Screensavers  by Amazon Digital Services Inc.
(40,009)
$139.00

  Kindle Leather Cover, Black, Updated Design (Fits Kindle Keyboard)  by Amazon
(1,130)
$17.49

  Marware Eco-Vue Kindle Leather Folio, Black (Fits Kindle Keyboard)  by Marware
(483)
$9.99

  Kindle Paperwhite, 6" High Resolution Display with Built-in Light, Wi-Fi - Includes Special Offers  by Amazon Digital Services Inc.
(10,173)
$119.00

› **Explore similar items**

---

## Product Details

**Product Dimensions:** 5.4 x 0.5 x 7.5 inches ; 6.1 ounces

**Shipping Weight:** 7.2 ounces

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B005DO4374

**Item model number:** KK3.0

**Average Customer Review:**        (71 customer reviews)

**Date first available at Amazon.com:** July 21, 2011

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

---

## Product Description

The top-rated water resistant Kindle case is now available for Kindle 3. Featured on the Today Show, Reader's Digest, Budget

Travel, Wired and more, KlearKaseTM is the only splash-proof Kindle case you'll want to use all the time. It shields your Kindle from accidents, and lets you enjoy e-books in places you wouldn't even bring a paperback. KlearKase for Kindle 3 fits 6 inch Display, current generation Kindle only. Please confirm your Kindle version before ordering (your Kindle's power slider should be on the bottom of your Kindle).

**Transparent Design**
KlearKase is designed so you will forget it is on your Kindle. It is crystal clear, weighs only 6 ounces, and provides seamless access to all Kindle buttons. Don't cover your Kindle - show it off in the transparent KlearKase.

**Life Proof**
Use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects at the beach, by the pool, in the tub, while traveling or commuting, and around kids or pets. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**
KlearKase is fully sealed from splashes. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case**
Most splash-proof cases are only used near water. This means their owners buy multiple cases, and aren't always protected from the unexpected spill. Instead of buying multiple cases for different activities, buy KlearKase - an everyday case and splash proof case in one.

**Extras & Compatibility**
KlearKase for Kindle includes a carrying bag. 1 year warranty. Splash-proof, but not waterproof. Kindle sold separately.

---

**Customers Who Bought This Item Also Bought**                              Page 1 of 6



Kindle Keyboard 3G, Free 3G + Wi-Fi, 6" E Ink Display - includes Special Offers …
(40,009)
$139.00

2-Year Extended Warranty for Kindle Keyboard 3G, U.S. customers only
(264)
$39.99

KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use …
(98)
$49.95



Marware SportGrip Fitted Silicone Kindle Case (Fits Kindle Keyboard), Pink
(315)
$9.98

---

**Tag this product**   (What's this?)                        **Search Products Tagged with**

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

---

**Customer Reviews**

(71)

3.7 out of 5 stars

| 5 star | | 37 |
| 4 star | | 5 |
| 3 star | | 10 |
| 2 star | | 10 |
| 1 star | | 9 |

See all 71 customer reviews

“ *Now I can have peace of mind while reading at the beach.* ”
WindOverWater | 17 reviewers made a similar statement

“ *The main problem is the case refuses to stay snapped together.* ”
Gary W. Horn | 8 reviewers made a similar statement

“ *It has put my mind at ease that when i drop my kindle or it gets something spilled on it that the case protects my kindle frkm damage.* ”
S. Kresta | 10 reviewers made a similar statement

**Most Helpful Customer Reviews**

56 of 59 people found the following review helpful

**Great for added protection, not everyday use.**  August 17, 2011

Case 3:13-cv-02736-CAB-NLS   Document 85   Filed 01/21/14   Page 48 of 164



Julianna's Amazon.com | Today's Deals | Gift Cards | Help

Shop by **Department**   Search   Kindle Store   Go   Hello, **Julianna** **Your Account**   Your **Prime**   **0** **Cart**

**Kindle Store**   Buy A Kindle   Free Reading Apps   Kindle eBooks   Kindle Singles   Newsstand   Popular Games   Accessories   Discussions   Manage Your Kindle

by **KlearKase**

**KlearKase for Kindle 2 - Splash Proof, Transparent Protective Case (Fits 6" Display, 2nd Generation Kindle)**

(70 customer reviews) |

- Fits Kindle 2 Only (not current generation Kindle 3). Please confirm your Kindle's power slider is at the top.
- Take your Kindle anywhere it may get wet, scratched, dirty or dropped.
- Seamless access to the Kindle's controls (including power slider)
- The only splash-proof Kindle case you'll want to use all the time
- Includes free carrying bag and color toggle jewels for personalization.

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Have one to sell?

**Share**

Roll over image to zoom in

Share your own customer images

---

## What Other Items Do Customers Buy After Viewing This Item?

KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use - With Screen Protection (does not fit Kindle Fire HD) by KlearKase
(98)
$49.95

New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, 2,3 (First, Second and Third Generation Kindle), Kindle Fire and other 6" or 7" Android Tablet (Purple) by TrendyDigital
(53)
$15.99

New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, 2,3 (First, Second and Third Generation Kindle), Kindle Fire and other 6" or 7" Android Tablet (Blue) by TrendyDigital
(94)
$15.99

Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new Kindle Fire or Kindle Fire HD models) by Amazon
(5,641)
$19.99

› **Explore similar items**

---

## Product Details

**Product Dimensions:** 8.6 x 5.9 x 0.7 inches ; 6.1 ounces

**Shipping Weight:** 6.1 ounces

**ASIN:** B00300570U

**Average Customer Review:**          (70 customer reviews)

**Date first available at Amazon.com:** December 6, 2009

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

---

## Product Description

KlearKaseTM for Kindle 2 is the only splash-proof Kindle case you'll want to use all the time. It shields your 2nd Generation Kindle

from accidents, and lets you enjoy e-books in places you wouldn't even bring a paperback. KlearKase for Kindle 2 fits 6 inch Display, 2nd Generation Kindle only (it does not fit the latest generation Kindle 3). Please confirm your Kindle version before ordering (your Kindle's power slider should be on the top of your Kindle).

**Transparent Design**
KlearKase is designed so you will forget it is on your Kindle. It is crystal clear, weighs only 6 ounces, and provides seamless access to all Kindle buttons. Don't cover your Kindle - show it off in the transparent KlearKase.

**Life Proof**
Use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects at the beach, by the pool, in the tub, while traveling or commuting, and around kids or pets. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**
KlearKase is fully sealed from splashes. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case**
Most splash-proof cases are only used near water. This means their owners buy multiple cases, and aren't always protected from the unexpected spill. Instead of buying multiple cases for different activities, buy KlearKase - an everyday case and splash proof case in one.

**Extras & Compatibility**
KlearKase for Kindle includes a carrying bag and color jewels for personalization. Includes 1 year warranty. Splash-proof, but not waterproof. Kindle sold separately.

---

### Customers Who Bought This Item Also Bought









| New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, … | New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, … | New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, … | CaseCrown Screen Protector Film for Amazon Kindle 2 eReader (3 Pack) |
|---|---|---|---|
| (53) | (44) | (94) | (302) |
| $15.99 | $15.99 | $15.99 | $3.02 |

---

### Tag this product    (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

### Search Products Tagged with

---

### Customer Reviews

(70)

4.2 out of 5 stars

| 5 star | 39 |
| 4 star | 17 |
| 3 star | 7 |
| 2 star | 2 |
| 1 star | 5 |

See all 70 customer reviews

" *Kindle continues to be easy to carry, but gives me great peace of mind knowing I am protected from dropping and being around the pool for swim practice.* "

kurtb  |  20 reviewers made a similar statement

" *Great customer service on this issue.* "

D. Harrison  |  11 reviewers made a similar statement

" *The silicone button on the bottom that opens so you can charge it tends to come open by itself sometimes, but it is not hard just to push it back in.* "

kidimd05  |  6 reviewers made a similar statement

---

### Most Helpful Customer Reviews

24 of 25 people found the following review helpful

**EXHIBIT "C"**

Silicone Case















# COMPOSITE EXHIBIT "D"



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jun 19 03:20:34 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]  **Record 2 out of 9**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIFEPROOF

| | |
|---|---|
| **Word Mark** | **LIFEPROOF** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: ACCESSORIES FOR ELECTRONIC GOODS AND COMMUNICATIONS APPARATUS, NAMELY, PROTECTIVE HOUSINGS, CARRYING CASES, CASES AND COVERS FOR PORTABLE ELECTRONIC GOODS AND COMMUNICATIONS APPARATUS, NAMELY, CELL PHONES, LAP TOPS, TABLET COMPUTERS FOR EBOOK, MAGAZINE AND NEWSPAPER READING, AND PORTABLE MEDIA PLAYERS. FIRST USE: 20110527. FIRST USE IN COMMERCE: 20110527 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85082487 |
| **Filing Date** | July 12, 2010 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published** | |

| | |
|---|---|
| **for Opposition** | January 25, 2011 |
| **Registration Number** | 4057201 |
| **International Registration Number** | 1054602 |
| **Registration Date** | November 15, 2011 |
| **Owner** | (REGISTRANT) TREEFROG DEVELOPMENTS, INC. CORPORATION DELAWARE 15110 Avenue of Science San Diego CALIFORNIA 92128 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Sean M. Coughlin |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP    PREV LIST    CURR LIST    NEXT LIST
FIRST DOC    PREV DOC    NEXT DOC    LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jun 19 03:20:34 EDT 2013*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ] OR    Jump    to record: [        ]    **Record 7 out of 27**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIFE PROOF

| | |
|---|---|
| **Word Mark** | **LIFE PROOF** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Accessories for electronic goods, home electronics, personal electronics and communications apparatus, namely, headphones; audio speakers; televisions; earphones; wired and wireless headsets with microphones for use with mobile telephones, electronic tablets and computers; battery chargers; and portable power battery packs; protective housings, carrying cases, casings and covers for portable electronic goods and communications apparatus, namely, cell phones, portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files, portable media players, personal computers, laptops, tablet computers, computer monitors, laptop computer cooling pads and cameras; home electronics and personal electronics, namely, cell phones; computer tablets; portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files; personal computers and laptop computers; computer monitors; laptop computer cooling pads; cameras; computer application software for computers, electronic tablets and mobile phones, namely, application software for following spectator sporting activities that allows users to obtain game scores, team statistics, and individual athlete statistics as well as review game highlights and monitor annual athlete selections by professional sports teams; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's personal performance and personal statistics when participating in individual or team sporting activities; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's health characteristics and fitness conditions. bags, cases, and holsters all specially adapted for holding or carrying mobile electronic devices, namely, mobile phones, electronic tablets, electronic book readers and laptop computers and mobile electronic device accessories for use therewith, namely, belt clips, shoulder straps, or hand straps sold as a unit with the bags, cases, and holsters; computer bags; messenger bags specially adapted for holding laptops and electronic tablets, |

messenger bags specially adapted for holding electronic book readers, wheeled messenger bags specially adapted for holding laptops

| | |
|---|---|
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85832930 |
| **Filing Date** | January 25, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 23, 2013 |
| **Owner** | (APPLICANT) TreeFrog Developments, Inc. CORPORATION DELAWARE 15110 Avenue of Science San Diego CALIFORNIA 92128 |
| **Attorney of Record** | Stephen J. Horace |
| **Prior Registrations** | 4057201 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jun 19 03:10:30 EDT 2013*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# LIFE-PROOF

| | |
|---|---|
| **Word Mark** | LIFE-PROOF |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Accessories for electronic goods, home electronics, personal electronics and communications apparatus, namely, headphones; audio speakers; televisions; earphones; wired and wireless headsets with microphones for use with mobile telephones, electronic tablets and computers; battery chargers; and portable power battery packs; protective housings, carrying cases, casings and covers for portable electronic goods and communications apparatus, namely, cell phones, portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files, portable media players, personal computers, laptops, tablet computers, computer monitors, laptop computer cooling pads and cameras; home electronics and personal electronics, namely, cell phones; computer tablets; portable handheld digital electronic devices for recording, organizing, transmitting, manipulating, and reviewing audio and video files; personal computers and laptop computers; computer monitors; laptop computer cooling pads; cameras; computer application software for computers, electronic tablets and mobile phones, namely, application software for following spectator sporting activities that allows users to obtain game scores, team statistics, and individual athlete statistics as well as review game highlights and monitor annual athlete selections by professional sports teams; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's personal performance and personal statistics when participating in individual or team sporting activities; computer application software for computers, electronic tablets and mobile phones, namely, application software for monitoring the user's health characteristics and fitness conditions. bags, cases, and holsters all specially adapted for holding or carrying mobile electronic devices, namely, mobile phones, electronic tablets, electronic book readers and laptop computers and mobile electronic device accessories for use therewith, namely, belt clips, shoulder straps, or hand straps sold as a unit with the bags, cases, and holsters; computer bags; messenger bags specially adapted for holding laptops and electronic tablets, messenger bags specially adapted for holding electronic book readers, wheeled messenger bags specially adapted for holding laptops |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |

| | |
|---|---|
| **Serial Number** | 85832902 |
| **Filing Date** | January 25, 2013 |
| **Current Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 23, 2013 |
| **Owner** | (APPLICANT) TreeFrog Developments, Inc. CORPORATION DELAWARE 15110 Avenue of Science San Diego CALIFORNIA 92128 |
| **Attorney of Record** | Stephen J. Horace |
| **Prior Registrations** | 4057201 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT "E"



**Free Shipping on all TVs & Laptops**

New customer?   Sign In   |   Help

**Value of the Day**    **Local Ad**    **Store Finder**    **Registry**    **Gift Cards**

Track My Orders    My Account    My Lists

| Electronics | lifeproof | (0) | **Choose My Store** |

All Departments

Electronics > lifeproof ( See results in All Departments)

**Electronics**
- Cell Phones (21)
- Computers (3)
- iPad & eReaders (3)
- Office (1)
- Phones & Accessories (1)

Refine by   Price    Store Availability      Sort by   Best Match

**25 Results**   16   32   Per Page

### Refine Results

**Customer Rating**
- (1)
- (1)
- (1)

**Color**
- Black (6)
- Gray (3)
- White (2)
- Blue (1)
- Green (1)
- Orange (1)
- Pink (1)
- Purple (1)
- Red (1)

**Free Store Pickup**
- Available Today (25)
- Show All (25)

**Retailer**
- Walmart.com (25)

**Trending on**
-  Facebook (4)
- Pinterest (1)
- Twitter (3)



**LifeProof** Waterproof IPH4 Case, Teal

Model#: 1001-07

- Protects against everyday hazards
- Fully sealed from minute dust particles
- High degree of shock and impact protection

In stores only

- **Free store pickup** as soon as **today** with **site to store**



Treefrog **LifeProof** Case for iPhone 5, Black

Model#: 1301-01

(3)

- Waterproof
- Dustproof
- Shockproof

In stores only

- **Free store pickup** as soon as **today** with **site to store**



Treefrog **LifeProof** Case for iPhone 4, Black

Model#: 1001-01

- Waterproof
- Dustproof
- Shockproof

In stores only

- **Free store pickup** as soon as **today** with **site to store**



**LifeProof** Waterproof IPH4 Case, Blue/Black

Model#: 1001-06

- Protects against everyday hazards
- Fully sealed from minute dust particles
- High degree of shock and impact protection

In stores only

- **Free store pickup** as soon as **today** with **site to store**



Treefrog **LifeProof** Case for iPhone 4, Pink/Gray

Model#: 1001-03

(3)

- Waterproof
- Dustproof
- Shockproof

In stores only

- **Free store pickup** as soon as **today** with **site to store**



**LifeProof** iPhone 5 Case, Magenta

Model#: 1301-03

- Waterproof up to 6.6' underwater to IP-68 standards
- Fully sealed from minute dust particles
- Designed to military standard

In stores only

- **Free store pickup** as soon as **today** with **site to store**





**LifeProof** iPhone 5 Case, Cyan

Model#: 1301-04

- Waterproof up to 6.6' underwater to IP-68 standards
- Fully sealed from minute dust particles
- Designed to military standard

In stores only

- Free store pickup as soon as **today** with site to store

---

**LifeProof** iPhone 5 Case, Flat Earth

Model#: 1301-12

- Waterproof up to 6.6' underwater to IP-68 standards
- Fully sealed from minute dust particles
- Designed to military standard

In stores only

- Free store pickup as soon as **today** with site to store

---



Treefrog **LifeProof** Case for iPhone 5, White/Gray

Model#: 1301-02

- Waterproof
- Dustproof
-
- Shockproof

In stores only

- Free store pickup as soon as **today** with site to store

---



Treefrog **LifeProof** Case for iPhone 4, Purple/Black

Model#: 1001-04

(1)

- Waterproof
- Dustproof
-
- Shockproof

In stores only

- Free store pickup as soon as **today** with site to store

---



**LifeProof** Waterproof IPH4 Case, Orange/Black

Model#: 1001-09

- Protects against everyday hazards
- Fully sealed from minute dust particles
- High degree of shock and impact protection

In stores only

- Free store pickup as soon as **today** with site to store

---

**LifeProof** Waterproof IPH4 Case, Red/Black

Model#: 1001-08

- Protects against everyday hazards
- Fully sealed from minute dust particles
- High degree of shock and impact protection

In stores only

- Free store pickup as soon as **today** with site to store

---



**LifeProof** Waterproof IPH4 Case, Green

Model#: 1001-05

- Protects against everyday hazards
- Fully sealed from minute dust particles
- High degree of shock and impact protection

In stores only

- Free store pickup as soon as **today** with site to store

---



Treefrog **LifeProof** Case for iPhone 4, White/Gray

In stores only

- Free store pickup as soon as **today**



Model#: 1001-02

- Waterproof
- Dustproof
- Shockproof

with **site** *to* **store**

---



**LifeProof** Apple iPad Nuud Case, Black

In stores only

- Sealed from dirt and dust particles — meets or exceeds IP-68 Ingress Protection Rating
- Sealed from snow and ice — meets or exceeds IP-68 Ingress Protection Rating

- Free store pickup as soon as **today** with **site** *to* **store**

---



**LifeProof** Apple iPad Nuud Case/Cover, White

In stores only

- Confidence that your Apple iPad is protected when not in use
- Snaps tightly to your **LifeProof** Nuud case for iPad for a reliable fit

- Free store pickup as soon as **today** with **site** *to* **store**

---



**LifeProof** Apple iPad Strap Pack

In stores only

- Use with your **LifeProof** case for Apple iPad Nuud to make your iPad water, dirt, snow and shockproof
- Lightweight construction

- Free store pickup as soon as **today** with **site** *to* **store**

---



**LifeProof** iPhone 5 Armband

Model#: 1359

In stores only

- Your **LifeProof** iPhone Armband is compatible with the iPhone 5 **LifeProof** case (sold separately)
- Thick padding protects your skin and delivers comfort during workouts

- Free store pickup as soon as **today** with **site** *to* **store**

---



**LifeProof** iPhone 5 Belt Clip

Model#: 1357

In stores only

- Designed for your **LifeProof** iPhone 5 Case
- Clips your iPhone 5 to your belt where it's always at the ready

- Free store pickup as soon as **today** with **site** *to* **store**

---



**LifeProof** Beltclip IPH4 Case, Black

Model#: 1031

In stores only

- Designed for your **LifeProof** iPhone 4/4S Case
- Clips your iPhone 4 to your belt where it's always at the ready

- Free store pickup as soon as **today** with **site** *to* **store**

---

**LifeProof** iPhone 5 Bike Mount

Model#: 1358

In stores only

- Free store pickup as soon as **today** with **site** *to* **store**



- Lightweight honeycomb construction with premium high-impact materials for optimal strength to weight ratio
- Use your performance and navigation apps in real-time

---



**LifeProof** Bike Mount

**Model#: 1033**

In stores only

- Free store pickup as soon as **today** with **site to store**

- Lightweight honeycomb construction with premium high-impact materials for optimal strength to weight ratio
- Use your performance and navigation apps in real-time

---



**LifeProof** iPhone 5 Car Mount

**Model#: 1372**

In stores only

- Free store pickup as soon as **today** with **site to store**

- Puts your GPS, map apps, music and communications within reach and at eye level
- Transforms your iPhone 5 into a real-time dash cam

---

**LifeProof** iPhone 4 Adapter

**Model#: 0002**

In stores only

- Free store pickup as soon as **today** with **site to store**

- Straight-through 30-pin male to female adapter, all pins connected
- Compact and lightweight design

---

**LifeProof** Armband IPH4 Case, Black

**Model#: 1035**

In stores only

- Free store pickup as soon as **today** with **site to store**

- Your **LifeProof** iPhone Armband is compatible with the iPhone 4S/4 **LifeProof** case (sold separately)
- Thick padding protects your skin and delivers comfort during workouts

---

**Related Searches**

lifeproof iphone 5          lifeproof waterproof case          lifeproof iphone case

lifeproof iphone            lifeproof iphone 4                 lifeproof phone case

life proof case             lifeproof iphone 4 case

---

## What Do People Ultimately Purchase After Searching For Items You Searched For?







**27% buy**
OtterBox Defender
Case for iPhone 4/4S...

**26% buy**
OtterBox Defender
Series for iPhone
4/4S...

**25% buy**
OtterBox Defender
Case for iPhone 5

**5% buy**
Merkury M-UTW110
Universal Tablet
Window...

**5% buy**
MiPow Power Tube
4000mAh Backup
Battery...

**$28.53**          **$30.57**          **$28.35**          **$19.99**          **$36.00**

**Sponsored Links**

What's this?

**LifeProof™ iPhone Cases**

Seal Your iPhone from Water & Dirt - Free Shipping in US
www.**lifeproof**.com/

Did you find the product or service you were looking for?   Yes   No

## Sign up for savings Get Walmart values delivered to your inbox.

Enter Email Address          Sign Up

Privacy policy

Like us

Mobile apps

**Get to know us**
Corporate
Our Story
News & Views
Community Giving
Global Responsibility
Investors
Suppliers
Careers

**Walmart.com**
About Walmart.com
Terms of Use
Affiliate Program
Sponsorship Submission
International Customers
About Our Ads
Store Finder
Printable Coupons
Associate Discount
Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments

**Help**
Help Center
Track Your Order
Returns Policy
Return an Item
Product Recalls
Contact Us
Feedback [+]

**In the Spotlight**
[+] Electronics
[+] Bikes
[+] Patio and Garden
[+] Camping
[+] Video Games
[+] Home
[+] Baby
[+] Cell Phones
[+] Gifts
[+] Walmart Specials
[+] Popular Products

**Financial Services**
Walmart MoneyCenter

Walmart Credit Cards
Apply Now
Manage Account & Pay Bill

© 2013 Wal-Mart Stores, Inc.

AB 900,902,914;22395,22413,22514
ew331
/search/search-ng.do, /search/search-p.do
/include/dynamic/tiles/templates/search/polarisTemplate.jsp

ADVERTISEMENT

PHILIPS sonicare    LEARN HOW TO SAVE ON SONICARE

sign in    new guest?    my account    REDcard                    all    lifeproof

women    men    baby    kids    home    patio    furniture    electronics    entertainment    toys    health & beauty    clearance    more

REDcard    SAVE 5% + GET FREE SHIPPING.
TODAY & EVERYDAY - Apply today          find a store    Weekly Ad    GiftCards    registries    TargetLists          0

# search.

products

we found **8** results for "**lifeproof**"

narrow by

**price**

☐ $25 – $49    (2)
☐ $50 – $99    (6)
☐ set custom range
$ from – $ to

guest rating

in store, online

featured

ADVERTISEMENT

views:  small  medium  large  details                sort by: relevance                results **1 - 8** of 8    page **1** of 1



LifeProof Cell Phone Case for iPhone®4/4S -...
**$79.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare

LifeProof Cell Phone Case for iPhone®5 - Teal...
**$79.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare

LifeProof Armband for iPhone®5 - Black...
**$49.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare

LifeProof Cell Phone Case for iPhone®5 - Black...
**$79.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare

LifeProof Cell Phone Case for iPhone®5 - Red...
**$79.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare



LifeProof Cell Phone Case for iPhone®5 - White...
**$79.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare



LifeProof Belt Clip for iPhone®5 - Black...
**$29.99** store price
Spend $50, get free shipping
Not sold online
Sold in stores
compare



LifeProof Cell Phone Case for iPhone®4/4S -...
**available in stores**
Spend $50, get free shipping
Currently unavailable online
Sold in stores
(7)
compare

results **1 - 8** of 8

ADVERTISEMENT

Ads by Google

**15%Off LifeProof Cases**
**LifeProof** Cases &
Replacement Parts for
iPhone 4, iPhone 5 on
sale now.
www.shieldmans.com/
**LifeProof**

   Otterbox Cases
   Lilly Pulitzer Cases
   iPhone Cases

**Lifeproof Now**
Discount on **Lifeproof**.
Up to 73% Off!
brands.pricedumper.co
m/Sale

**Lifeproof: Sale Prices**
Cheap Prices and
Huge Selection.
**Lifeproof** on Sale!
www.calibex.com/Electr
onics

**Lifeproof 4S**
**Lifeproof** 4S Info.
Research now on
About.com.
www.about.com/**Lifepr
oof**+4S

**Save on Great Brands**
Find our Lowest
Possible Price! Great
Brands for Sale
www.pronto.com/Deals

**Lifeproof?**
Search 25,000+ Shops
on BuyCheapr™: Find
**Lifeproof** Now!
**lifeproof**.buycheapr.co
m/

Ads by Google

**LifeProof™ iPhone Cases**
Seal Your iPhone from Water & Dirt - Free Shipping in US
www.**lifeproof**.com/

   Shop LifeProof Cases     Shop iPhone 5 Cases
   Shop iPhone 4S/4 Case   Shop iPad Cases
   Shop Audio Accessories  Shop Fitness Accessories

**Now : Lifeproof**
Incredible savings on **Lifeproof**. Save up to 85% off on many
items!
www.sale-fire.com/**Lifeproof**

**LifeProof iPhone Products**
Free Shipping on Orders Over $50. Buy **LifeProof** iPhone
Products Now!
www.sunnysports.com/**LifeProof**_iPhone
⭐⭐⭐⭐⭐ 1,212 reviews for sunnysports.com

**Lifeproof - Cheap Prices**
Compare Prices for **Lifeproof**. Save. Save Time. Save Big
Time.
www.pricemachine.com/

**Lifeproof Cases**
Big Savings On **Lifeproof** Cases. Wrap Your Cell Phone In
Protection!
cellphonecases.bizrate.com/

**Save on Great Brands**
Find our Lowest Possible Price! Great Brands for Sale
www.shop411.com/Deals

**recently viewed items**



LifeProof Cell Phone
Case ...

| Target stores | about Target | ways to save | help | the REDcard |
|---|---|---|---|---|
| find a store | company info & press | weekly ads | see all help | card benefits |
| clinic | careers | daily deals | track an order | how to apply |
| optical | investor relations | coupons | return an item | manage my REDcard |
| pharmacy | corporate responsibility | clearance | shipping information | |
| photo | affiliates | all the deals | product recalls | **5% off** |
| portrait studio | A Bullseye View | | size charts | plus everyday free |
| | team member services | | contact us | shipping |
| | Bullseye Shop | | | apply now |

privacy policy | cookies | terms & conditions | CA privacy rights | CA transparency in supply chains act | about this site
© 2013 Target Brands, Inc. Target, the Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc. All rights reserved.

view all products by: womens mens baby kids home bath bedding appliances décor
kitchen patio and garden furniture electronics toys health and beauty sports
view all categories by: womens mens baby kid home bath bedding appliances décor
kitchen patio and garden furniture electronics toys health and beauty sports
view by specialty: back to college black friday christmas clearance cyber monday
halloween shop by brand favorite characters recipes Target Cartwheel

shop all departments



**Narrow Your Results**

**iPhone Compatibility**
iPhone 3G/3GS (2)
iPhone 4 - AT&T (39)
iPhone 4 - AT&T (63)
iPhone 4 - Sprint (59)
iPhone 4 - Verizon (102)
iPhone 4/4S (165)
iPhone 4S (61)
iPhone 5 (305)
See all...

**Compatibility**
Apple (1691)
Samsung (1487)
iPhone (1085)
iPhone 4 (347)
HTC (209)
See all...

**Accessory Brand**
OtterBox (40)
Griffin Technology (46)
Incase (43)
LifeProof (24)
Belkin (57)
Platinum Series (34)
Speck (33)
iFrogz (23)
See all...

**Color**
Black (40)
White (16)
Gray (13)
Blue (11)
Red (9)
Pink (9)
Purple (7)
Green (2)
See all...

**Collection**
Online Only (3984)
Marketplace Seller Items (3746)
Best Buy Items (845)
Best Buy Exclusive (2)

**Price Range**
$3.99 or Less (78)
$4 - $6.99 (1801)

1 - 15 of 4591

1 2 3 4 5 ...

Compare up to 4 items

View: 15 per page

Sort by: Best Selling


Phone sold separately
☐ Compare

**LifeProof - Case for Apple® iPhone® 5 - Black**
**Model:** 1301-01   **SKU:** 6936908
Compatible with Apple iPhone 5; dust-, shock- and impact-resistant; waterproof up to 6.6'; double AR-coated optical glass lenses; ultraslim design
**Customer Reviews:** ★★★☆☆ 3.1 of 5 (370 reviews)
Check Shipping & Availability ›

**$79.99**
- Free Shipping
- Get 5% Back in Rewards: See How



---


☐ Compare

**OtterBox - Defender Series Case for Samsung Galaxy S 4 Mobile Phones - Black**
**Model:** 39894BBR   **SKU:** 8872279
Compatible with Samsung Galaxy S 4 mobile phones; high-impact polycarbonate shell; silicone skin; thermal-formed clear membrane; play-through design
**Customer Reviews:** ★★★★★ 5 of 5 (2 reviews)
Check Shipping & Availability ›

**$49.99**
- Free Shipping
- Get 5% Back in Rewards: See How



---



iPhone sold separately
☐ Compare

**OtterBox - Defender Series Case for Apple® iPhone® 4 and 4S - Black**
**Model:** 63-1573-05-BB   **SKU:** 5220961
Compatible with Apple iPhone 4 and 4S; polycarbonate shell with silicone midlayer; screen protector; play-through design; ratcheting belt clip holster
**Customer Reviews:** ★★★★☆ 4.4 of 5 (73 reviews)
Check Shipping & Availability ›

**$29.99**
- Free Shipping
- Get 5% Back in Rewards: See How



$7 - $9.99 (782)
$10 - $14.99 (409)
$15 - $24.99 (815)
$25 - $49.99 (605)
$50 and up (101)

Current Offers
On Sale (78)
Free Shipping (3691)
Special Offers (147)
Package Deals (1)
Clearance & More (97)

Customer Reviews
Top-Rated (41)

Case Style
Shell (410)
Plastic (230)
Skin (76)
Clip (42)
Leather (30)
Silicone (14)
Charging (5)
Soft (2)
See all...

Ads by Google    What's this?

Unique Phone Cases
www.urbanoutfitters.com/ph
one
Free Shipping On Orders
Over $50. Plus Free Returns.
Start Shopping.

Cell Phone Cases
www.shop411.com/Cell+Pho
ne+Cases
Find our Lowest Possible
Price! Search for Cell Phone
Cases

Cell Phone Cases Covers
cover.pronto.com/
100+ Cellular Covers Shop,
Compare and Save at
Pronto.

Shower Curtains
Shoes
Women's Skirts

Mobile Accessory
Resources

Mobile Phone Learning
Center

Trade-In Plus™

Mobile Upgrade Checker

Mobile Accessory
Questions
Ask fellow shoppers and Best
Buy staff. Share your answers.


809 Questions
1,248 Answers
Ask. Answer.
Learn.

---


☐ Compare

### LifeProof - Case for Apple® iPhone® 4 and 4S - Black

**Model:** LP-iPH4-CS-1-BL-1    **SKU:** 3133099

Compatible with Apple iPhone 4 and 4S; polycarbonate,
polypropylene and thermoplastic elastomer; double AR-coated optical
glass

Customer Reviews: ⭐⭐⭐⭐ 3.5 of 5    (270 reviews)

Check Shipping & Availability ›

**$79.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---


*iPhone sold separately*
☐ Compare

### OtterBox - Defender Series Case for Apple® iPhone® 5 - Black

**Model:** 39127BBR    **SKU:** 6667567

Compatible with Apple iPhone 5; polycarbonate and silicone
materials; 3-layer protection; built-in screen protector; port covers; belt
clip holster

Customer Reviews: ⭐⭐⭐⭐⭐ 4.5 of 5    (125 reviews)

Check Shipping & Availability ›

**$29.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---


☐ Compare

### OtterBox - Commuter Series Case for Apple® iPhone® 5 - Black

**Model:** 39120BBR    **SKU:** 6667737

Compatible with Apple iPhone 5; polycarbonate and silicone
materials; 2-layer protection; self-adhesive screen protector; port
covers

Customer Reviews: ⭐⭐⭐⭐ 4.1 of 5    (73 reviews)

Check Shipping & Availability ›

**$24.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---


*iPhone sold separately*
☐ Compare

### mophie - Juice Pack Air Charging Case for Apple® iPhone® 5 - Black

**Model:** 39362BBR    **SKU:** 6983347

Compatible with Apple iPhone 5; rechargeable 1700 mAh battery;
metal and rubberized material; quick recharge speed; LED status
indicators; micro USB cable

Customer Reviews: ⭐⭐⭐⭐ 4.1 of 5    (23 reviews)

Check Shipping & Availability ›

**$99.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---


*iPhone sold separately*
☐ Compare

### LifeProof - Case for Apple® iPhone® 5 - White

**Model:** 1301-02    **SKU:** 6936862

Compatible with Apple iPhone 5; dust-, shock- and impact-resistant;
waterproof up to 6.6'; double AR-coated optical glass lenses;
ultraslim design

Customer Reviews: ⭐⭐⭐ 3.1 of 5    (135 reviews)

Check Shipping & Availability ›

**$79.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---


☐ Compare

### LifeProof - Case for Apple® iPhone® 5 - Magenta

**Model:** 1301-03    **SKU:** 7953067

Compatible with Apple iPhone 5; plastic material; play-through design

Customer Reviews: ⭐⭐⭐⭐ 4 of 5    (41 reviews)

Check Shipping & Availability ›

**$79.99**

• Free Shipping
• Get 5% Back in Rewards:
  See How

 Add to Cart

---



iPhone sold separately

☐ Compare

### LifeProof - Belt Clip for Apple® iPhone® 5 - Black

**Model:** 1331    **SKU:** 7288109

Compatible with Apple iPhone 5; plastic material; securely holds your phone; lightweight, adjustable design

**Customer Reviews:** ★★★★☆ 3.9 of 5 (19 reviews)

Check Shipping & Availability ›

**$29.99**

- Buy 2 for $45, 3 for $60: Find Out How
- Free Shipping
- Get 5% Back in Rewards: See How

🛒 **Add to Cart**

---



iPhone sold separately

☐ Compare

### LifeProof - Case for Apple® iPhone® 5 - Blue

**Model:** 1301-04    **SKU:** 7954048

Compatible with Apple iPhone 5; plastic material; dust- and water-resistant design

**Customer Reviews:** ★★★★☆ 4.2 of 5 (45 reviews)

Check Shipping & Availability ›

**$79.99**

- Free Shipping
- Get 5% Back in Rewards: See How

🛒 **Add to Cart** 

---



iPhone sold separately

☐ Compare

### New! LifeProof - Case for Apple® iPhone® 5 - Red

**Model:** 1301-05    **SKU:** 8899209

Designed for use with Apple iPhone 5; plastic material; water-, snow-, dirt- and shock-resistant construction; lightweight design; double AR-coated optical-glass lens

**Customer Reviews:** ☆☆☆☆☆ Be the first to write a review.

Check Shipping & Availability ›

**$79.99**

- Free Shipping
- Get 5% Back in Rewards: See How

🛒 **Add to Cart** 

---



Device sold separately

☐ Compare

### OtterBox - Defender Series Case for Samsung Galaxy S III Mobile Phones - Black

**Model:** 63-1670-05-BB    **SKU:** 5720126

Compatible with Samsung Galaxy S III mobile phones; polycarbonate and silicone materials; play-through design; ratcheting belt clip holster

**Customer Reviews:** ★★★★☆ 4.2 of 5 (103 reviews)

Check Shipping & Availability ›

**$29.99**

- Free Shipping
- Get 5% Back in Rewards: See How

🛒 **Add to Cart** 



iPhone sold separately

☐ Compare

**OtterBox - Defender Series Case for Apple® iPhone® 4 and 4S - Blue**

Model: 63-1575-05-BB    SKU: 5221078

Compatible with Apple iPhone 4 and 4S; polycarbonate shell with silicone midlayer; screen protector; play-through design; ratcheting belt clip holster

Customer Reviews: ★★★★★ 4.6 of 5 (53 reviews)

Check Shipping & Availability ›

$34.99

- Free Shipping
- Get 5% Back in Rewards: See How

 Add to Cart

---

iPhone sold separately

☐ Compare

**LifeProof - Case for Apple® iPhone® 5 - Teal**

Model: 1301-06    SKU: 8899236

**Best Buy Exclusive**
Compatible with Apple iPhone 5; plastic material; water-, dust- and drop-resistant construction; play-through design

Customer Reviews: ★★★★☆ 3.8 of 5 (4 reviews)

Check Shipping & Availability ›

$79.99

- Free Shipping
- Get 5% Back in Rewards: See How

 Add to Cart

---

**Ads by Google**   What's this?

**LG Cell Phones - LG.com**
www.lg.com/Mobile
Choose From a Variety of Sleek, Sophisticated LG **Mobile** Devices!

**Corning® Gorilla® Glass - Visually Stunning**
www.corninggorillaglass.com/
Incredibly Tough Find Out What Devices Have It.

**Cell Phone Cases - daydeal.com**
www.daydeal.com/
Shop **Cell Phone Cases** for all **Cell Phone** models - Free Shipping

Samsung      iPhone 4S
LG           Samsung Galaxy S2
HTC          Pantech

**Phone Cases & Accessories - ebestshopping.com**
www.ebestshopping.com/
Buy **Phone Cases**, Premium Quality, Designer, Stylish & Lowest Prices

1 - 15 of 4591          1  2  3  4  5 ···          View: [15 per page ▼]

Compare up to 4 items   ☐ ☐ ☐ ☐          Sort by: [Best Selling ▼]

---

**Need help? We're available 24/7 at 1-888-BEST BUY (1-888-237-8289)**
Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2013 BBY Solutions, Inc. All rights reserved. Best Buy, the Best Buy logo, the tag design and BestBuy.com are trademarks of BBY Solutions, Inc. For personal, noncommercial use only.



# Search Results for
lifeproof    [Search]

**All Results (17)**

Shop (16)

myAT&T (0)

Support (1)

Corporate & News (0)

Developer Program (0)

**Shop Filters**

Filter by Product

Wireless (16)

Additional help

Shopping Help
Retrieve Wireless Shopping Cart
Retrieve U-verse® Shopping Cart
Contact Us

## **Shop** Results for **lifeproof**

**1 - 16** of 16 results                                                    1 | Page

**Lifeproof Green Case - iPhone 5**
Waterproof, dirt-proof, snow-proof, and shockproof, LifeProof keeps your iPhone® 5 protected and connected!
$80.00

**Lifeproof Black Waterproof Case - iPhone 4/4S**
LifeProof is a waterproof, shockproof, dustproof, and snowproof case for Apple's iPhone 4/4S.
★★★★☆ (9)
$80.00

**Lifeproof White Waterproof Case - iPhone 4/4S**
LifeProof is a waterproof, shockproof, dustproof, and snowproof case for Apple's iPhone 4/4S.
★★★★☆ (11)
$80.00

**LifeProof Pink Waterproof Case - iPhone 4/4s**
LifeProof is a waterproof, shockproof, dustproof, and snowproof case for Apple's iPhone 4/4S.
★★★★★ (1)
$80.00

**Lifeproof Blue Case - iPhone 5**
Waterproof, dirt-proof, snow-proof, and shockproof, LifeProof keeps your iPhone® 5 protected and connected!
$80.00

**LifeProof White Case – iPhone® 5**
Waterproof, dirt-proof, snow-proof, and shockproof, LifeProof keeps your iPhone® 5 protected and connected!
$80.00

**LifeProof Black Case – iPhone® 5**
Waterproof, dirt-proof, snow-proof and shockproof, LifeProof keeps your iPhone® 5 protected and connected!
★★★★☆ (1)
$80.00

**LifeProof Purple Waterproof Case - iPhone 4/4s**
LifeProof is a waterproof, shockproof, dustproof, and snowproof case for Apple's iPhone 4/4S.
★★★★☆ (2)
$80.00



### Lifeproof Red Case - iPhone 5

Waterproof, dirt-proof, snow-proof, and shockproof, LifeProof keeps your iPhone® 5 protected and connected!

$80.00



### LifeProof Car Mount Accessory for iPhone 5

With your hands free, the car mount sets you free to navigate, listen to music, and make or take calls.

$40.00



### LifeProof Armband Accessory for iPhone 5

The LifeProof armband lets you join in the action with your iPhone close at hand.

$50.00
OUT OF STOCK



### LifeProof Belt Clip Accessory for iPhone 5

The LifeProof Belt Clip gives you lightning-fast access to your iPhone 5.

$30.00
OUT OF STOCK



### LifeProof Bike Mount Accessory for iPhone 5

This bike mount for your iPhone 5 Case lets you to hit the road with your phone along for the ride.

$40.00
OUT OF STOCK



### LifeProof Orange Life Jacket Accessory for iPhone 5

Molded from soft, buoyant foam, the Life Jacket preserves the life of your device.

$40.00
OUT OF STOCK



### LifeProof Black nüüd Case - New iPad

The nüüd case for iPad offers waterproof, dirt-proof, snow-proof and shock-proof protection.

$130.00
OUT OF STOCK

### LifeProof White nüüd Case - New iPad

The nüüd case for iPad offers waterproof, dirt-proof, snow-proof and shock-proof protection.

$130.00
OUT OF STOCK

**1 - 16** of 16 results                                                                 1   Page

Did you find what you were looking for?                    Yes     No 

Join Prime
Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

Shop by **Department**    Search   All   lifeproof cases                    Go

Hello. **Sign in**
**Your Account**
Join **Prime**

**0**
Cart

Wish **List**

---

Departments
**Cell Phones & Accessories**
Cases
Belt Holsters & Clips
Protective Skins
+ See more...

**Camera & Photo**
Underwater Photography Products
Simulated Surveillance Cameras
Underwater Photography Housings

**Electronics**
MP3 Player Cases
+ See more...

**Arts, Crafts & Sewing**
Scrapbooking Stickers & Sticker Machines

**Computers & Accessories**
Touch Screen Tablet Cases
Touch Screen Tablet Cases & Sleeves
Touch Screen Tablet Accessory Bundles
Touch Screen Tablet Screen Protectors
Computer Screen Protectors
Touch Screen Tablet Chargers & Adapters
PDA & Handheld Cases
+ See All 17 Departments

**International Shipping** (What's this?)
☐ AmazonGlobal Eligible

**Shipping Option** (What's this?)
☐ Free Super Saver Shipping

**Brand**
☐ LifeProof
☐ Skinzy
☐ Enterprise
☐ COCO FUN
☐ Trident Case
☐ Case
☐ Mobile Supply
+ See more...

**Case Color**

**MP3 Player Case Compatibility**
☐ iPod Touch

**Avg. Customer Review**
⭐⭐⭐⭐ & Up
⭐⭐⭐ & Up
⭐⭐ & Up
⭐ & Up

**Condition**
New
Used

---

**"lifeproof cases"**
Related Searches: lifeproof cases ipad, lifeproof cases iphone 5, lifeproof iphone 4 case.

Showing 1 - 16 of 15,723 Results            Choose a **Department**   to enable sorting



**LifeProof Case for iPhone 4/4S - Retail Packaging - Black** by Lifeproof
$79.99 **$71.37**        (5,909)
Order in the next **2 hours** and get it by   Eligible for **FREE** Super Saver Shipping.
**Thursday, Jun 20.**
**Electronics:** See all 7,693 items
More Buying Choices
**$62.99 new** (11 offers)
**$60.27 used** (1 offer)



**Lifeproof iPhone 5 Case - 1 Pack - Retail Packaging - Black** by Lifeproof
$79.99 **$79.49**        (527)
In Stock                 **#1 Best Seller** in Camera & Photo
More Buying Choices      **Electronics:** See all 7,693 items
**$63.39 new** (13 offers)
**$70.00 used** (4 offers)



**Lifeproof iPhone 5 Case - 1 Pack - Retail Packaging - White** by Lifeproof
$79.99 **$71.16**        (527)
Order in the next **2 hours** and get it by   Eligible for **FREE** Super Saver Shipping.
**Thursday, Jun 20.**
**Electronics:** See all 7,693 items
More Buying Choices
**$64.29 new** (12 offers)
**$55.99 used** (1 offer)



**Lifeproof 1301-03 Fre Case for iPhone 5 - 1 Pack - Retail Packaging - Magenta** by Lifeproof
**$79.99**               (527)
Order in the next **2 hours** and get it by   Eligible for **FREE** Super Saver Shipping.
**Thursday, Jun 20.**
**Electronics:** See all 7,693 items
More Buying Choices
**$79.48 new** (5 offers)



**Lifeproof 1301-04 Fre Case for iPhone 5 - 1 Pack - Retail Packaging - Cyan** by Lifeproof
**$79.99**               (527)
Order in the next **2 hours** and get it by   Eligible for **FREE** Super Saver Shipping.
**Thursday, Jun 20.**
**Electronics:** See all 7,693 items
More Buying Choices
**$69.49 new** (8 offers)

**Lifeproof 1301-07 Fre Case for iPhone 5 - 1 Pack - Retail Packaging - Lime** by Lifeproof
**$79.99**               (527)
Order in the next **2 hours** and get it by   Eligible for **FREE** Super Saver Shipping.
**Thursday, Jun 20.**
**Electronics:** See all 7,693 items
More Buying Choices
**$77.99 new** (4 offers)



**LifeProof Case for iPhone 4/4S - Retail Packaging - Teal** by Lifeproof

~~$79.99~~ **$74.99**

Order in the next **2 hours** and get it by **Thursday, Jun 20**.

More Buying Choices
**$74.50 new** (7 offers)

(5,909)

Eligible for **FREE** Super Saver Shipping.

Cell Phones & Accessories: See all 7,363 items

---



**Lifeproof 1301-12 Fre Case for iPhone 5 - 1 Pack - Retail Packaging - Flat Earth** by Lifeproof

**$79.99**

Order in the next **2 hours** and get it by **Thursday, Jun 20**.

More Buying Choices
**$70.00 new** (8 offers)

(528)

Eligible for **FREE** Super Saver Shipping.

Electronics: See all 7,693 items

---



**LifeProof iPhone 4/4S Case White/Grey** by Lifeproof

~~$79.89~~ **$69.99**

Order in the next **2 hours** and get it by **Thursday, Jun 20**.

More Buying Choices
**$69.99 new** (7 offers)
**$49.99 used** (3 offers)

(5,909)

Eligible for **FREE** Super Saver Shipping.

Cell Phones & Accessories: See all 7,363 items

---



**Blue Color Waterproof Shockproof Pc Case Dirt Proof Cover Fits Apple Iphone 4 4s** by aGizmos

**$16.99**

In Stock

More Buying Choices
**$12.00 new** (11 offers)
**$25.00 used** (2 offers)

(38)

Electronics: See all 7,693 items

---



**LifeProof Case for iPhone 4/4S - Retail Packaging - Pink** by Lifeproof

~~$79.99~~ **$65.11**

Order in the next **2 hours** and get it by **Thursday, Jun 20**.

More Buying Choices
**$62.99 new** (8 offers)
**$51.69 used** (3 offers)

(5,909)

Eligible for **FREE** Super Saver Shipping.

Cell Phones & Accessories: See all 7,363 items

---




**Waterproof Shockproof Lifeproof Dirt Proof Water Case Cover for Apple iPhone4 4S** by COMAN

**$18.00 new** (4 offers)
**$50.00 used** (1 offer)

(27)

Electronics: See all 7,693 items

---

Advertisement



**LifeProof iPhone 4/4S Case Purple** by Lifeproof

~~$79.99~~ **$70.42**

Order in the next **2 hours** and get it by **Thursday, Jun 20**.

More Buying Choices
**$65.99 new** (8 offers)

(5,909)

Eligible for **FREE** Super Saver Shipping.

Cell Phones & Accessories: See all 7,363 items

---

**LifeProof 1001-06 Carrying Case for iPhone 4S/4 - 1 Pack - Retail Packaging - Blue/Black** by



Lifeproof
~~$79.99~~ **$69.19**
Order in the next **2 hours** and get it by
**Thursday, Jun 20.**

More Buying Choices
**$67.85** new (9 offers)

(5,909)
Eligible for **FREE** Super Saver Shipping.
Electronics: See all 7,693 items



**LifeProof Case for iPhone 4/4S - Retail Packaging - Green** by Lifeproof
~~$79.99~~ **$68.71**
Order in the next **2 hours** and get it by
**Thursday, Jun 20.**

More Buying Choices
**$64.99** new (7 offers)
**$61.87** used (1 offer)

(5,909)
Eligible for **FREE** Super Saver Shipping.
Electronics: See all 7,693 items



**Lifeproof 1301-06 Fre Case for iPhone 5 - 1 Pack - Retail Packaging - Teal** by Lifeproof
~~$79.99~~ **$79.36**
Order in the next **2 hours** and get it by
**Thursday, Jun 20.**

More Buying Choices
**$78.59** new (6 offers)

(527)
Eligible for **FREE** Super Saver Shipping.
Cell Phones & Accessories: See all 7,363 items

**Sponsored Products on Amazon** (What's this?)　　　　　　　　　　　　　Ads



Belt Holster Pouch With Metal Clip for
Lifeproof Water Proof Iphone 5 Case -
**$14.95**
★★★☆☆ ✓ (14)
✔prime
HEALTHY SPENDING

Armband Sports Pouch Case Fits For
Lifeproof Iphone 5 Waterproof Case.
**$9.95**
HEALTHY SPENDING

Previous Page　　　**1**　2　3　... 20　　　**Next Page**

**Sponsored Links**

1. **LifeProof™ iPhone 4S Case** 🔲　　Waterproof up to 6.6 ft. Durable & sleek **case** for your iPhone 4/4S.
　　　　　　　　　　　　　　　　　www.**lifeproof**.com/iPhone4

2. **Life Proof Coupons** 🔲　　　　　June '13 Coupon Codes Offer Ends Soon!
　　　　　　　　　　　　　　　　　www.thetopcoupon.com/**Life-Proof**

3. **Lifeproof iPhone 4 Case** 🔲　　　Buy Waterproof & Shockproof **Cases**. Free Shipping on $49+ Orders!
　　　　　　　　　　　　　　　　　www.westmarine.com/

4. **LifeProof Coupon Offers** 🔲　　　**LifeProof** Coupon Promotions Redeem **LifeProof** Coupons Today
　　　　　　　　　　　　　　　　　www.couponpaste.com/**LifeProof**-Coupons

See a problem with these advertisements? Let us know

**Search Feedback**
Did you find what you were looking for? Yes No
If you need help or have a question for Customer Service, please visit the Help Section.



Advertisement

Search powered by A9

**Your Recent History** (What's this?)



**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

AMAZON.com

Brazil    Canada    China    France    Germany    India    Italy    Japan    Spain    United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

AmazonFresh
Groceries & More
Right To Your Door

AmazonLocal
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

AmazonWebServices
Scalable
Cloud Services

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot
Never Gonna
Give You Up

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates



# Get Your iPhone® Ready for the Great Outdoors

70% of our planet is covered by water - and the rest is dirt, sand or snow. Protect your iPhone from them all with a LIFEPROOF™ case.

**WATER, DIRT, SNOW & SHOCK PROOF**

LIFEPROOF™ Waterproof Case

The LIFEPROOF™ waterproof case protects your iPhone against a variety of hazards. Made military-strong for your active lifestyle, the waterproof case offers protection against water, dirt, snow and shock.

  



**ACCESSORIES FOR YOUR LIFEPROOF™ CASE**

Case 3:13-cv-02736-CAB-NLS Document 85 Filed 01/21/14 Page 85 of 164









**LIFEPROOF™ LifeJacket**

The LifeJacket keeps your iPhone afloat whether you're rafting, sailing, fishing or swimming.

iPhone 5
iPhone 4 & iPhone 4s

**LIFEPROOF™ Armband**

Strap on the LifeProof Armband and hit the road, pool, gym, surf, slopes, courts, track or trail.

iPhone 5
iPhone 4 & iPhone 4s

**LIFEPROOF™ Bike Mount**

Bring your iPhone on that biking adventure in any weather conditions.

iPhone 5
iPhone 4 & iPhone 4s

**LIFEPROOF™ Belt Clip**

Belt Clip gives you lightning-fast access to your iPhone wherever you are.

iPhone 5
iPhone 4 & iPhone 4s

**EXHIBIT "F"**

Join Us

Like   167k

Follow

- **Account**
  - Sign Up
  - Log In
- **Language**
  - English
  - Spanish
  - Italian
  - Swedish
  - German
  - French
  - Russian
  - Korean
  - Japanese
  - Simplified Chinese
  - Traditional Chinese



**LifeProof LET'S GO!**

- Why LifeProof
- Our Cases

- Our Community
- Help

Shop

**0**

- LifeProof Media
- Press Releases
- In the News
- Awards
- Video Gallery

# OtterBox Acquires LifeProof

FORT COLLINS, Colo. — May 22, 2013 at 3 p.m. PST — OtterBox®, the global leader in protection for

handheld technology, today announced the acquisition of TreeFrog Developments Inc., DBA LifeProof®. Founded in 2009 and headquartered in San Diego, LifeProof is an award-winning maker of protective cases and complementary accessories for smartphones and tablets.

Much like OtterBox, LifeProof is a rapidly growing, multi-million dollar business with a strong global brand, comprehensive product offering, impressive intellectual property and thriving company culture. Over the next 30 days, OtterBox will begin incorporating the LifeProof brand into the OtterBox family. More information about product availability and alignment will be determined at the completion of the integration.

"The joining of OtterBox and LifeProof is a way to combine two great brands and provide customers with even more great products, services and choices for smartphone accessories," OtterBox CEO Brian Thomas said. "Both companies are successful because we foster an environment where everyone takes pride in being part of a culture that knows how to identify opportunities and grow them quickly. Our goal in this acquisition is to create more value for our customers than we ever could have generated while operating individually."

A key driver for the acquisition is about creating customers who are passionate about the OtterBox brand. "Our strategy is to utilize our combined brand momentum, and world-class talent to create a great customer experience that generates OtterBox brand ambassadors for life," Thomas said. "Our customers and our employees are the ones who have the passion for the brand that allows us to succeed. This passionate spirit motivates us to build better teams, better companies and ultimately, better communities. At the end of the day, that is our goal."

OtterBox employs approximately 650 people worldwide. LifeProof employed approximately 250 people, who are now members of the OtterBox family and will remain in their San Diego location for the foreseeable future.

OtterBox has been a family-owned business since 1998. The financial details and terms of the agreement are confidential.

About LifeProof:
Based in San Diego, LifeProof designs, manufactures and markets cases for smartphones and tablets that deliver protection, style and functionality. LifeProof is built on the idea of giving everyone the complete freedom and confidence to use their mobile devices in any environment. Designed to defend against water, dirt, snow, shock and the hazards of daily life, LifeProof lets consumers use their mobile device every day, everywhere, and for everything, without worry.

For more information, visit lifeproof.com.

About OtterBox:

Founded in 1998, OtterBox creates premium technology accessories for smartphones, tablets and mobile devices. The top mobile device manufacturers, big box retailers and wireless services providers in the world value their partnership with OtterBox to increase device sales and to strengthen their own brand equity. OtterBox works endlessly to create a strong connection with consumers through first-class customer service, commitment to premium product quality and constant voice-of-the-consumer efforts.

OtterBox has been a five-time honoree on the Inc. 500 list of fastest growing private companies in the US, recognized in the Top 10 by the Forbes Magazine America's Most Promising Companies list and is a repeat

honoree in the Great Place to Work annual survey published by FORTUNE Magazine. The multi-million dollar company has global headquarters in Fort Collins, Colo. and offices in Boston, San Diego, Cork, Ireland and Hong Kong.

OtterBox is the No. 1-selling case for smartphones* and offers an extensive lineup of screen protectors, cases and other accessories that enhance various consumer lifestyles.

For more information, visit otterbox.com. We've Got Technology Covered.

Note:

*Source: The NPD Group/Retail Tracking Service/November 2010-December 2012

©2013 Otter Products, LLC. All rights reserved. OtterBox and all OtterBox logos, trademarks and symbols are the property of Otter Products, LLC. All other logos, trademarks and symbols are the property of their respective owners.

# Media Contact

## North America:
## Valerie Chereskin

Chereskin Communications

Email

## International:
## Wibke Sonderkamp

GlobalCom PR-Network GmbH

Email



Follow Us On:

LifeProof Facebook LifeProof Twitter LifeProof YouTube LifeProof YouTube LifeProof YouTube LifeProof YouTube LifeProof YouTube LifeProof YouTube LifeProof Email
Sign up for savings, news, updates          >
Privacy|Terms|Policies and Warranties
© Copyright 2012 LifeProof : All Rights Reserved.

website design // digital operative

- [LifeProof Media](#)
- [Help](#)
- [Business](#)
- [Contact](#)
- [Distributors & Resellers](#)
- [Cart](#)

- [LifeProof Store](#)
  - [iPhone 5 Case](#)
  - [iPhone 4S Case](#)
  - [iPad Case](#)
  - [iPod Case](#)
- [Why LifeProof](#)
  - [Water](#)
  - [Snow](#)
  - [Dirt](#)
  - [Shock](#)
  - [Articles](#)
- [LifeProof Media](#)
  - [Media](#)
  - [Press Releases](#)
  - [In the News](#)
  - [Awards](#)
  - [Videos](#)
- [About](#)
  - [Our Company](#)
  - [The Team](#)
  - [Careers](#)
  - [Partners](#)
  - [Affiliates](#)

**Payment Types**



# EXHIBIT "G"

900257275   06/06/2013

| TRADEMARK ASSIGNMENT |
|---|

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Term Loan IP Security Agreement |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Treefrog Developments, Inc. | | 05/17/2013 | CORPORATION: DELAWARE |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | Wells Fargo Bank, National Association, as Collateral Agent |
| Street Address: | 1700 Lincoln Street, 4th Floor |
| Internal Address: | Attention: Wholesale Loan Services (WLS) |
| City: | Denver |
| State/Country: | COLORADO |
| Postal Code: | 80203 |
| Entity Type: | national banking association: UNITED STATES |

**PROPERTY NUMBERS  Total: 4**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 85702238 | |
| Serial Number: | 85542931 | LET'S GO! |
| Serial Number: | 85082487 | LIFEPROOF |
| Serial Number: | 85771178 | LIFEPROOF |

**CORRESPONDENCE DATA**

Fax Number:
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Email: | ipdocket@lw.com |
| Correspondent Name: | Latham & Watkins LLP |
| Address Line 1: | 650 Town Center Drive, Suite 2000 |
| Address Line 4: | Costa Mesa, CALIFORNIA   92626 |

| ATTORNEY DOCKET NUMBER: | 049275-0030 |
|---|---|
| NAME OF SUBMITTER: | Rhonda DeLeon |

OP  $115.00  85702238

TRADEMARK
REEL: 005042 FRAME: 0833

| Signature: | /Rhonda DeLeon/ |
|---|---|
| Date: | 06/06/2013 |

**Total Attachments: 39**
source=Term Loan IP Security Agreement#page1.tif
source=Term Loan IP Security Agreement#page2.tif
source=Term Loan IP Security Agreement#page3.tif
source=Term Loan IP Security Agreement#page4.tif
source=Term Loan IP Security Agreement#page5.tif
source=Term Loan IP Security Agreement#page6.tif
source=Term Loan IP Security Agreement#page7.tif
source=Term Loan IP Security Agreement#page8.tif
source=Term Loan IP Security Agreement#page9.tif
source=Term Loan IP Security Agreement#page10.tif
source=Term Loan IP Security Agreement#page11.tif
source=Term Loan IP Security Agreement#page12.tif
source=Term Loan IP Security Agreement#page13.tif
source=Term Loan IP Security Agreement#page14.tif
source=Term Loan IP Security Agreement#page15.tif
source=Term Loan IP Security Agreement#page16.tif
source=Term Loan IP Security Agreement#page17.tif
source=Term Loan IP Security Agreement#page18.tif
source=Term Loan IP Security Agreement#page19.tif
source=Term Loan IP Security Agreement#page20.tif
source=Term Loan IP Security Agreement#page21.tif
source=Term Loan IP Security Agreement#page22.tif
source=Term Loan IP Security Agreement#page23.tif
source=Term Loan IP Security Agreement#page24.tif
source=Term Loan IP Security Agreement#page25.tif
source=Term Loan IP Security Agreement#page26.tif
source=Term Loan IP Security Agreement#page27.tif
source=Term Loan IP Security Agreement#page28.tif
source=Term Loan IP Security Agreement#page29.tif
source=Term Loan IP Security Agreement#page30.tif
source=Term Loan IP Security Agreement#page31.tif
source=Term Loan IP Security Agreement#page32.tif
source=Term Loan IP Security Agreement#page33.tif
source=Term Loan IP Security Agreement#page34.tif
source=Term Loan IP Security Agreement#page35.tif
source=Term Loan IP Security Agreement#page36.tif
source=Term Loan IP Security Agreement#page37.tif
source=Term Loan IP Security Agreement#page38.tif
source=Term Loan IP Security Agreement#page39.tif

EXECUTION VERSION

## TERM LOAN IP SECURITY AGREEMENT

This **TERM LOAN IP SECURITY AGREEMENT**, dated as of May 17, 2013 (this "Agreement"), is made by each of the signatories hereto indicated as a "Grantor" (each a "Grantor" and collectively, the "Grantors") in favor of Wells Fargo Bank, National Association, as Collateral Agent for the Secured Parties (in such capacity and together with its successors and assigns in such capacity, the "Agent").

**WHEREAS**, pursuant to that certain Term Loan Credit Agreement dated as of May 17, 2013 by and among Otter Products, LLC, a Colorado limited liability company (the "Lead Borrower"), OtterBox Holdings, Inc., a Colorado corporation ("NewCo" and together with the Lead Borrower, each a "Borrower" and collectively, the "Borrowers"), Wells Fargo Bank, National Association, as administrative agent, the Agent, the lenders party thereto (the "Lenders") and other financial institutions party thereto (as the same may hereafter be amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement"), the Lenders have severally agreed to make extensions of credit to the Borrowers upon the terms and subject to the conditions set forth therein;

**WHEREAS**, as a condition precedent to the obligation of the Lenders to make their respective extensions of credit to the Borrowers under the Credit Agreement, the Grantors entered into a Term Loan Pledge and Security Agreement dated as of May 17, 2013 (as amended, restated, supplemented or otherwise modified from time to time, the "Pledge and Security Agreement"), by and among each of the Grantors, NewCo, the Agent and the other parties party thereto, pursuant to which each of the Grantors assigned, transferred and granted to the Agent, for the benefit of the Secured Parties, a security interest in the IP Collateral (as defined below); and

**WHEREAS**, pursuant to the Pledge and Security Agreement, each Grantor agreed to execute this Agreement, in order to record the security interest granted to the Agent for the benefit of the Secured Parties with the United States Copyright Office and the United States Patent and Trademark Office.

**NOW, THEREFORE**, in consideration of the foregoing and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Grantors hereby agree with the Agent as follows:

**SECTION 1.    Defined Terms**

(a)    Capitalized terms used but not defined herein shall have the respective meanings given thereto in the Pledge and Security Agreement, and if not defined therein, shall have the respective meanings given thereto in the Credit Agreement.

(b)    The following terms shall have the following meanings:

"Copyright Collateral" shall mean all works of authorship and all intellectual property rights therein, all United States and foreign copyrights (whether or not the underlying works of authorship have been published), including but not limited to copyrights in software and databases, all designs (including but not limited to all industrial designs, and "Protected Designs" within the meaning of 17 U.S.C. 1301 et. Seq. and Community designs), and all "Mask Works" (as defined in 17 U.S.C. 901 of the U.S. Copyright Act), whether registered or unregistered, and with respect to any and all of the foregoing: (1) all registrations and applications for registration thereof including, without limitation, the registrations and applications listed in Schedule A

1

SD\1315410.4

attached hereto, (2) all extensions, renewals, and restorations thereof, (3) all rights to sue or otherwise recover for any past, present and future infringement or other violation thereof, (4) all Proceeds of the foregoing, including, without limitation, license fees, royalties, income, payments, claims, damages and proceeds of suit now or hereafter due and/or payable with respect thereto, and (5) all other rights of any kind accruing thereunder or pertaining thereto throughout the world (collectively "Copyrights").

"Patent Collateral" shall mean all patentable inventions and designs, all United States, foreign, and multinational patents, certificates of invention, and similar industrial property rights, and applications for any of the foregoing, including without limitation:

 (i) each patent and patent application listed in Schedule B attached hereto;

 (ii) all reissues, substitutes, divisions, continuations, continuations-in-part, extensions, renewals, and reexaminations thereof;

 (iii) all inventions and improvements described and claimed therein;

 (iv) all rights to sue or otherwise recover for any past, present and future infringement or other violation thereof;

 (v) all Proceeds of the foregoing, including, without limitation, license fees, royalties, income, payments, claims, damages, and proceeds of suit now or hereafter due and/or payable with respect thereto, income, royalties, damages and other payments now and hereafter due and/or payable with respect thereto; and

 (vi) all other rights of any accruing thereunder or pertaining thereto throughout the world.

"Trademark Collateral" shall mean, subject to the provisions of Section 2.2 below, all domestic, foreign and multinational trademarks, service marks, trade names, corporate names, company names, business names, fictitious business names, trade dress, trade styles, logos, Internet domain names, other indicia of origin or source identification, and general intangibles of a like nature, whether registered or unregistered, and with respect to any and all of the foregoing:

 (i) all registrations and applications for registration thereof including, without limitation, the registrations and applications listed in Schedule C attached hereto;

 (ii) all extension and renewals thereof;

 (iii) all of the goodwill of the business connected with the use of and symbolized by any of the foregoing;

 (iv) all rights to sue or otherwise recover for any past, present and future infringement, dilution, or other violation thereof;

 (v) all Proceeds of the foregoing, including, without limitation, license fees, royalties, income, payments, claims, damages and proceeds of suit now or hereafter due and/or payable with respect thereto; and

 (vi) all other rights of any kind accruing thereunder or pertaining thereto throughout the world.

2

**TRADEMARK**
**REEL: 005042 FRAME: 0836**

**SECTION 2.   Grant of Security Interest in IP Collateral**

    **SECTION 2.1  Grant of Security.**  Each Grantor hereby assigns and transfers to the Agent, and hereby grants to the Agent, for the benefit of the Secured Parties, a security interest in, all of the following property, in each case, wherever located and now owned or at any time hereafter acquired by such Grantor or in which such Grantor now has or at any time in the future may acquire any right, title or interest (collectively, the "IP Collateral") as collateral security for the prompt and complete payment and performance when due (whether at the stated maturity, by acceleration or otherwise) of the Secured Obligations:

        (a)      all Copyright Collateral;

        (b)      all Patent Collateral;

        (c)      all Trademark Collateral; and

        (d)      all Proceeds of the foregoing.

For the avoidance of doubt, the grant of a security in IP Collateral shall not be deemed an absolute assignment thereof to the Agent.

    **SECTION 2.2  Certain Limited Exclusions.**  Notwithstanding anything herein to the contrary, in no event shall the IP Collateral include, or the security interest granted under Section 2.1 hereof attach to, any "intent-to-use" application for registration of a Trademark filed pursuant to Section 1(b) of the Lanham Act, 15 U.S.C. § 1051, prior to the filing of a "Statement of Use" pursuant to Section 1(d) of the Lanham Act or an "Amendment to Allege Use" pursuant to Section 1(c) of the Lanham Act with respect thereto, solely to the extent, if any, that, and solely during the period, if any, in which, the grant of a security interest therein would impair the validity or enforceability of any registration that issues from such intent-to-use application under applicable federal law.

**SECTION 3.   Security Agreement**

    The security interest granted pursuant to this Agreement is granted in conjunction with the security interest granted to the Agent for the Secured Parties pursuant to the Pledge and Security Agreement, and the Grantors hereby acknowledge and affirm that the rights and remedies of the Agent with respect to the security interest in the IP Collateral made and granted hereby are more fully set forth in the Pledge and Security Agreement, the terms and provisions of which are incorporated by reference herein as if fully set forth herein.  In the event that any provision of this Agreement is deemed to conflict with the Pledge and Security Agreement, the provisions of the Pledge and Security Agreement shall control.

**SECTION 4.   Governing Law**

    THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED AND INTERPRETED IN ACCORDANCE WITH, THE LAW OF THE STATE OF NEW YORK WITHOUT REGARD TO CONFLICTS OF LAW RULES THAT WOULD RESULT IN THE APPLICATION OF A DIFFERENT GOVERNING LAW (OTHER THAN ANY MANDATORY PROVISIONS OF THE UCC RELATING TO THE LAW GOVERNING PERFECTION AND EFFECT OF PERFECTION OF THE SECURITY INTERESTS).

SD\1315410.4

**TRADEMARK
REEL: 005042 FRAME: 0837**

**SECTION 5.   Counterparts**

This Agreement may be executed in one or more counterparts and by different parties hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original, but all such counterparts together shall constitute but one and the same instrument.

[Remainder of page intentionally left blank]

SD\1315410.4

TRADEMARK
REEL: 005042 FRAME: 0838

**IN WITNESS WHEREOF,** each Grantor has caused this Agreement to be executed and delivered by its duly authorized officer as of the date first set forth above.

**OTTER PRODUCTS, LLC,**
**as Grantor**

By: _____

Name:  Bruce Valentine
Title:    Chief Financial Officer and Secretary

**TREEFROG DEVELOPMENTS, INC.,**
**as Grantor**

By: _____

Name:  Bruce Valentine
Title:    Chief Financial Officer and Secretary

[Signature Page to Term Loan IP Security Agreement]

Accepted and Agreed:

WELLS FARGO BANK, NATIONAL ASSOCIATION,
as Agent

By: _____
Name: _____
Its Authorized Signatory

[Signature Page to Term Loan IP Security Agreement]

TRADEMARK
REEL: 005042 FRAME: 0840

**SCHEDULE A**

**Copyright Collateral**

## I. OTTER PRODUCTS, LLC

### a. COPYRIGHT REGISTRATIONS

| Title | Registration No. | Registration Date | Jurisdiction |
|-------|------------------|-------------------|--------------|
| RBB2-8500S | VA0001716717 | 2010-05-25 | U.S. |
| OtterBox logo | VA0001813660 | 2012-03-22 | U.S. |

### b. COPYRIGHT APPLICATIONS

None.

Schedule A-1

TRADEMARK
REEL: 005042 FRAME: 0841

## II. TREEFROG DEVELOPMENTS, INC.

### a. COPYRIGHT REGISTRATIONS

| Title | Registration No. | Registration Date | Jurisdiction |
|---|---|---|---|
| LIFEPROOF LET'S GO! | 1102567<br>1102567 | 2013-03-01<br>2013-03-04 | Canada |

### b. COPYRIGHT APPLICATIONS

| Title | Registration Date | Jurisdiction |
|---|---|---|
| Shipping Carton Text and Graphics for LIFEPROOF LET'S GO! (and water, dirt, snow shock design) | Filed March 1, 2013 | U.S. |

Schedule A-2

TRADEMARK
REEL: 005042 FRAME: 0842

**SCHEDULE B**

**Patent Collateral**

## I.  OTTER PRODUCTS, LLC

### a.  PATENTS AND PATENT APPLICATIONS

#### UNITED STATES ISSUED PATENTS

| Patent Number | Issue Date |
|---|---|
| 6,646,864 | 11/11/2003 |
| 6,995,976 | 2/7/2006 |
| 7,158,376 | 1/2/2007 |
| 7,180,735 | 2/20/2007 |
| 7,230,823 | 6/12/2007 |
| 7,312,984 | 12/25/2007 |
| 7,449,650 | 11/11/2008 |
| 7,609,512 | 10/27/2009 |
| 7,663,879 | 2/16/2010 |
| 7,688,580 | 3/30/2010 |
| 7,889,489 | 2/15/2011 |
| 7,907,394 | 3/15/2011 |
| 7,933,122 | 4/26/2011 |
| 8,395,894 | 3/12/2013 |
| D472,384 | 4/1/2003 |
| D513,123 | 12/27/2005 |
| D513,451 | 1/10/2006 |
| D514,808 | 2/14/2006 |
| D516,309 | 3/7/2006 |
| D516,553 | 3/7/2006 |
| D516,554 | 3/7/2006 |
| D516,807 | 3/14/2006 |
| D526,780 | 8/22/2006 |
| D530,079 | 10/17/2006 |
| D542,524 | 5/15/2007 |
| D557,264 | 12/11/2007 |
| D557,897 | 12/25/2007 |
| D581,155 | 11/25/2008 |
| D581,421 | 11/25/2008 |

Schedule B-1

**TRADEMARK**
**REEL: 005042 FRAME: 0843**

| | |
|---|---|
| D587,008 | 2/24/2009 |
| D589,016 | 3/24/2009 |
| D593,319 | 6/2/2009 |
| D593,746 | 6/9/2009 |
| D597,301 | 8/4/2009 |
| D598,407 | 8/18/2009 |
| D600,908 | 9/29/2009 |
| D603,602 | 11/10/2009 |
| D605,850 | 12/15/2009 |
| D611,478 | 3/9/2010 |
| D613,282 | 4/6/2010 |
| D615,077 | 5/4/2010 |
| D615,535 | 5/11/2010 |
| D615,536 | 5/11/2010 |
| D615,967 | 5/18/2010 |
| D617,784 | 6/15/2010 |
| D617,785 | 6/15/2010 |
| D617,786 | 6/15/2010 |
| D617,787 | 6/15/2010 |
| D619,574 | 7/13/2010 |
| D620,487 | 7/27/2010 |
| D621,394 | 8/10/2010 |
| D621,395 | 8/10/2010 |
| D621,821 | 8/17/2010 |
| D621,822 | 8/17/2010 |
| D623,179 | 9/7/2010 |
| D623,638 | 9/14/2010 |
| D623,639 | 9/14/2010 |
| D624,533 | 9/28/2010 |
| D624,910 | 10/5/2010 |
| D626,120 | 10/26/2010 |
| D626,121 | 10/26/2010 |
| D626,964 | 11/9/2010 |
| D628,568 | 12/7/2010 |
| D632,683 | 2/15/2011 |
| D632,684 | 2/15/2011 |
| D632,685 | 2/15/2011 |
| D632,686 | 2/15/2011 |
| D634,741 | 3/22/2011 |

Schedule B-2

**TRADEMARK**
**REEL: 005042 FRAME: 0844**

| | |
|---|---|
| D636,386 | 4/19/2011 |
| D636,387 | 4/19/2011 |
| D637,588 | 5/10/2011 |
| D637,589 | 5/10/2011 |
| D637,590 | 5/10/2011 |
| D637,591 | 5/10/2011 |
| D637,592 | 5/10/2011 |
| D638,005 | 5/17/2011 |
| D638,411 | 5/24/2011 |
| D638,413 | 5/24/2011 |
| D638,414 | 5/24/2011 |
| D638,828 | 5/31/2011 |
| D638,829 | 5/31/2011 |
| D638,830 | 5/31/2011 |
| D640,679 | 6/28/2011 |
| D640,680 | 6/28/2011 |
| D641,013 | 7/5/2011 |
| D641,014 | 7/5/2011 |
| D642,170 | 7/26/2011 |
| D642,171 | 7/26/2011 |
| D642,558 | 8/2/2011 |
| D643,028 | 8/9/2011 |
| D643,422 | 8/16/2011 |
| D643,423 | 8/16/2011 |
| D643,424 | 8/16/2011 |
| D643,836 | 8/23/2011 |
| D643,837 | 8/23/2011 |
| D644,216 | 8/30/2011 |
| D644,217 | 8/30/2011 |
| D644,635 | 9/6/2011 |
| D644,636 | 9/6/2011 |
| D644,637 | 9/6/2011 |
| D644,638 | 9/6/2011 |
| D644,639 | 9/6/2011 |
| D645,031 | 9/13/2011 |
| D649,347 | 11/29/2011 |
| D649,536 | 11/29/2011 |
| D649,537 | 11/29/2011 |
| D649,538 | 11/29/2011 |

Schedule B-3

**TRADEMARK**
**REEL: 005042 FRAME: 0845**

| | |
|---|---|
| D650,371 | 12/13/2011 |
| D650,376 | 12/13/2011 |
| D651,203 | 12/27/2011 |
| D651,204 | 12/27/2011 |
| D651,213 | 12/27/2011 |
| D651,594 | 1/3/2012 |
| D654,483 | 2/21/2012 |
| D654,484 | 2/21/2012 |
| D654,485 | 2/21/2012 |
| D654,486 | 2/21/2012 |
| D654,487 | 2/21/2012 |
| D654,488 | 2/21/2012 |
| D654,489 | 2/21/2012 |
| D654,490 | 2/21/2012 |
| D654,491 | 2/21/2012 |
| D654,492 | 2/21/2012 |
| D654,915 | 2/28/2012 |
| D657,137 | 4/10/2012 |
| D657,353 | 4/10/2012 |
| D658,644 | 5/1/2012 |
| D661,482 | 6/12/2012 |
| D661,483 | 6/12/2012 |
| D662,924 | 7/3/2012 |
| D663,296 | 7/10/2012 |
| D673,539 | 1/1/2013 |
| D673,540 | 1/1/2013 |
| D673,541 | 1/1/2013 |
| D673,542 | 1/1/2013 |
| D673,543 | 1/1/2013 |
| D673,544 | 1/1/2013 |
| D673,545 | 1/1/2013 |
| D673,546 | 1/1/2013 |
| D673,547 | 1/1/2013 |
| D673,548 | 1/1/2013 |
| D673,549 | 1/1/2013 |
| D673,550 | 1/1/2013 |
| D673,551 | 1/1/2013 |
| D673,552 | 1/1/2013 |
| D673,553 | 1/1/2013 |

Schedule B-4

SD\1315697.2

| | |
|---|---|
| D673,569 | 1/1/2013 |
| D673,936 | 1/8/2013 |
| D673,938 | 1/8/2013 |
| D673,939 | 1/8/2013 |
| D673,940 | 1/8/2013 |
| D673,941 | 1/8/2013 |
| D673,942 | 1/8/2013 |
| D674,790 | 1/22/2013 |
| D674,791 | 1/22/2013 |
| D674,792 | 1/22/2013 |
| D675,209 | 1/29/2013 |
| D675,603 | 2/5/2013 |
| D675,624 | 2/5/2013 |
| D676,035 | 2/12/2013 |
| D676,036 | 2/12/2013 |
| D676,433 | 2/19/2013 |
| D676,434 | 2/19/2013 |
| D676,435 | 2/19/2013 |
| D676,838 | 2/26/2013 |
| D676,840 | 2/26/2013 |
| D676,841 | 2/26/2013 |
| D676,842 | 2/26/2013 |
| D676,844 | 2/26/2013 |
| D676,845 | 2/26/2013 |
| D677,251 | 3/5/2013 |
| D680,522 | 4/23/2013 |
| D681,020 | 4/30/2013 |
| D681,022 | 4/30/2013 |
| D681,023 | 5/7/2013 |
| D681,024 | 4/30/2013 |
| D681,025 | 4/30/2013 |
| D681,026 | 4/30/2013 |
| D681,613 | 5/7/2013 |
| D681,616 | 5/7/2013 |
| D681,617 | 5/7/2013 |
| D681,618 | 5/7/2013 |
| D681,619 | 5/7/2013 |
| D681,621 | 5/7/2013 |
| D681,622 | 5/7/2013 |

Schedule B-5

SD\1315697.2

| D681,623 | 5/7/2013 |
|----------|----------|

### UNITED STATES PENDING PATENT APPLICATIONS

| Application No. | Filing Date |
|----------------|-------------|
| 12/648,549 | 12/29/2009 |
| 12/687,390 | 1/14/2010 |
| 12/895,150 | 9/30/2010 |
| 12/950,821 | 11/19/2010 |
| 13/050,791 | 3/17/2011 |
| 13/050,826 | 3/17/2011 |
| 13/186,583 | 7/20/2011 |
| 13/218,676 | 8/26/2011 |
| 13/466,301 | 5/8/2012 |
| 13/466,320 | 5/8/2012 |
| 13/466,346 | 5/8/2012 |
| 13/689,714 | 11/29/2012 |
| 13/710,217 | 12/10/2012 |
| 13/801,487 | 3/13/2013 |
| 13/891,950 | 5/10/2013 |
| 29/392,493 | 5/23/2011 |
| 29/400,037 | 8/23/2011 |
| 29/400,043 | 8/23/2011 |
| 29/416,091 | 3/19/2012 |
| 29/416,097 | 3/19/2012 |
| 29/416,102 | 3/19/2012 |
| 29/416,103 | 3/19/2012 |
| 29/416,107 | 3/19/2012 |
| 29/417,064 | 3/29/2012 |
| 29/418,893 | 4/23/2012 |
| 29/422,972 | 5/25/2012 |
| 29/423,645 | 6/4/2012 |
| 29/423,654 | 6/4/2012 |
| 29/423,661 | 6/4/2012 |
| 29/429,671 | 8/15/2012 |
| 29/429,676 | 8/15/2012 |
| 29/429,691 | 8/15/2012 |
| 29/429,923 | 8/19/2012 |
| 29/429,924 | 8/19/2012 |
| 29/431,887 | 9/12/2012 |

Schedule B-6

**TRADEMARK
REEL: 005042 FRAME: 0848**

| | |
|---|---|
| 29/433,836 | 10/5/2012 |
| 29/434,019 | 10/9/2012 |
| 29/434,584 | 10/15/2012 |
| 29/435,199 | 10/21/2012 |
| 29/435,200 | 10/21/2012 |
| 29/435,201 | 10/21/2012 |
| 29/435,202 | 10/21/2012 |
| 29/435,203 | 10/21/2012 |
| 29/435,204 | 10/21/2012 |
| 29/435,205 | 10/21/2012 |
| 29/435,206 | 10/21/2012 |
| 29/435,207 | 10/21/2012 |
| 29/440,843 | 12/27/2012 |
| 29/440,846 | 12/27/2012 |
| 29/440,864 | 12/28/2012 |
| 29/441,485 | 1/6/2013 |
| 29/441,596 | 1/7/2013 |
| 29/441,650 | 1/8/2013 |
| 29/441,657 | 1/8/2013 |
| 29/441,662 | 1/8/2013 |
| 29/441,665 | 1/8/2013 |
| 29/441,681 | 1/8/2013 |
| 29/447,505 | 3/4/2013 |
| 29/447,522 | 3/4/2013 |
| 29/447,537 | 3/4/2013 |
| 29/448,272 | 3/11/2013 |
| 29/450,828 | 3/24/2013 |
| 29/450,830 | 3/24/2013 |
| 29/454,070 | 5/6/2013 |
| 29/454,093 | 5/6/2013 |
| 29/454,130 | 5/7/2013 |
| 29/454,226 | 5/8/2013 |
| 29/454,229 | 5/8/2013 |

## FOREIGN ISSUED PATENTS

| Country | Patent Number | Issue Date |
|---|---|---|
| CN | CN 201020107204.2 | 4/13/2011 |
| CN | CN 201030002514.3 | 8/4/2010 |
| CN | CN 201030002516.2 | 8/4/2010 |

Schedule B-7

**TRADEMARK**
**REEL: 005042 FRAME: 0849**

| CN | CN 201030271757.7 | 1/19/2011 |
|----|-------------------|-----------|
| CN | ZL 201030000492.7 | 8/11/2010 |
| CN | ZL 201030000493.1 | 8/18/2010 |
| CN | ZL 201030000494.6 | 8/18/2010 |
| CN | ZL 201030000495.0 | 8/11/2010 |
| CN | ZL 201030000496.5 | 8/18/2010 |
| CN | ZL 201030000497.X | 8/25/2010 |
| CN | ZL 201030000498.4 | 8/18/2010 |
| CN | ZL 201030000499.9 | 8/11/2010 |
| CN | ZL 201030000500.8 | 8/18/2010 |
| CN | ZL 201030002506.9 | 8/11/2010 |
| CN | ZL 201030002507.3 | 8/11/2010 |
| CN | ZL 201030002508.8 | 8/18/2010 |
| CN | ZL 201030002509.2 | 8/18/2010 |
| CN | ZL 201030002510.5 | 8/18/2010 |
| CN | ZL 201030002511.X | 8/25/2010 |
| CN | ZL 201030002512.4 | 8/18/2010 |
| CN | ZL 201030002513.9 | 8/4/2010 |
| CN | ZL 201030002515.8 | 8/11/2010 |
| CN | ZL 201030111454.9 | 8/18/2010 |
| CN | ZL 201030111467.6 | 8/18/2010 |
| CN | ZL 201030111472.7 | 8/18/2010 |
| CN | ZL 201030112204.7 | 8/18/2010 |
| CN | ZL 201030112224.4 | 8/11/2010 |
| CN | ZL 201030112236.7 | 8/11/2010 |
| CN | ZL 201030112238.6 | 8/18/2010 |
| CN | ZL 201030112249.4 | 8/18/2010 |
| CN | ZL 201030112262.X | 8/25/2010 |
| CN | ZL 201030112299.2 | 8/18/2010 |
| CN | ZL 201030112301.6 | 8/18/2010 |
| CN | ZL 201030112305.4 | 8/18/2010 |
| CN | ZL 201030112307.3 | 8/18/2010 |
| CN | ZL 201030112309.2 | 8/25/2010 |
| CN | ZL 201030112317.7 | 8/4/2010 |
| CN | ZL 201030112320.9 | 8/25/2010 |
| CN | ZL 201030112347.8 | 8/18/2010 |
| CN | ZL 201030132396.8 | 8/18/2010 |
| CN | ZL 201030271715.3 | 1/19/2011 |
| CN | ZL 201030271731.2 | 1/19/2011 |
| CN | ZL 201030271741.6 | 1/19/2011 |
| CN | ZL 201030271751.X | 1/19/2011 |
| EU | 2101725-0001 | 9/12/2012 |
| EU | 2101758-0001 | 10/16/2012 |
| EU | 2119578-0001 | 10/16/2012 |
| EU | 2189951-0001 | 02/22/2013 |

Schedule B-8

TRADEMARK
REEL: 005042 FRAME: 0850

| EU | 2189993-0001 | 02/22/2013 |
|---|---|---|

### FOREIGN PENDING PATENTS

| Country | Application Number | Filing Date |
|---|---|---|
| EU | 2198416 | 03/07/2013 |
| EU | 2209353 | 03/26/2013 |
| EU | 2211540 | 03/28/2013 |
| EU | 2212944 | 04/03/2013 |
| EU | 2212951 | 04/03/2013 |

## II. TREEFROG DEVELOPMENTS, INC.

### a. PATENTS AND PATENT APPLICATIONS

| Title | Jurisdiction | Application No. | Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Housing For Encasing An Electronic Device | PCT | PCT/US11/56040 | | 10/12/2011 | |
| Housing For Receiving and Encasing An Object | US | 13/272156 | 8342325 | 10/12/2011 | 1/1/2013 |
| Housing For Encasing An Object | US | 13/355447 | 8393466 | 1/20/2012 | 3/12/2013 |
| Housing For Encasing An Object | US | 13/656658 | | 10/19/2012 | |
| Housing For Encasing A Device | US | 13/707584 | | 12/6/2012 | |
| Housing Encasing A Device Having A Switch | US | 13/681342 | | 11/19/2012 | |
| Housing For Encasing an Object Having a Headphone Port | US | 13/689744 | | 11/29/2012 | |
| Housing For Encasing An Object Having an Electrical Connection | US | 13/689663 | | 11/29/2012 | |

Schedule B-9

**TRADEMARK**
**REEL: 005042 FRAME: 0851**

| Title | Jurisdiction | Application No. | Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Housing For Encasing an Object Having a Proximity Sensor | US | 13/689691 | | 11/29/2012 | |
| Housing For Encasing a Tablet Computer | PCT | PCT/US12/42334 | | 6/13/2012 | |
| Housing For Encasing a Tablet Computer | US | 13/517583 | | 6/13/2012 | |
| Housing For Encasing a Tablet Computer | US | 13/562219 | | 7/30/2012 | |
| Accessories for Use with Housing for an Electronic Device | US | 61/649911 | - | 5/21/2012 | - |
| Accessories for Use with Housing for an Electronic Device | US | 61/694744 | - | 8/29/2012 | - |
| Accessories for Use with Housing for an Electronic Device | US | 61/708629 | - | 10/1/2012 | - |
| Mounts for Use with Housing for an Electronic Device | US | 61/759972 | - | 2/1/2013 | - |
| Accessories for Use with Housing for an Electronic Device | US | 13/726469 | | 12/24/2012 | |
| Accessories for Use with Housing for an Electronic Device | PCT | PCT/US12/71520 | | 12/21/2012 | |

Schedule B-10

**TRADEMARK**
**REEL: 005042 FRAME: 0852**

| Title | Jurisdiction | Application No. | Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Tracking and Control of Personal Effects | US | 61/665278 | - | 6/27/2012 | - |
| Housing for an Electronic Device with Camera, Microphone and Flash Isolation | US | 61/654785 | - | 6/1/2012 | - |
| Housing for an Object Having a Thin Profile | US | 61/699239 | - | 9/10/2012 | - |
| Housing for an Object Having a Thin Profile | US | 61/711737 | - | 10/9/2012 | - |
| Housing for an Object Having a Thin Profile | US | 61/715830 | - | 10/18/2012 | - |
| Housing for an Object Having a Thin Profile | US | 61/723317 | - | 11/6/2012 | - |
| Housing for an Object Having a Thin Profile | US | 61/749870 | - | 1/7/2013 | - |
| Applications for Use in Athletic Event | US | 61/677450 | - | 7/30/2012 | - |
| Weatherproof Speaker and Speaker Assembly | US | 61/677444 | - | 7/30/2012 | - |
| Strap System and Stand for a Case for a Tablet Computer | US | 61/683178 | - | 8/14/2012 | - |
| Case for an Electronic Device | JP | 2012-002704 | | 2/9/2012 | |
| Case for an Electronic Device | AU | 10624/2012 | 341400 | 2/9/2012 | 2/9/2012 |
| Case for an Electronic Device | CA | 144341 | | 2/9/2012 | |

Schedule B-11

**TRADEMARK**
**REEL: 005042 FRAME: 0853**

| Title | Jurisdiction | Application No. | Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Case for an Electronic Device | EU | 001989666-0001 | 001989666-0001 | 2/9/2012 | 5/7/2012 |
| Case for an Electronic Device | EU | 001989666-0002 | 001989666-0002 | 2/9/2012 | 5/7/2012 |
| Case for an Electronic Device | AU | 11112/2012 | 341741 | 2/9/2012 | 2/9/2012 |
| Case for an Electronic Device | JP | 2012-022918 | | 2/9/2012 | |
| Case for an Electronic Device | US | 29/399094 | | 8/9/2011 | |
| Case for an Electronic Device | US | 29/399102 | | 8/9/2011 | |
| Case for an Electronic Device | US | 29/399106 | | 8/9/2011 | |
| Case for an Electronic Device | US | 29/399111 | | 8/9/2011 | |
| Case for an Electronic Device | US | 29/399114 | | 8/9/2011 | |
| Case for an Electronic Device | US | 29/399118 | D670280 | 8/9/2011 | 11/6/2012 |
| Electronic Connector and Aperture Plug | US | 29/407688 | D675161 | 12/1/2011 | 1/29/2013 |
| Electronic Connector and Aperture Plug | US | 29/438186 | | 11/27/2012 | |
| Headphone Adapter for a Case for an Electronic Device | US | 29/416708 | | 3/26/2012 | |
| Case for an Electronic Device | US | 29/429722 | | 8/15/2012 | |
| Case for an Electronic Device | US | 29/430117 | | 8/21/2012 | |

Schedule B-12

SD\1315697.2

**TRADEMARK**
**REEL: 005042 FRAME: 0854**

| Title | Jurisdiction | Application No. | Patent No. | Filing Date | Issue Date |
|---|---|---|---|---|---|
| Case for an Electronic Device | US | 29/432150 | | 9/13/2012 | |
| Case for an Electronic Device | US | 29/432166 | | 9/13/2012 | |
| Case for an Electronic Device | US | 29/432168 | | 9/13/2012 | |
| Case for an Electronic Device | US | 29/432470 | | 9/14/2012 | |
| Case for an Electronic Device | US | 29/436523 | | 11/6/2012 | |
| Case for an Electronic Device | US | 29/443956 | | 1/24/2013 | |
| Case for an Electronic Device | US | 29/443946 | | 1/24/2013 | |

Schedule B-13

SD\1315697.2

**SCHEDULE C**

**Trademark Collateral**

## I. OTTER PRODUCTS, LLC

### a. TRADEMARK REGISTRATIONS AND APPLICATIONS

UNITED STATES REGISTERED TRADEMARKS AND SERVICE MARKS

| Trademark | Registration Number | Registration Date |
|---|---|---|
| Armor Series | 3,632,231 | 02 Jun 2009 |
| Clearly Protected | 4,318,528 | 09 Apr 2013 |
| color yellow with logo block | 4,293,603 | 19 Feb 2013 |
| Commuter | 3,791,317 | 18 Aug 2010 |
| Commuter Series | 3,963,182 | 17 May 2011 |
| Defender Series | 3,623,789 | 19 May 2009 |
| Impact Series | 3,795,187 | 25 May 2010 |
| iProtection | 4,254,952 | 04 Dec 2012 |
| Latch | 4,170,062 | 10 Jul 2012 |
| OtterBox | 3,788,534 | 11 May 2010 |
| Otter Box | 3,788,535 | 11 May 2010 |
| Otter Box | 2,287,619 | 19 Oct 1999 |
| Otter Cares | 4,101,071 | 21 Feb 2012 |
| Otter Cares logo | 4,116,998 | 27 Mar 2012 |
| Otter logo | 3,791,318 | 18 May 2010 |
| Pink is Strength! | 4,053,182 | 08 Nov 2011 |
| Prefix Series | 4,262,677 | 18 Dec 2012 |
| Protect Your Connections | 4,236,509 | 06 Nov 2012 |
| Pursuit Series | 4,280,846 | 22 Jan 2013 |
| Reflex Series | 3,972,039 | 31 Mar 2011 |
| Reflex Zone | 4,111,433 | 13 Mar 2012 |
| Strength | 4,079,672 | 03 Jan 2012 |
| Take What's Yours | 4,317,273 | 09 April 2013 |
| Utility Series | 4,064,940 | 29 Nov 2011 |
|  | 4,127,073 | 10 Apr 2012 |
| We've Got Technology Covered | 3,865,367 | 19 Oct 2010 |

UNITED STATES PENDING TRADEMARK AND SERVICE MARK
APPLICATIONS

| Trademark | Serial Number | Filing Date |
|---|---|---|

Schedule C-1

| | | |
|---|---|---|
| #1 Most Trusted in Smartphone Case Protection logo | 85/850,548 | 14 Feb 2013 |
| 100% DRY APPLICATION logo | 85/890,908 | 29 Mar 2013 |
| 2X Battery logo | 85/851,297 | 15 Feb 2013 |
| 360° logo | 85/849,384 | 13 Feb 2013 |
| 360 COVERAGE logo | 85/890,892 | 29 Mar 2013 |
| 3D Commuter Series | 85/809,708 | 21 Dec 2012 |
| Absolute Protection | 85/803,498 | 14 Dec 2012 |
| Adaptable Protection | 85/894,627 | 14 Dec 2012 |
| Agile Protection | 85/803,491 | 14 Dec 2012 |
| Armor Lifestyle | 85/922,747 | 03 May 2013 |
| Case Closed | 85/576,166 | 21 Mar 2012 |
| Clean logo | 85/849,393 | 13 Feb 2013 |
| Clearly Protected | 85/825,985 | 17 Jan 2013 |
| Clearly Protected | 85/896,933 | 05 Apr 2013 |
| Commuter Lifestyle | 85/922,809 | 03 May 2013 |
| Decibel | 85/769,525 | 01 Nov 2012 |
| Decibel Series | 85/769,357 | 01 Nov 2012 |
| Defend the House | 85/769,323 | 01 Nov 2012 |
| Defender Lifestyle | 85/922,762 | 03 May 2013 |
| Defender Series With NFC Technology | 85/924,344 | 06 May 2013 |
| Effortless Protection | 85/803,493 | 04 Dec 2012 |
| Empowered | 85/807,545 | 20 Dec 2012 |
| Empowered Series | 85/807,560 | 20 Dec 2012 |
| Enable Your World | 85/505,993 | 31 Jul 2012 |
| Enforcer Series | 85/800,158 | 11 Dec 2012 |
| Flex Zone | 85/615,411 | 03 May 2012 |
| Impact Lifestyle | 85/922,846 | 03 May 2013 |
| Impact Protection logo | 85/890,917 | 29 Mar 2013 |
| Made for Action | 85/803,531 | 14 Dec 2012 |
| Made for Adventure | 85/803,523 | 14 Dec 2012 |
| Made for Confidence | 85/803,508 | 14 Dec 2012 |
| Made for Power | 85/849,321 | 13 Feb 2013 |
| Made for Simplicity | 85/803,515 | 14 Dec 2012 |
| Made for the Journey | 85/898349 | 08 Apr 2013 |
| Made for Versatility | 85/803,518 | 14 Dec 2012 |
| Meets U.S. Military Standards logo | 85/850,508 | 14 Feb 2013 |
| No Worries, It's an OtterBox | 85/890,460 | 29 Mar 2013 |
| Olivia the Otter | 85/777,475 | 12 Nov 2012 |
| Olivia the Otter logo | 85/778,452 | 13 Nov 2012 |
| Ollie the Otter | 85/890,599 | 29 Mar 2013 |
| OtterBox | 85/924,282 | 06 May 2013 |

Schedule C-2

**TRADEMARK**
**REEL: 005042 FRAME: 0857**

| | | |
|---|---|---|
| OtterBox | 85/924,136 | 06 May 2013 |
| OtterBox | 85/924,536 | 06 May 2013 |
| OtterBox block logo | 85/817,292 | 07 Jan 2013 |
| OtterBox Case Compatible logo | 85/890,928 | 29 Mar 2013 |
| Otter face logo | 85/703,117 | 14 Aug 2012 |
| Prefix Lifestyle | 85/922,824 | 03 May 2013 |
| Privacy logo | 85/849,403 | 13 Feb 2013 |
| Protect Your Game | 85/505,986 | 29 Dec 2011 |
| Protection For What's Next | 85/428,337 | 21 Sep 2011 |
| Pursuit Lifestyle | 85/922,940 | 03 May 2013 |
| Pursuits | 85/686,606 | 25 Jul 2012 |
| Reflex Lifestyle | 85/922,816 | 03 May 2013 |
| Rugged Protection | 85/803,450 | 14 Dec 2012 |
| Scratch Resistant logo | 85/890,933 | 29 Mar 2013 |
| SoHo Lifestyle | 85/922,951 | 03 May 2013 |
| Smartphone Outsmarted | 85/836,355 | 30 Jan 2013 |
| Smudge-free logo | 85/890,942 | 29 Mar 2013 |
| SoHo Series | 85/909,217 | 19 Apr 2013 |
| Stylish Protection | 85/800,549 | 12 Dec 2012 |
| The Toughest Case Ever Built. | 85/832,503 | 25 Jan 2013 |
| Vibrant logo | 85/849,412 | 13 Feb 2013 |
| Visual Privacy logo | 85/890,945 | 29 Mar 2013 |
| Water Drop Dust Crush logo | 85/801,444 | 12 Dec 2012 |

### FOREIGN REGISTERED TRADEMARKS AND SERVICE MARKS

| Trademark | Country | Registration Number | Registration Date |
|---|---|---|---|
| Always Use Protection | Australia | 1470367 | 19 Jan 2012 |
| Armor | China | 8055887 | 14 Feb 2011 |
| Armor Series | Japan | 1121775 | 11 May 2012 |
| Commuter | Australia | 1507104 | 05 Apr 2012 |
| | China | 8055891 | 21 Mar 2011 |
| | Japan | 1122372 | 05 Apr 2012 |
| | Norway | 1122372 | 05 Apr 2012 |
| | South Korea | 1122372 | 05 Apr 2012 |
| Commuter Series | Australia | 1505831 | 11 May 2012 |
| | Canada | TMA849772 | 29 Apr 2013 |
| | Japan | 1121774 | 11 May 2012 |
| | Norway | 1121774 | 11 May 2012 |
| | South Korea | 1121774 | 11 May 2012 |
| Defender Series | Canada | TMA849771 | 29 Apr 2013 |
| | EU | 1075783 | 26 May 2011 |
| | Japan | 1120498 | 05 Apr 2012 |

Schedule C-3

|  | Norway | 1120498 | 05 Apr 2012 |
|---|---|---|---|
| Enable Your World | Australia | 1512745 | 27 Jun 2012 |
|  | Hong Kong | 302299122 | 28 Jun 2012 |
| Impact Series | Australia | 1504503 | 11 May 2012 |
|  | EU | 1072377 | 21 Apr 2011 |
|  | Norway | 1121207 | 11 May 2012 |
| Otter | China | 7722083 | 07 Feb 2011 |
| OtterBox | China | 7722085 | n/a |
| OtterBox | Australia | 1503078 | 03 Apr 2012 |
|  | China | G1120565 | n/a |
|  | Japan | 1120565 | 03 Apr 2012 |
|  | New Zealand | 956758 | 04 Apr 2012 |
|  | Norway | 1120565 | 03 Apr 2012 |
|  | Singapore | T1210554J | 03 Apr 2012 |
|  | South Korea | 1120565 | 03 Apr 2012 |
| Otter Box | Argentina | 2476793 | 17 Nov 2011 |
|  | Australia | 1387146 | 17 Aug 2010 |
|  | Canada | TMA803990 | 09 Aug 2011 |
|  | Chile | 962503 | 13 Sep 2012 |
|  | China | G1018713 | n/a |
|  | Colombia | 422855 | 28 Apr 2011 |
|  | Dominican Republic | 186724 | n/a |
|  | Ecuador | I-9023-2011 | 25 Nov 2011 |
|  | Egypt | 1069074 | 31 Mar 2011 |
|  | EU | 1018698 | 26 Nov 2009 |
|  | Hong Kong | 301591803 | 20 Aug 2010 |
|  | Indonesia | IDM000356946 | 24 May 2012 |
|  | Israel | 236609 | 09 Dec 2010 |
|  | Kenya | 1069074 | 31 Mar 2011 |
|  | Malaysia | 2010024378 | 13 Mar 2012 |
|  | Mexico | 1268762 | 17 Feb 2012 |
|  | New Zealand | 834801 | 14 Dec 2010 |
|  | Norway | 1069074 | 09 Dec 2010 |
|  | Oman | 1069074 | 31 Mar 2011 |
|  | Panama | 196690-01 | 12 Jan 2011 |
|  | Russia | 1050433 | 15 Nov 2012 |
|  | South Africa | 2011/06028 | 11 Mar 2011 |
|  | South Korea | 1609074 | 12 Oct 2012 |
|  | Switzerland | 1069074 | 19 Apr 2012 |
|  | Ukraine | 1069074 | 12 Apr 2012 |
|  | Vietnam | 162685 | 27 Apr 2011 |
| OtterBox logo | Argentina | 2476791 | 17 Nov 2011 |
|  | Australia | 1387082 | 17 Aug 2010 |
|  | Chile | 923767 | 06 Jul 2011 |
|  | China | G1022541 | n/a |

Schedule C-4

SD\1315697.2

**TRADEMARK**
**REEL: 005042 FRAME: 0859**

|  | Colombia | 422854 | 28 Apr 2011 |
|---|---|---|---|
|  | Dominican Republic | 187229 | n/a |
|  | Egypt | 1069075 | 31 Mar 2011 |
|  | EU | 1022540 | 24 Dec 2009 |
|  | Kenya | 1069075 | 31 Mar 2011 |
|  | Indonesia | IDM000356826 | 24 May 2012 |
|  | Israel | 236610 | 09 Dec 2010 |
|  | Malaysia | 2010024379 | 21 Dec 2010 |
|  | Mexico | 1278069 | 17 Feb 2012 |
|  | New Zealand | 834800 | 14 Dec 2010 |
|  | Norway | 1069075 | 09 Dec 2011 |
|  | Oman | 1069075 | 31 Mar 2011 |
|  | Panama | 196692-01 | 12 Jan 2011 |
|  | Russia | 1050057 | 18 Aug 2011 |
|  | Singapore | T1103719C | 09 Dec 2010 |
|  | Switzerland | 1069075 | 19 Apr 2012 |
|  | Turkey | 2011/28321 | 24 Jan 2013 |
|  | Ukraine | 1069075 | 12 Apr 2012 |
| OtterBox & logo | Hong Kong | 301591731 | 20 Aug 2010 |
| Prefix Series | New Zealand | 966537 | 08 May 2012 |
| Protection For What's Next | New Zealand | 956010 | 21 Sep 2011 |
| Protect Your Connections | Australia | 1505986 | 28 Jun 2012 |
| Protect Your Game | Australia | 1512749 | 28 Jun 2012 |
| Pursuit Series | Hong Kong | 302396764 | 15 Mar 2013 |
|  | New Zealand | 966539 | 11 May 2012 |
| Reflex Series | Canada | TMA849773 | 29 Apr 2013 |
|  | EU | 1072422 | 21 Apr 2011 |
|  | Taiwan | 01502121 | 01 Feb 2012 |
| Reflex Zone | China | G1106965 | 05 Jan 2012 |
|  | EU | 1106965 | 01 Mar 2012 |
| Tandem | China | 8055888 | 14 Jun 2011 |
| Utility Series | Australia | 1450980 | 02 Aug 2011 |
| We've Got Technology Covered | Australia | 1507193 | 04 Apr 2012 |
|  | Japan | 1122812 | 04 Apr 2012 |

## FOREIGN PENDING TRADEMARKS AND SERVICE MARKS

| Trademark | Country | Application Number | Filing Date |
|---|---|---|---|
| #1 Most Trusted logo | Canada | 1618314 | 14 Mar 2013 |
| 2X Battery logo | Canada | 1618318 | 14 Mar 2013 |
| 360° logo | Canada | 1618307 | 14 Mar 2013 |
| 3D Commuter Series | Canada | 1618315 | 14 Mar 2013 |
| Absolute Protection | Canada | 1618303 | 14 Mar 2013 |
| Agile Protection | Canada | 1618298 | 14 Mar 2013 |
| Armor | China | 8055892 | n/a |

Schedule C-5

**TRADEMARK**
**REEL: 005042 FRAME: 0860**

| Armor Series | Australia | 1505832 | 11 May 2012 |
|---|---|---|---|
| | Canada | 1574712 | 24 Apr 2012 |
| | China | G1121775 | 09 Aug 2012 |
| | Egypt | 1121775 | 11 May 2012 |
| | EU | 1121775 | 11 May 2012 |
| | Israel | 248395 | 11 May 2012 |
| | Norway | 201207748 | 08 Feb 2012 |
| | Singapore | T1211284I | 11 May 2012 |
| | Turkey | 2012/70346 | 11 May 2012 |
| Clean logo | Canada | 1618309 | 14 Mar 2013 |
| Clearly Protected | Australia | 1512750 | 28 Jun 2012 |
| | Canada | 1584071 | 28 Jun 2012 |
| | China | 1126182 | 13 Sep 2012 |
| | EU | 1126182 | 28 Jun 2012 |
| | Hong Kong | 302299140 | 28 Jun 2012 |
| Commuter | Egypt | 1122372 | 16 Aug 2012 |
| | Israel | 248562 | 05 Apr 2012 |
| | Turkey | 2012/72357 | 05 Apr 2012 |
| Commuter Series | China | 1121774 | 09 Aug 2012 |
| | Egypt | 1121774 | 09 Aug 2012 |
| | Israel | 248394 | 11 May 2012 |
| | Singapore | T1211283J | 11 May 2012 |
| | Turkey | 2012/70345 | 11 May 2012 |
| Defender | China | 8055890 | n/a |
| Defender Series | Australia | 1450912 | 04 Aug 2011 |
| | China | 1120498 | 26 Jul 2012 |
| | Egypt | 1120498 | 26 Jul 2012 |
| | Israel | 248070 | 05 Apr 2012 |
| | Singapore | T1210546Z | 05 Apr 2012 |
| | Turkey | 2012/65288 | 04 May 2012 |
| Effortless Protection | Canada | 1618299 | 14 Mar 2013 |
| Enable Your World | Canada | 1584070 | 28 Jun 2012 |
| | China | 1126173 | 13 Sep 2012 |
| | EU | 1126173 | 27 Jun 2012 |
| Impact | China | 8055889 | n/a |
| Impact Series | Canada | 1574287 | 20 Apr 2012 |
| | China | 1121207 | 11 May 2012 |
| | Egypt | 1121207 | 02 Aug 2012 |
| | Israel | 248252 | 11 May 2012 |
| | Turkey | 2012/67854 | 11 May 2012 |
| iProtection | Canada | 1621362 | 05 Apr 2013 |
| | China | 1107011 | 10 Jan 2012 |
| | EU | 1107011 | 08 Mar 2012 |
| Made for Action | Canada | 1618308 | 14 Mar 2013 |
| Made for Adventure | Canada | 1618306 | 14 Mar 2013 |

Schedule C-6

**TRADEMARK**
**REEL: 005042 FRAME: 0861**

| Made for Confidence | Canada | 1618305 | 14 Mar 2013 |
|---|---|---|---|
| Made for Power | Canada | 1618305 | 14 Mar 2013 |
| Made for Simplicity | Canada | 1618304 | 14 Mar 2013 |
| Made for Versatility | Canada | 1618302 | 14 Mar 2013 |
| Meets U.S. Military Standards logo | Canada | 1618313 | 14 Mar 2013 |
| No Worries Mate | Australia | 1537725 | 25 Jan 2013 |
| | New Zealand | 971927 | 25 Jan 2013 |
| Olivia the Otter | Canada | 1624965 | 01 May 2013 |
| | Hong Kong | 302596780 | n/a |
| Olivia the Otter logo | Canada | 1624971 | 01 May 2013 |
| | Hong Kong | 302596771 | n/a |
| Otter | China | 7722082 | n/a |
| Otter Box | Brazil | 903421488 | 28 Feb 2011 |
| | India | 2012800 | 23 Aug 2010 |
| | Lebanon | 8626 | n/a |
| | Saudi Arabia | 186960 | n/a |
| | Turkey | 2011/28320 | 03 Apr 2012 |
| OtterBox | China | 10810748 | n/a |
| OtterBox | Canada | 1574290 | 20 Apr 2012 |
| | Chile | 1005956 | 04 May 2012 |
| | Egypt | 1120565 | 26 Jul 2012 |
| | EU | 1120565 | 26 Jul 2012 |
| | India | 2317314 | 18 Apr 2012 |
| | Israel | 248076 | 03 Apr 2012 |
| | Lebanon | 8629 | n/a |
| | Malaysia | 2012005600 | n/a |
| | Philippines | PH/4/2012/500797 | 26 Jun 2012 |
| | Saudi Arabia | 186961 | n/a |
| | Turkey | 2012/65299 | 03 Apr 2012 |
| OtterBox face logo | Australia | 1553593 | 04 Feb 2013 |
| | Canada | 1614186 | 14 Feb 2013 |
| | Chile | 1045761 | 13 Feb 2013 |
| | China | 1155776 | 02 May 2013 |
| | Egypt | 1155776 | 02 May 2013 |
| | EU | 1155776 | 04 Feb 2013 |
| | Hong Kong | 302520530 | n/a |
| | Indonesia | D002013006693 | n/a |
| | Israel | 255209 | 04 Feb 2013 |
| | New Zealand | 976256 | 25 Apr 2013 |
| | Norway | 201304986 | 25 Apr 2013 |
| | Philippines | T1306728F | 04 Feb 2013 |
| Otter Box logo | Brazil | 903453142 | 14 Mar 2011 |
| | Philippines | PH/4/2012/500798 | 15 Aug 2012 |
| OtterBox & logo | Indonesia | D002012018864 | n/a |

Schedule C-7

TRADEMARK
REEL: 005042 FRAME: 0862

|  | Lebanon | 8627 | n/a |
|---|---|---|---|
|  | Philippines | PH/4/2012/500799 | 15 Aug 2012 |
|  | Saudi Arabia | 186962 | n/a |
|  | Turkey | 2012/77145 | 11 Sep 2012 |
| Prefix Series | Australia | 1549651 | 27 Sep 2012 |
|  | Canada | 1597409 | 09 Oct 2012 |
|  | Egypt | 1153109 | 27 Sep 2012 |
|  | EU | 1153109 | 11 Apr 2013 |
|  | Hong Kong | 302396773 | n/a |
|  | India | 2406397 | 05 Oct 2012 |
|  | Indonesia | D002012051855 | n/a |
|  | Israel | 254635 | 27 Sep 2012 |
|  | Malaysia | 2012016841 | n/a |
|  | Norway | 201304022 | 04 Apr 2013 |
|  | Singapore | T1305395A | 27 Sep 2012 |
|  | Turkey | 2013/33336 | 27 Sep 2012 |
| Privacy logo | Canada | 1618312 | 14 Mar 2013 |
| Protection For What's Next | Hong Kong | 302197594 | n/a |
|  | Philippines | PH/4/2012/500687 | 05 Sep 2012 |
|  | Malaysia | 2012004562 | n/a |
| Protect Your Connections | Canada | 1584076 | 28 Jun 2012 |
|  | China | 1106430 | 01 Mar 2012 |
|  | EU | 1106430 | 01 Mar 2012 |
|  | Hong Kong | 302299113 | n/a |
| Protect Your Game | Canada | 1584069 | 28 Jun 2012 |
|  | China | 1126181 | 13 Sep 2012 |
|  | EU | 1126181 | 28 Jun 2012 |
|  | Hong Kong | 302299131 | n/a |
| Pursuit Series | Australia | 1549656 | 27 Sep 2012 |
|  | Canada | 1597411 | 09 Oct 2012 |
|  | China | 1153130 | 11 Apr 2013 |
|  | Egypt | 1153130 | 11 Apr 2013 |
|  | EU | 1153130 | 27 Sep 2012 |
|  | Indonesia | D002012051856 | n/a |
|  | Israel | 254637 | 27 Sep 2012 |
|  | Malaysia | 2012016842 | n/a |
|  | Norway | 201304026 | 04 Apr 2013 |
|  | Singapore | T1305397H | 27 Sep 2012 |
|  | Turkey | 2013/33338 | 27 Sep 2012 |
| Reflex Series | Australia | 1537282 | 11 May 2012 |
|  | China | 9319855 | n/a |
|  | Egypt | 1145013 | 31 Jan 2013 |
|  | Israel | 252854 | 11 May 2012 |
|  | Norway | 201300937 | 24 Jan 2013 |
|  | Singapore | T1301506E | 11 May 2012 |

Schedule C-8

TRADEMARK
REEL: 005042 FRAME: 0863

|  | Turkey | 2013/09156 | 11 May 2012 |
|---|---|---|---|
| Rugged Protection | Canada | 1618297 | 14 Mar 2013 |
| Stylish Protection | Canada | 1618296 | 14 Mar 2013 |
| Take What's Yours | Canada | 1624977 | 01 May 2013 |
| The Toughest Case Ever Built | Canada | 1618319 | 14 Mar 2013 |
| Tough, Rugged, Sleek, Case Closed | Australia | 1537726 | 25 Jan 2013 |
|  | New Zealand | 971928 | 25 Jan 2013 |
| Tough, Rugged, Sleek, Case Closed logo | Australia | 1537729 | 25 Jan 2013 |
|  | New Zealand | 971929 | 25 Jan 2013 |
| Utility Series | China | 1090715 | 06 Oct 2011 |
|  | EU | 1090715 | 06 Oct 2011 |
|  | Hong Kong | 301992907 | n/a |
| Vibrant logo | Canada | 1618311 | 14 Mar 2013 |
| Water Drop Dust Crush logo | Canada | 1618300 | 14 Mar 2013 |
| We've Got Technology Covered | Canada | 1621356 | 05 Apr 2013 |
|  | Norway | 201208025 | 08 Sep 2012 |
|  | Israel | 248604 | 04 Apr 2012 |
|  | Egypt | 1122812 | 04 Apr 2012 |
|  | EU | 1122812 | 16 Aug 2012 |
|  | China | 1122812 | 16 Aug 2012 |
|  | Turkey | 2012/72453 | 04 Apr 2012 |

## II. TREEFROG DEVELOPMENTS, INC.

### a. TRADEMARK REGISTRATIONS AND APPLICATIONS

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| ALLPROOF | NZ | 827106 | 07/12/2010 | 827106 | 01/13/2011 |
| ALLPROOF | CA | 1488229 | 07/12/2010 |  |  |
| ALLPROOF | TW | 099038433 | 08/06/2010 | 01473070 | 09/16/2011 |
| ALLPROOF | US | 85/082496 | 07/12/2010 |  |  |
| ALLPROOF | EM | 009241233 | 07/13/2010 | 009241233 | 12/24/2010 |
| DESIGN (Rain, Dirt, Snow, Shock Logo --- Designation of IB) | AU | 4301438 | 11/02/2012 |  |  |

Schedule C-9

**TRADEMARK**
**REEL: 005042 FRAME: 0864**

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| DESIGN (Rain, Dirt, Snow, Shock Logo --- Designation of IB) | CN | 4301438 | 11/02/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo --- Designation of IB) | EM | 4301438 | 11/02/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo --- Designation of IB) | JP | 4301438 | 11/02/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | US | 85/702238 | 08/13/2012 | 4301438 | 03/12/2013 |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | BR | 840390319 | 01/09/2013 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | BR | Not filing per the Company | | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | MX | 1323676 | 11/06/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | MX | 1323677 | 11/06/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | TW | 101065381 | 11/16/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) | IB | 4301438 | 11/02/2012 | 4301438 | 01/03/2013 |
| DESIGN (Rain, Dirt, Snow, Shock Logo) --- Series Mark | HK | 302449927 | 11/29/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | AU | to be assigned | 12/18/2012 | | |

Schedule C-10

SD\1315697.2

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | CN | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | EM | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | JP | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | PH | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | RU | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods --- Designation of IB) | TR | to be assigned | 12/18/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | US | 85/803438 | 12/14/2012 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | IB | to be assigned | 12/18/2012 | | |

Schedule C-11

**TRADEMARK**
**REEL: 005042 FRAME: 0866**

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | BR | 840391226 | 01/09/2013 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | MX | 1353656 | 03/01/2013 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | TW | 102002103 | 01/11/2013 | | |
| DESIGN (Rain, Dirt, Snow, Shock Logo) (expanded goods) | TH | Not yet filed | | | |
| DESIGN ONLY (LifeProof Logo --- series mark) | MY | 2012060458 | 12/31/2012 | | |
| DESIGN ONLY (Rain Dirt Snow Shock Logo) | PY | 59425 | 12/18/2012 | | |
| DESIGN ONLY (Rain Dirt Snow Shock Logo) | UY | 441.657 | 12/17/2012 | | |
| DESIGN ONLY (Rain Dirt Snow Shock Logo) | KR | to be assigned | 01/09/2013 | | |
| EVERYDAY, EVERYWHERE, EVERYTHING | US | 85/568792 | 3/14/2012 | | |
| FLÄÄSH | US | 85/665783 | 06/29/2012 | | |
| FLASHBACK | US | 85/674250 | 07/11/2012 | | |
| FRE | US | 85/665802 | 06/29/2012 | | |
| FRE | IB | 1149716 | 12/28/2012 | | 12/28/2012 |
| FRE | CA | 1,609,201 | 01/09/2013 | | |
| FRE | HK | 302490462 | 01/09/2013 | | |
| FRE | MX | 1338989 | 01/11/2013 | | |
| FRE | TW | 102001277 | 01/09/2013 | | |

Schedule C-12

SD\1315697.2

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| FRE (Designation of IB) | CN | 1149716 | 12/28/2012 | | |
| IPROOF | US | 85372403 | July 15, 2011 | | |
| JÖÖST | US | 85/665794 | 06/29/2012 | | |
| JÖÖST | IB | to be assigned | 12/28/2012 | | |
| JÖÖST (Designation of IB) | CN | to be assigned | 12/28/2012 | | |
| LET'S GO! | US | 85/542931 | 2/15/2012 | 4285129 | 2/5/2013 |
| LET'S GO! | IB | 1136877 | 08/15/2012 | | |
| LET'S GO! | CA | 1,590,209 | 08/15/2012 | | |
| LET'S GO! | TW | 101046192 | 08/15/2012 | | |
| LET'S GO! | BR | 840391218 | 01/09/2013 | | |
| LET'S GO! | BR | Not filing per the Company | | | |
| LET'S GO! | MX | 1323678 | 11/06/2012 | | |
| LET'S GO! | MX | 1323679 | 11/06/2012 | | |
| LET'S GO! (Designation of IB) | AU | 1136877 | 08/15/2012 | | |
| LET'S GO! (Designation of IB) | CN | 1136877 | 08/15/2012 | | |
| LET'S GO! (Designation of IB) | EM | 1136877 | 08/15/2012 | | |
| LET'S GO! (Designation of IB) | JP | 1136877 | 08/15/2012 | | |
| LET'S GO! (in Chinese characters) | CN | Not yet filed | | | |
| LET'S GO! (in Chinese characters) | CN | Not yet filed | | | |
| LIFE PROOF | US | 85/832930 | 01/25/2013 | | |
| LIFEPROOF | US | 85/589634 | 4/5/2012 | | |
| LIFEPROOF | NZ | 827105 | 07/12/2010 | 827105 | 01/13/2011 |
| LIFEPROOF | CA | 1488225 | 07/12/2010 | | |
| LIFEPROOF | TW | 99038431 | 08/06/2010 | 1473069 | 09/16/2011 |
| LIFEPROOF | US | 85/082487 | 07/12/2010 | 4,057,201 | 11/15/2011 |
| LIFEPROOF | IB | 1054602 | 10/06/2010 | 1054602 | 10/06/2010 |
| LIFEPROOF | BR | Not yet filed | | | |

Schedule C-13

**TRADEMARK**
**REEL: 005042 FRAME: 0868**

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| LIFEPROOF | BR | Not filing per the Company | | | |
| LIFEPROOF | MX | 1323680 | 11/06/2012 | | |
| LIFEPROOF | MX | 1323681 | 11/06/2012 | | |
| LIFEPROOF | US | 85/771178 | 11/05/2012 | | |
| LIFEPROOF | HK | 302443040 | 11/22/2012 | | |
| LIFEPROOF | CN | 11645779 | 10/24/2012 | | |
| LIFEPROOF | MY | 2012060455 | 12/31/2012 | | |
| LIFEPROOF | MY | 2012060456 | 12/31/2012 | | |
| LIFEPROOF | PY | 59426 | 12/18/2012 | | |
| LIFEPROOF | PY | 59427 | 12/18/2012 | | |
| LIFEPROOF | UY | 441.658 | 12/17/2012 | | |
| LIFEPROOF | GB | 2633749 | 09/05/2012 | 2633749 | 01/11/2013 |
| LIFEPROOF | KR | 40-2013-1856 | 01/09/2013 | | |
| LIFE-PROOF | US | 85/832902 | 01/25/2013 | | |
| LIFEPROOF (and Design) | PA | 219654 | 01/03/2013 | | |
| LIFEPROOF (Designation of IB) | JP | 1054602 | 10/06/2010 | 1054602 | 11/18/2011 |
| LIFEPROOF (Designation of IB) | AU | 1054602 | 10/06/2010 | 1393652 | 03/17/2011 |
| LIFEPROOF (Designation of IB) | CN | 1054602 | 10/06/2010 | 1054602 | 08/08/2011 |
| LIFEPROOF (Designation of IB) | GB | 1054602 | 09/28/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | MA | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | NO | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | PH | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | RU | to be assigned | 12/18/2012 | | |

Schedule C-14

**TRADEMARK
REEL: 005042 FRAME: 0869**

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| LIFEPROOF (expanded goods -- Designation of IB) | SG | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | CH | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | TR | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | AU | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | CN | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | EM | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | JP | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods -- Designation of IB) | NZ | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods) | US | 85/803426 | 12/14/2012 | | |
| LIFEPROOF (expanded goods) | IB | to be assigned | 12/18/2012 | | |
| LIFEPROOF (expanded goods) | BR | 840390360 | 01/09/2013 | | |
| LIFEPROOF (expanded goods) | BR | 840390327 | 01/09/2013 | | |
| LIFEPROOF (expanded goods) | CA | 1,607,438 | 12/19/2012 | | |

Schedule C-15

**TRADEMARK**
**REEL: 005042 FRAME: 0870**

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| LIFEPROOF (expanded goods) | HK | 302478691 | 12/24/2012 | | |
| LIFEPROOF (expanded goods) | MX | 1353655 | 03/01/2013 | | |
| LIFEPROOF (expanded goods) | MX | 1353653 | 03/01/2013 | | |
| LIFEPROOF (expanded goods) | TW | 102002102 | 01/11/2013 | | |
| LIFEPROOF (expanded goods) | TH | Not yet filed | | | |
| LIFEPROOF (in Chinese characters) | CN | Not yet filed | | | |
| LIFEPROOF (in Chinese characters) | CN | Not yet filed | | | |
| LIFEPROOF (Subsequent Designation of IB) | EM | 1054602 | 09/28/2012 | | |
| NÜÜD | US | 85/604621 | 04/21/2012 | | |
| NÜÜD | CA | 1,609,207 | 01/09/2013 | | |
| NÜÜD | HK | 302490471 | 01/09/2013 | | |
| NÜÜD | MX | 1338988 | 01/11/2013 | | |
| NÜÜD | TW | 102001276 | 01/11/2013 | | |
| NÜÜD | IB | 1149731 | 01/08/2013 | 1149731 | 02/28/2013 |
| NÜÜD (Designation of IB) | AU | to be assigned | 01/08/2013 | | |
| NÜÜD (Designation of IB) | CN | to be assigned | 01/08/2013 | | |
| NÜÜD (Designation of IB) | EM | to be assigned | 01/08/2013 | | |
| NÜÜD (Designation of IB) | JP | to be assigned | 01/08/2013 | | |
| NUUDIST | US | 85/669095 | 07/05/2012 | | |
| NÜÜDIST | US | 85/669093 | 07/05/2012 | | |

Schedule C-16

SD\1315697.2

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|---|---|---|---|---|---|
| PRÉM | US | 85/720373 | 9/4/2012 | | |
| Qliïr | US | 85/740748 | 9/28/2012 | | |
| SÖND | US | 85/674255 | 07/11/2012 | | |
| SÖND | IB | to be assigned | 12/28/2012 | | |
| SÖND (Designation of IB) | CN | 1150301 | 12/28/2012 | | |
| SÖNIK | US | 85/665799 | 06/29/2012 | | |
| SÖNIK | IB | to be assigned | 12/28/2012 | | |
| SÖNIK (Designation of IB) | CN | 1150302 | 12/28/2012 | | |
| SOUND ENHANCEMENT SYSTEM | US | 85/682610 | 07/20/2012 | | |
| THE FOUR PROOFS | US | 85/542929 | 2/15/2012 | | |
| THE FOUR PROOFS | IB | 1131390 | 08/15/2012 | 1131390 | 10/18/2012 |
| THE FOUR PROOFS | CA | 1,590,206 | 08/15/2012 | | |
| THE FOUR PROOFS | TW | 101046191 | 08/15/2012 | | |
| THE FOUR PROOFS (Designation of IB) | AU | 1131390 | 08/15/2012 | | |
| THE FOUR PROOFS (Designation of IB) | CN | 1131390 | 08/15/2012 | | |
| THE FOUR PROOFS (Designation of IB) | EM | 1131390 | 08/15/2012 | | |
| THE FOUR PROOFS (Designation of IB) | JP | 1131390 | 08/15/2012 | | |
| THE FREEDOM MOVEMENT | US | 85/720385 | 09/04/2012 | | |
| THE WORLD WIDE FREEDOM MOVEMENT | US | 85/720379 | 09/04/2012 | | |

Schedule C-17

TRADEMARK
REEL: 005042 FRAME: 0872

| Trademark | Jurisdiction | Serial No. | Filing Date | Registration No. | Registration Date |
|-----------|--------------|------------|-------------|------------------|-------------------|
| TRAVL | US | 85/665789 | 06/29/2012 | | |
| WRAPZ | US | 85/634557 | 05/24/2012 | | |

Schedule C-18

**RECORDED: 06/06/2013**

**TRADEMARK**
**REEL: 005042 FRAME: 0873**

# EXHIBIT "H"

# TRADEMARK ASSIGNMENT AGREEMENT

This Trademark Assignment Agreement ("Agreement") is dated January 9, 2013, by and among Seal Shield LLC, a Florida limited liability company ("Seal Shield") and KlearKase, LLC a Washington limited liability company ("KlearKase")

KlearKase is the owner of certain trademarks, to wit: KLEARKASE (including the stylized KLEARKASE mark attached as EXHIBIT 1) and LIFEPROOF (collectively, the "Marks").

In consideration of the sum of **ONE Dollar ($1.00),** and other good and valuable consideration, the receipt of which is hereby acknowledged, KlearKase does hereby irrevocably sell, transfer and assign to Seal Shield, its successors and assigns, all of KlearKase's right, title and interest in and to the Marks, including all common law rights, and any and all trademark applications and registrations, along with the goodwill of the business symbolized by use of the Marks, and the right to sue third parties for and recover damages from past and future infringement of the Marks, the same to be held and enjoyed by Seal Shield for its own use and enjoyment and the use and enjoyment of its successors and assigns, as fully and entirely as the same would have been held and enjoyed by KlearKase if this assignment had not been made.

KlearKase hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any other country empowered to issue trademark registrations, to record this assignment and to issue or transfer all registrations for said Marks to Seal Shield as owner of all right, title and interest therein.

**FURTHER**, at Seal Shield's sole expense, KlearKase agrees to communicate to Seal Shield, or its representatives, any facts known to KlearKase respecting or regarding said Marks; testify in any legal proceedings, including trademark cancellation proceedings; sign all lawful papers; execute all reasonably necessary assignment papers to cause any and all trademark registrations to be issued to Seal Shield; make all rightful oaths; and generally do everything reasonably necessary and appropriate to aid Seal Shield, its successors and assigns, to obtain and enforce proper protection for said Marks in the United States and the rest of the world.

[SIGNATURE FOLLOWS ON NEXT PAGE]

IN WITNESS WHEREOF, the undersigned executed this Agreement as of the date first above written.

KLEARKASE, LLC

By _____

For Poolinger Management Co. LLC, Its Manger,
by William Poole VIII, Manager

**EXHIBIT 1**



KLEARKASE
TRADEMARK ASSIGNMENT AGREEMENT
Page 3 of 3

**EXHIBIT "I"**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

SEAL SHIELD, LLC, a Florida          )
limited liability company,           )
                                     )
              Plaintiff,             )
                                     )   CASE NO.:
-vs-                                 )
                                     )
OTTER PRODUCTS, LLC, a               )
Colorado limited liability company,  )
and TREEFROG
DEVELOPMENTS, INC., d/b/a
LifeProof, a Delaware corporation.

              Defendants.

_____

## DECLARATION OF DAVID VAILLANCOURT

Before me, the undersigned authority, this day personally appeared David Vaillancourt, who, after first being duly sworn, deposes and states:

1.      I am a United States citizen residing in the State of Washington.  I am over the age of eighteen and do not suffer from any mental or physical disabilities that would render me incompetent to testify in this matter.  The statements set forth in this Declaration are made of my personal knowledge and/or information provided me by employees and agents of KlearKase, LLC.  If called as a witness, I would testify competently to each of the following facts.

2.      In September, 2009, I was the co-founder and Vice President of KlearKase, LLC ("KlearKase"), which is a designer and manufacturer of protective enclosures for portable handheld electronic devices, including the Amazon Kindle and Amazon e-readers.  I also helped design the novel waterproofing, dustproofing and protective case technology utilized in the protective enclosures manufactured by KlearKase.

3.      Additionally, as a result of much thought and deliberation, KlearKase determined that the terms LIFE PROOF, LIFEPROOF and LIFE-PROOF (collectively, the "Lifeproof Marks") were not in use and decided to use the Lifeproof Marks to help promote, market and sell KlearKase protective enclosures for portable handheld electronic devices.

4.      Since at least as early as June of 2010, KlearKase has continuously used the Trademark symbol (™) in conjunction with the Lifeproof Marks throughout the United States and the world in connection with the advertisement, promotion, and sale of waterproof, dustproof, and shockproof protective enclosures for portable handheld electronic devices.

5.      Since at least as early as June of 2010, KlearKase has continuously used the Lifeproof Marks throughout the United States and the world in connection with the advertisement, promotion, and sale of waterproof, dustproof, and shockproof protective enclosures for portable handheld electronic devices.

6.      Attached to this Declaration as Composite Exhibit "A" are true and correct copies of examples the use of the Lifeproof Marks, including copies of product packaging and copies of Amazon web pages that advertised, marketed, and sold KlearKase products.

7.      I remained at KlearKase until it was purchased by Seal Shield, LLC in January, 2013.  As a result of the acquisition, Seal Shield obtained all the assets of KlearKase, including its novel waterproofing, dustproofing and protective case technology, along with the LIFE PROOF, LIFEPROOF and LIFE-PROOF Marks (collectively, the "Lifeproof Marks").  A true and correct copy of the Trademark Assignment pursuant to which Seal Shield acquired, from KlearKase, all of KlearKase's rights in and to the Lifeproof Marks, is attached hereto as Exhibit "B" and

incorporated by reference as though set forth herein.

FURTHER AFFIANT SAYETH NAUGHT

_____
David Vaillancourt

STATE OF WASHINGTON }
                    }
COUNTY OF __King__  }

    BEFORE ME, the undersigned authority, personally appeared affiant, David Vaillancourt, who has produced _____Washington Drivers License_____ as identification and who took an oath, deposes and says that he executed the foregoing Declaration and the statements contained therein are true and correct to the best of affiant's knowledge and belief.

    DATED this __20th__ day of June, 2013.

_____
Notary Public at Large – State of Washington

___Denis Nemeth___
Printed Name

My Commission Expires: __08/08/2014__

# COMPOSITE EXHIBIT "A"

TO DECLARATION OF DAVID VAILLANCOURT













Silicone Case





Julianna's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**          Search    Kindle Store                          Go          Hello, **Julianna**          Your          **0**
                                                                                     **Your Account**          **Prime**          Cart

**Kindle Store**   Buy A Kindle   Free Reading Apps   Kindle eBooks   Kindle Singles   Newsstand   Popular Games   Accessories   Discussions   Manage Your Kindle

**Prime**          **Julianna Debler:** This item is eligible for Amazon Prime. Click here to turn on 1-Click and make Prime
Member: Julianna Debler   even better for you. (With 1-Click enabled, you can always use the regular shopping cart as well.)




Share your own customer images

by **KlearKase**
**KlearKase for Kindle Fire - Splash-Proof,
Transparent Case for Family or Outdoor
Use - With Screen Protection (does not fit
Kindle Fire HD)**

(98 customer reviews) |

Price: **$49.95** *Prime*
Special Offers Available

- Splash-Proof your Kindle Fire by protecting it from
  dirt, splashes, and drops.
- All functions operate (touch, speakers) while fully
  protected.
- Lightweight 5.5 oz easy-grip case you can leave
  on all the time.
- Made from the same material used in F22 fighter
  planes, it is protective and strong. Plus Includes
  free carrying bag for further protection.
- Perfect for your family; protects your Kindle from
  daily life: from spilled milk to falls on the ground.

**In Stock.**
Ships from and sold by **Amazon.com**.

**Want it tomorrow, April 23?** Order within **5 hrs 45 mins**, and
choose **One-Day Shipping** at checkout. Details

**5 used** from $23.68

Quantity: 1

**or**
Sign in to turn on 1-Click ordering.

**Add Kindle Accessories**
☐ Stylus: **Black** $14.99

**More Buying Choices**
**6 used & new** from $23.68
Have one to sell?

**Share**

## Special Offers and Product Promotions
- Buy a Kindle Accessory, get $2 in MP3 credit. Here's how (restrictions apply)

## Frequently Bought Together

 +  +

Price for all three: **$228.94**

Show availability and shipping details

☑ **This item:** KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use -
With Screen Protection (does not fit Kindle Fire HD) by KlearKase   **$49.95**
☑ Kindle Fire 7", LCD Display, Wi-Fi, 8 GB - Includes Special Offers by Amazon Digital Services Inc.   **$159.00**
☑ Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new
Kindle Fire or Kindle Fire HD models) by Amazon   **$19.99**

## What Other Items Do Customers Buy After Viewing This Item?

   Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new Kindle Fire or Kindle
Fire HD models)  by Amazon
(5,641)
**$19.99**

   OtterBox Defender Series Protective Case for Kindle Fire HD 7", Black (with built-in screen protection)  by OtterBox
(332)
**$69.95**



Kindle Fire HD 7", Dolby Audio, Dual-Band Wi-Fi, 16 GB - Includes Special Of
(11,570)
$199.00



Otter Box Defender Series Standing Case for Kindle Fire, Black (Built-in Scre
(279)
$59.98

› **Explore similar items**

Gumdrop Cases Drop Tech
Series Protective Case
Cover for Kindle Fire,
Black - With Screen ...
(137)
$49.95

In Stock. Eligible for free
shipping with Amazon Prime.

## Product Details

**Product Dimensions:** 8.2 x 5.4 x 0.6 inches ; 5.4 ounces
**Shipping Weight:** 6.4 ounces (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S.
**ASIN:** B0073YM8PG
**Item model number:** KK4.0
**Average Customer Review:**        (98 customer reviews)
**Date first available at Amazon.com:** January 31, 2011

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

### From the Manufacturer

**Transparent by Design**

KlearKase is designed so you will forget it is on your Kindle. It's crystal clear, weighs only 5.5 ounces, and provides seamless access to Kindle features.  Don't cover your Kindle - *protect it* and show it off in the transparent KlearKase.

**Life Proof**

Kids, families, and active adults can now use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects from every-day mishaps, as well as at the beach, by the pool, in the tub, and while traveling. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**

KlearKase is fully sealed from splashes, dirt, and humidity. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case for Entire Family**

Many owners buy multiple cases, and aren't always protected from the unexpected spill or drop.  Instead, buy KlearKase - an everyday case and life-proof case combined in one.

**Extras & Compatibility**

KlearKase for Kindle Fire includes a carrying bag. 1 year warranty. Splash-proof, but not waterproof.  Separate products available from KlearKase for other Kindle models.

### Product Description

The top-rated life-proof Kindle case is now available for Kindle Fire. Featured on the Today Show, Reader's Digest, Budget Travel, Wired and more, KlearKaseTM provides the only splash-proof Kindle cases that you'll want to use all the time. Now a 3rd generation design, our case for the Kindle Fire is tried and tested. Ideal for kids and families, KlearKase shields from every day accidents, and lets you enjoy your Kindle in places you wouldn't even bring a paperback. Please confirm your Kindle version, as KlearKases are custom designed for each version and fit like a glove.

## Customers Who Bought This Item Also Bought                                        Page 1 of 9









Kindle Fire 7", LCD
Display, Wi-Fi, 8 GB -

Amazon Kindle PowerFast
for Accelerated Charging

2-Year Protection Plan plus
Accident Coverage for

Gumdrop Cases Drop Tech
Series Protective Case

Julianna's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**      Search   Kindle Store                              **Go**      Hello, Julianna      Your      **0**
                                                                                 **Your Account**      **Prime**      **Cart**

**Kindle Store**   Buy A Kindle   Free Reading Apps   Kindle eBooks   Kindle Singles   Newsstand   Popular Games   Accessories   Discussions   Manage Your Kindle



by **Klearkase**

## KlearKase for Kindle Keyboard - Splash Proof, Transparent Protective Case

(71 customer reviews) |

- Fits Kindle Keyboard only. Please confirm your Kindle's power slider is on the bottom.
- Take your Kindle Keyboard anywhere it may get wet, scratched, dirty or dropped.
- Seamless access to the Kindle's keyboard and controls (including power slider).
- The Only Splash-Proof Case You'll Want To Use All The Time.
- Weighs only 6 ounces and includes free carrying bag.

**Available from these sellers.**

**1 used** from $14.50

**1 used** from $14.50

**Share**



Share your own customer images

---

## What Other Items Do Customers Buy After Viewing This Item?

**Kindle Keyboard 3G, Free 3G + Wi-Fi, 6" E Ink Display - includes Special Offers & Sponsored Screensavers** by Amazon Digital Services Inc.
(40,009)
$139.00

**Kindle Leather Cover, Black, Updated Design (Fits Kindle Keyboard)** by Amazon
(1,130)
$17.49

**Marware Eco-Vue Kindle Leather Folio, Black (Fits Kindle Keyboard)** by Marware
(483)
$9.99

**Kindle Paperwhite, 6" High Resolution Display with Built-in Light, Wi-Fi - Includes Special Offers** by Amazon Digital Services Inc.
(10,173)
$119.00

› **Explore similar items**

---

## Product Details

**Product Dimensions:** 5.4 x 0.5 x 7.5 inches ; 6.1 ounces

**Shipping Weight:** 7.2 ounces

**Shipping:** This item is also available for shipping to select countries outside the U.S.

**ASIN:** B005DO4374

**Item model number:** KK3.0

**Average Customer Review:**          (71 customer reviews)

**Date first available at Amazon.com:** July 21, 2011

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

---

## Product Description

The top-rated water resistant Kindle case is now available for Kindle 3. Featured on the Today Show, Reader's Digest, Budget

Travel, Wired and more, KlearKaseTM is the only splash-proof Kindle case you'll want to use all the time. It shields your Kindle from accidents, and lets you enjoy e-books in places you wouldn't even bring a paperback. KlearKase for Kindle 3 fits 6 inch Display, current generation Kindle only. Please confirm your Kindle version before ordering (your Kindle's power slider should be on the bottom of your Kindle).

**Transparent Design**
KlearKase is designed so you will forget it is on your Kindle. It is crystal clear, weighs only 6 ounces, and provides seamless access to all Kindle buttons. Don't cover your Kindle - show it off in the transparent KlearKase.

**Life Proof**
Use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects at the beach, by the pool, in the tub, while traveling or commuting, and around kids or pets. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**
KlearKase is fully sealed from splashes. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case**
Most splash-proof cases are only used near water. This means their owners buy multiple cases, and aren't always protected from the unexpected spill. Instead of buying multiple cases for different activities, buy KlearKase - an everyday case and splash proof case in one.

**Extras & Compatibility**
KlearKase for Kindle includes a carrying bag. 1 year warranty. Splash-proof, but not waterproof. Kindle sold separately.

---

### Customers Who Bought This Item Also Bought                                              Page 1 of 6









| Kindle Keyboard 3G, Free 3G + Wi-Fi, 6" E Ink Display - includes Special Offers … | 2-Year Extended Warranty for Kindle Keyboard 3G, U.S. customers only | KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use … | Marware SportGrip Fitted Silicone Kindle Case (Fits Kindle Keyboard), Pink |
|---|---|---|---|
| (40,009) | (264) | (98) | (315) |
| $139.00 | $39.99 | $49.95 | $9.98 |

---

### Tag this product    (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Search Products Tagged with**

› **Explore product tags**

---

### Customer Reviews

(71)

3.7 out of 5 stars

| 5 star | | 37 |
|---|---|---|
| 4 star | | 5 |
| 3 star | | 10 |
| 2 star | | 10 |
| 1 star | | 9 |

See all 71 customer reviews

" *Now I can have peace of mind while reading at the beach.* "
WindOverWater  |  17 reviewers made a similar statement

" *The main problem is the case refuses to stay snapped together.* "
Gary W. Horn  |  8 reviewers made a similar statement

" *It has put my mind at ease that when i drop my kindle or it gets something spilled on it that the case protects my kindle frkm damage.* "
S. Kresta  |  10 reviewers made a similar statement

---

### Most Helpful Customer Reviews

56 of 59 people found the following review helpful
**Great for added protection, not everyday use.**  August 17, 2011

Julianna's Amazon.com | Today's Deals | Gift Cards | Help

Shop by
**Department**     Search   Kindle Store                    **Go**     Hello, **Julianna**     Your     **0**
                                                                       **Your Account**     **Prime**     **Cart**

**Kindle Store**   Buy A Kindle   Free Reading Apps   Kindle eBooks   Kindle Singles   Newsstand   Popular Games   Accessories   Discussions   Manage Your Kindle



by **KlearKase**

## KlearKase for Kindle 2 - Splash Proof, Transparent Protective Case (Fits 6" Display, 2nd Generation Kindle)

(70 customer reviews) |

Have one to sell?

**Share**

- Fits Kindle 2 Only (not current generation Kindle 3). Please confirm your Kindle's power slider is at the top.
- Take your Kindle anywhere it may get wet, scratched, dirty or dropped.
- Seamless access to the Kindle's controls (including power slider)
- The only splash-proof Kindle case you'll want to use all the time
- Includes free carrying bag and color toggle jewels for personalization.

Roll over image to zoom in

Share your own customer images

**Currently unavailable.**
We don't know when or if this item will be back in stock.

---

## What Other Items Do Customers Buy After Viewing This Item?

 **KlearKase for Kindle Fire - Splash-Proof, Transparent Case for Family or Outdoor Use - With Screen Protection (does not fit Kindle Fire HD)** by KlearKase
(98)
$49.95

 **New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, 2,3 (First, Second and Third Generation Kindle), Kindle Fire and other 6" or 7" Android Tablet (Purple)** by TrendyDigital
(53)
$15.99

 **New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, 2,3 (First, Second and Third Generation Kindle), Kindle Fire and other 6" or 7" Android Tablet (Blue)** by TrendyDigital
(94)
$15.99

 **Amazon Kindle PowerFast for Accelerated Charging (not included with device, for use with the new Kindle Fire or Kindle Fire HD models)** by Amazon
(5,641)
$19.99

› **Explore similar items**

---

## Product Details

**Product Dimensions:** 8.6 x 5.9 x 0.7 inches ; 6.1 ounces
**Shipping Weight:** 6.1 ounces
**ASIN:** B00300570U
**Average Customer Review:**     (70 customer reviews)
**Date first available at Amazon.com:** December 6, 2009

Did we miss any relevant features for this product? **Tell us what we missed.**
Would you like to **give feedback on images** or **tell us about a lower price**?

---

## Product Description

KlearKaseTM for Kindle 2 is the only splash-proof Kindle case you'll want to use all the time. It shields your 2nd Generation Kindle

from accidents, and lets you enjoy e-books in places you wouldn't even bring a paperback. KlearKase for Kindle 2 fits 6 inch Display, 2nd Generation Kindle only (it does not fit the latest generation Kindle 3). Please confirm your Kindle version before ordering (your Kindle's power slider should be on the top of your Kindle).

**Transparent Design**
KlearKase is designed so you will forget it is on your Kindle. It is crystal clear, weighs only 6 ounces, and provides seamless access to all Kindle buttons. Don't cover your Kindle - show it off in the transparent KlearKase.

**Life Proof**
Use your Kindle worry-free anywhere it may get scratched, wet, dirty or dropped. KlearKase protects at the beach, by the pool, in the tub, while traveling or commuting, and around kids or pets. It is made of strong, transparent polycarbonate - the same material that is used in the canopy of an F22 jet.

**Splash Proof**
KlearKase is fully sealed from splashes. If you're looking for a waterproof case allowing submersion underwater, consider the tradeoffs. A fully waterproof cases adds significant weight and bulk to the Kindle, so you'll only use it near water, and it won't be protected from unexpected spills.

**One Everyday Case**
Most splash-proof cases are only used near water. This means their owners buy multiple cases, and aren't always protected from the unexpected spill. Instead of buying multiple cases for different activities, buy KlearKase - an everyday case and splash proof case in one.

**Extras & Compatibility**
KlearKase for Kindle includes a carrying bag and color jewels for personalization. Includes 1 year warranty. Splash-proof, but not waterproof. Kindle sold separately.

---

## Customers Who Bought This Item Also Bought






New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, …
(53)
$15.99

New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, …
(44)
$15.99

New Version TrendyDigital WaterGuard Waterproof Case for Kindle 1, …
(94)
$15.99

CaseCrown Screen Protector Film for Amazon Kindle 2 eReader (3 Pack)
(302)
$3.02

---

## Tag this product    (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

### Search Products Tagged with

› **Explore product tags**

## Customer Reviews

(70)
4.2 out of 5 stars

| 5 star | 39 |
| 4 star | 17 |
| 3 star | 7 |
| 2 star | 2 |
| 1 star | 5 |

See all 70 customer reviews

" *Kindle continues to be easy to carry, but gives me great peace of mind knowing I am protected from dropping and being around the pool for swim practice.* "
kurtb  |  20 reviewers made a similar statement

" *Great customer service on this issue.* "
D. Harrison  |  11 reviewers made a similar statement

" *The silicone button on the bottom that opens so you can charge it tends to come open by itself sometimes, but it is not hard just to push it back in.* "
kidimd05  |  6 reviewers made a similar statement

## Most Helpful Customer Reviews

24 of 25 people found the following review helpful

# EXHIBIT "B"

TO DECLARATION OF DAVID VAILLANCOURT

# TRADEMARK ASSIGNMENT AGREEMENT

This Trademark Assignment Agreement ("Agreement") is dated January 9, 2013, by and among Seal Shield LLC, a Florida limited liability company ("Seal Shield") and KlearKase, LLC a Washington limited liability company ("KlearKase")

KlearKase is the owner of certain trademarks, to wit: KLEARKASE (including the stylized KLEARKASE mark attached as EXHIBIT 1) and LIFEPROOF (collectively, the "Marks").

In consideration of the sum of **ONE** Dollar **($1.00),** and other good and valuable consideration, the receipt of which is hereby acknowledged, KlearKase does hereby irrevocably sell, transfer and assign to Seal Shield, its successors and assigns, all of KlearKase's right, title and interest in and to the Marks, including all common law rights, and any and all trademark applications and registrations, along with the goodwill of the business symbolized by use of the Marks, and the right to sue third parties for and recover damages from past and future infringement of the Marks, the same to be held and enjoyed by Seal Shield for its own use and enjoyment and the use and enjoyment of its successors and assigns, as fully and entirely as the same would have been held and enjoyed by KlearKase if this assignment had not been made.

KlearKase hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any other country empowered to issue trademark registrations, to record this assignment and to issue or transfer all registrations for said Marks to Seal Shield as owner of all right, title and interest therein.

**FURTHER**, at Seal Shield's sole expense, KlearKase agrees to communicate to Seal Shield, or its representatives, any facts known to KlearKase respecting or regarding said Marks; testify in any legal proceedings, including trademark cancellation proceedings; sign all lawful papers; execute all reasonably necessary assignment papers to cause any and all trademark registrations to be issued to Seal Shield; make all rightful oaths; and generally do everything reasonably necessary and appropriate to aid Seal Shield, its successors and assigns, to obtain and enforce proper protection for said Marks in the United States and the rest of the world.

[SIGNATURE FOLLOWS ON NEXT PAGE]

IN WITNESS WHEREOF, the undersigned executed this Agreement as of the date first above written.

KLEARKASE, LLC

By _____

For Poolinger Management Co. LLC, Its Manger,
by William Poole VIII, Manager

**EXHIBIT 1**



**EXHIBIT "J"**

Close Window ⊗

# Registry Data

**lifeproof.com**

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: LIFEPROOF.COM
   Registrar: KEY-SYSTEMS GMBH
   Whois Server: whois.rrpproxy.net
   Referral URL: http://www.key-systems.net
   Name Server: NS.RACKSPACE.COM
   Name Server: NS2.RACKSPACE.COM
   Status: clientTransferProhibited
   Updated Date: 27-mar-2012
   Creation Date: 01-jan-2011
   Expiration Date: 01-jan-2022

>>> Last update of whois database: Wed, 19 Jun 2013 18:34:05 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

**EXHIBIT "K"**





IPOD TOUCH GEN 4

IPAD GEN 2/3/4

IPHONE 4/4S

IPHONE 5

Learn More

SEE HOW PEOPLE LIVE **LIFEPROOF**












